**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -8 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Darlene Griffith _____, Plaintiff

v.

Bill Elder /El Paso County (Sheriff),

Pete Carey /E.P.C. (Under Sheriff),

Andrew Prehm / E. P.C. (Chief),

Cy Gillespie /E.P.C. (Commander) _____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above caption must be
identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |
| **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

Defendant No. 1

Name BILL ELDER SHERIFF

Job or Title *(if known)* SHERIFF

Street Address 2739 EAST LAS VEGAS

City and County COLORADO SPRINGS EL PASO COUNTY

State and Zip Code COLORADO 80906

Telephone Number 719-390-5555

E-mail Address *(if known)*

Defendant No. 2

Name PETE CAREY

Job or Title *(if known)* UNDER SHERIFF

Street Address 2739 EAST LAS VEGAS

City and County COLORADO SPRINGS EL PASO COUNTY

State and Zip Code COLORADO 80906

Telephone Number 719 390 5555

E-mail Address *(if known)*

Defendant No. 3

Name ANDREW PREHM

Job or Title *(if known)* CHIEF

Street Address 2739 EAST LAS VEGAS

City and County COLORADO SPRINGS EL PASO COUNTY

State and Zip Code COLORADO 80906

Telephone Number 719 390 5555

E-mail Address *(if known)*

Defendant No. 4

Name CY GILLESPIE

Job or Title *(if known)* COMMANDER

Street Address 2739 EAST LAS VEGAS

City and County COLORADO SPRINGS EL PASO COUNTY

State and Zip Code COLORADO 80906

Telephone Number 719 390 5555

E-mail Address *(if known)*

Defendant 2: PETE CAREY (UNDER SHERIFF) 2739 EAST LAS VEGAS
(Name, job title, and complete mailing address)

COLORADO SPRINGS COLORADO 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ▮ No (*check one*). Briefly explain:

PETE CAREY (UNDER SHERIFF) WANTONLY / DELIBERATELY VIOLATED PLAINTIFFS 4, 8, +14 AMENDS 34 U.S.C § 30301-30309 P.R.E.A.

Defendant 2 is being sued in his/her X individual and/or X official capacity.

Defendant 3: ANDREW PREHM (CHIEF) WANTONLY / DELIBERATELY
(Name, job title, and complete mailing address)

VIOLATED PLAINTIFFS 4, 8, +14 AMEND 34 U.S.C § 30301-30309 P.R.EA.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

VIOLATED PLAINTIFFS 4, 8, +14 AMEND 34 U.S.C § 30301 30309 P.R.E.A.

Defendant 3 is being sued in his/her X individual and/or X official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

X    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

X    Other: (*please identify*) __P.R.E.A.__

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: PLAINTIFF CONTENDS that THE NAMED DEFENDANT(S)

Supporting facts: VIOLATED his/her EIGHT AND FOURTEENTH AMENDMENTS. PLAINTIFF ASSERTS CLAIMS UNDER 1983 AGAINST EACH NAMED DEFENDANT FOR DISCRIMINATING AGAINST HER ON ON THE BASIS of GENDER IDENTITY IN VIOLATION of PLAINTIFF'S EIGHT (8) AND FOURTEENTH (14)th AMENDMENT(S). SPECIFICALLY FOR WANTONLY AND FOR BEING DELIBERATELY INDIFFERENT to PLAINTIFF'S SERIOUS MEDICAL NEEDS BY FAILING to PROVIDE ADEQUATE TREATMENT for TRANSGENDER DYSPHORIA IN VIOLATION OF PLAINTIFF'S EIGHTH AMEND, AND FOURTEENTH AMEND RIGHTS to ADEQUATE MEDICAL CARE. PLAINTIFF FURTHER CONTENDS DEFENDANT(S) VIOLATED HER P.R.E.A. 34 U.S.C. § 30301-30309 RIGHTS FOR ACTING WITH DELIBERATE INDIFFERENCE BY FAILING TO PROTECT PLAINTIFF FROM SEXUAL HARRASS-MENT AND SUBJECTING HER to UNREASONABLE SEARCHES AS WELL AS IMPERMISSIBLE STRIP SEARCHES BY MALE DEPUTIES. THE FOLLOWING WILL NAME EACH DEFENDANT AND THEIR SPECIFIC ROLE IN VIOLATION of HIS AMEND. RIGHTS.

4

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  **X** Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):          Meyers, Et al

Docket number and court:          U.S. District Court (10-CV-03078-180

Claims raised:                             8TH Amendmendment

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   DISMISSED / NO RELIEF GRANTED

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:              _____


## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        **X** Yes ___ No (*check one*)

Did you exhaust administrative remedies?

        **X** Yes ___ No (*check one*)

5

## DEFENDANTS:

ERIC CARNELL EL PASO COUNTY LIEUTENANT
CYNTHIA AYLIAD EL PASO COUNTY SGT.
AARON ERNHEART EL PASO COUNTY SGT.
MR. DRAPER       EL PASO COUNTY DEPUTY
MR. PETERSON     EL PASO COUNTY DEPUTY
MR. MUSTAPICK    EL PASO COUNTY DEPUTY
MR. STIRLING     EL PASO COUNTY DEPUTY
MS. BRADBURY     EL PASO COUNTY DEPUTY
ET. AL. FUTURE DEFENDANTS

## DEFENDANT NO. 5

ERIC CARNELL
LIEUTENANT
2739 EAST LAS VEGAS
COLORADO SPRINGS EL PASO COUNTY
COLORADO 80906
719 390 5555

## DEFENDANT NO. 6

CYNTHIA AYLIAD
SGT.
2739 EAST LAS VEGAS
COLORADO SPRINGS EL PASO COUNTY
COLORADO 80906
719 390 5555

## DEFENDANT NO. 7

AARON ERNHEART
SGT.
2739 EAST LAS VEGAS
COLORADO SPRINGS   EL PASO COUNTY
COLORADO 80906
719 390 5555

## DEFENDANT No. 8

MR. DRAPER
DEPUTY
2739 EAST LAS VEGAS
COLORADO SPRINGS   EL PASO COUNTY
COLORADO 80906
719 390 5555

## DEFENDANT No. 9

MR. PETERSON
DEPUTY
2739 EAST LAS VEGAS
COLORADO SPRINGS EL PASO COUNTY
COLORADO 80906
719 390 5555

## DEFENDANT NO. 10

MR. MUSTAPICK
DEPUTY
2739 EAST LAS VEGAS
COLORADO SPRINGS EL PASO COUNTY
COLORADO 80906
719 390 5555

## DEFENDANT NO. 11

MR STIRLING
DEPUTY
2739 EAST LAS VEGAS
COLORADO SPRINGS EL PASO COUNTY
COLORADO 80906
719 390 5555

## DEFENDANT NO. 12

MS. BRADBURY
DEPUTY
2739 EAST LAS VEGAS
COLORADO SPRINGS EL PASO COUNTY
COLORADO 80906
719 390 5555

ANDREW PREHM (DEFENDANT #3) IS THE EL PASO COUNTY (CHIEF). CHIEF PREHM HAS FAILED TO SUPERVISE AND OR TRAIN HIS STAFF. WHICH, AS OF HIS FAILURE TO ADEQUATELY SUPERVISE HIS ENTIRE STAFF HAS VIOLATED PLAINTIFF'S EIGHTH FOURTEETH AMEND RIGHTS. AS WELL AS PLAINTIFF'S FOURTH AMEND RIGHT TO UNREASONABLE SEARCHES. FURTHERMORE, tHE CHIEF HAS VIOLATED PLAINTIFF'S RIGHTS. PROTECTED UNDER 34 U.S.C. § 30301-30309 PREA.

CY GILLESPIE (DEFENDANT #4) IS THE EL PASO COUNTY (COMMANDER). COMMANDER GILLESPIE HAS FAILED TO SUPERVISE AND OR TRAIN HIS STAFF WHICH, AS OF HIS FAILURE TO ADEQUATELY SUPERVISE HIS ENTIRE STAFF HAS VIOLATED PLAINTIFF'S EIGHTH FOURTEETH AMEND RIGHTS. AS WELL AS PLAINTIFF'S FOURTH AMEND RIGHT TO UNREASONABLE SEARCHES. FURTHERMORE, THE COMMANDER HAS VIOLATED PLAINTIFF'S RIGHTS PROTECTED UNDER 34 U.S.C. § 30301-30309 PREA.

THE FOLLOWING NAMED DEFENDANT(S) WERE SPECIFICALLY INVOLVED IN ISOLATED INCIDENTS. MS. GRIFFITH (PLAINTIFF), tO THE BEST OF HER ABILITY, HAS LISTED DATES AND SPECIFIC FACTS RELATED TO EACH INCIDENT AND THAT NAMED DEFENDANT. IF AN UNKNOWN DEFENDANT'S NAME IS NOT LISTED OR NOT KNOWN, PLAINTIFF, WILL ADD HIS/HER NAME AT A LATER DATE. ET, AL.

I, DARLENE Griffith, hereby declare that I AM LEGALLY classified AND designated TRANSGENDER PRE-OPP MALE to female. I HAVE BEEN clinically diagnosed with GENDER DYSFORIA for over twenty (28) years.

THE FOLLOWING NAMED DEFENDANT(S) ARE EL PASO COUNTY Superior Supervisory officers. MORE specifically:

BILL Elder (DEFENDANT #1) is the ELECTED Sheriff of EL PASO County. Sheriff ELDER (PRIMARY SUPERVISOR) HAS FAILED TO SUPERVISE AND OR TRAIN HIS STAFF. WHICH, AS of HIS failure to ADEQUATELY SUPERVISE HIS ENTIRE STAFF HAS VIOLATED PLAINTIFF'S EIGHTH, FOURTEENTH Amend RIGHTS. AS WELL AS Plaintiff's FOURTH AMEND RIGHT TO, UNREASONABLE SEARCHES. FURTHERMORE, SHERIFF ELDER HAS VIOLATED Plaintiff's RIGHTS PROTECTED UNDER 34 U.S.C. § 30301-30309 PREA.

PETE CAREY (DEFENDANT #2) IS THE EL PASO COUNTY UNDER SHERIFF. UNDER SHERIFF CAREY ALSO DESIGNATED SUPERVISOR HAS FAILED TO SUPERVISE AND OR TRAIN HIS STAFF. WHICH, AS OF HIS FAILURE TO ADEQUATELY SUPERVISE HIS ENTIRE STAFF HAS VIOLATED PLAINTIFF'S EIGHTH, FOURTEENTH Amend RIGHTS. As WELL AS PLAINTIFF'S FOURTH AMEND RIGHT TO UNREASONABLE SEARCHES. FURTHERMORE, UNDER SHERIFF HAS VIOLATED Plaintiff's RIGHTS PROTECTED UNDER 34 U.S.C. § 30301-30309 PREA.

Plaintiff contends that on or about July 20, 2020 she was arrested and transported to the El Paso County Detention Facility. Upon Plaintiff's arrest, she immediately notified jail intake staff of her transgender identity. Despite the fact that Plaintiff notified jail intake staff of her transgender identity, a male and female deputy conducted the initial intake search process.

The specific names of the intake deputies is unknown at this time. Plaintiff has requested their names and will name them and add them as future defendant(s).

At the time of the intake search process, Plaintiff asked the female deputy why the male was assisting in the search. The female responded by stating "Because your still considered a male inmate in our system." In response Plaintiff stated "I am transgender. I do not want a male deputy to search or to remain present during the stripout process." Allowing the male deputy to search me or strip me out is a violation of my fourth amendment right "to be free from unreasonable searches. The female deputy stated "Per Sgt's "Order" the male deputy will remain throughout the entire stripout process". The female deputy ordered me to "remove my t-shirt. Plaintiff complied. The mail deputy remained in the stripout room. Female officer conducted her examination of Plaintiff's upper body. She stated "your breast are 36", "right. Ms. Griffith responded "Yes mam". The female issued Plaintiff a sports bra.

The female deputy then stated to the male deputy "he is all yours now to strip out." She then left the strip out room. The male deputy then "ordered" plaintiff to take off her socks, pants, and panties. Plaintiff was then "ordered" to place her hands on the wall. She is then advised to show him the bottom of her feet. Upon showing the male deputy her feet, he commanded plaintiff to take two (2) steps back, bend, and "spread your sexy cheeks". Plaintiff complied, however, expressed her anger with abusive retalitory language.

The intake male deputy vulgarly shouted out "I'm going balls deep in that ass". Male deputy became very aggressive throughout the stripout process.

When he was finished he stated "get your pants and shirt, and don't say anything/or else."

Shortly thereafter, plaintiff was housed in a (80) male man ward where she has remained as of this date.

· ON August 8, 2020, while housed IN AN ALL male UNIT, Deputy Draper, (Defendant #8) aggressively, AND INAPPROPRIATELY subjected Plaintiff to A NON-ROUTINE patdown search. Deputy Draper touched Ms. Griffith's BREAST WITH HIS HANDS FLAT. Deputy Draper grabbed her BREAST AND begin to fondle THEM. HE THEN RAN HIS HANDS ON THE INSIDE of Plaintiff's thigh, and with force, SLAMMED his HAND into MS. Griffith's CROUCH.

Because of Deputy Draper's wrongful ACT, Plaintiff filed a GRIEVANCE UNDER THE PREA ACTION. EL PASO County Detention RECORDS WILL confirm the filed GRIEVANCE.

THE GRIEVANCE RESPONSE STATED "It does NOT CONSTITUTE a PREA complaint."

Plaintiff sent A kite to Deputy Draper's Sgt. (kite #282267)

THE RESPONSE TO Plaintiff's kite stated "DEPUTIES ARE TRAINED how to CONDUCT PATDOWN SEARCHES, You WILL BE SEARCHED WHEN NECESSARY."

Deputy K. Farrell, #08041, INTERVIEWED Plaintiff ON September 16, 2020 AND MADE her RESPONSE STATEMENT ON October 5, 2020.

ON September 07, 2020, EL PASO COUNTY DETENTION RECORDS WILL CONFIRM PLAINTIFF filled A KITE REQUEST TO CLASSIFICATION for denying her REQUEST TO purchase a sports bra AND panties.

ON SEPTEMBER 19, 2020, MS. GRIFFITH SENT A KITE to Sgt. Auyad REQUESTING to talk to her REGARDING the purchase of a sports bra AND panties.

ON SEPTEMBER 20, 2020, Deputy FRANCS approached Plaintiff AND "ORDERED" her to "GIVE ME THAT HOMEMADE bra your WEARING. SHE RESPONDED by stating "ITS NOT HOMEMADE" "You NEED TO CONTACT your Sgt. Right Now so I could speak to the sgt.

Sgt. Auyad AND Sgt. ERNHEART pulled ME out of the male UNIT, ASKING PLAINTIFF the following questions:

a) WHY ARE you NOT WEARING a t-SHIRT?

b) WHY ARE you only WEARING a bra?

PLAINTIFF'S RESPONSE:

"I'M just SITTING ON MY bunk.

Sgt. Auyad and Sgt. Ernheart stated "several inmates are complaining to the ward deputy about you wearing a bra."

Plaintiff responds "at least I have a bra on" some inmates work out without a shirt, and nothing is said to them."

Sgt. Auyad stated "I will enforce a rule that "shirts must be worn at all times, even in the bays."

As of this date, Plaintiff contends "no such rule has been mandated, or ordered."

Male inmates continue to workout without shirts throughout the day. Nothing is said to them.

On October 05, 2020, 17 days after Plaintiff files her kite addressed to Sgt. Auyad. She responds to Ms. Griffith's kite and states:
"I verified your slip for "bras" through medical, I left a "voicemail" with commissary requesting to coordinate with you for the purchase of undergarments."

Several days later, Lt. Carnell showed up with a piece of paper, along with a sports bra.

He then stated "this is the only type of female garmets you will ever recieve." "You will not recieve panties, due to fact you do not need to hold female hygiene products down there."

Plaintiff's response "I am not getting panties, why"

Lt. Carnell response: "Because you do not need female products down there, so you do need panties." Furthermore, I am not going to review your medical file to see if you need panties." But, I can"

Plaintiff's response: "You cannot look at my medical records. "Hippa" does not allow you to. Ms. Griffith then requests if she could purchase the panties off canteen.

Lt. Carnell's response: "No you cannot"

El Paso County Detention records will establish Plaintiff filed a grievance pertaining to Lt. Carnell's refusal to allow Ms. Griffith's purchase of panties.

On October 24, 2020. LT. CARNELL files his RESPONSE to Plaintiff's GRIEVANCE by stating the following:

RESPONSE #289888. "WE SPOKE SEVERAL WEEKS ago, AND I provided you WITH A Sports bra. AT THAT TIME, I explained why WE would NOT be ISSUING you one, or NOT ALLOWING you to purchase panties from the COMMISSARY LIST."

AFTER SEVERAL MONTHS of being subjected to NON-ROUTINE, OR NON-EMERGENCY SEARCHES. AS WELL AS, having NO privacy WITH Plaintiff's bREAST, AND being HARRASSED WITH a Sports bra AND WITH THE DAILY RISK of being SEXUALLY ASSAULTED.

On October 29, 2020. Plaintiff filed a KITE to INMATE classification (Kite #30434). THE KITE WAS ADDRESSED to LIZ O'NEAL.

PLAINTIFF REQUESTED THE FOLLOWING:
"I AM TRANSGENDER AND need to be housed IN a female WARD. ALL my information outside states "female" D.O.C. RECORDS Establish I was transferred AND housed IN DENVER'S WOMEN'S PRISON FACILITY. PLEASE Rectify MY TRANSGENDER status HERE AT THE JAIL FACILITY."

Classification responded by stating:

"WE HAVE REVIEWED your current housing, your history of housing in this facility AND your classification status, AND ALL of our policies have been followed AND comply UNDER PREA standards. Your housing WILL REMAIN THE same."

On 12/09/2020, I filed a grievance regarding Plaintiffs transgender status. Which stated:

"I AM A female", I am tired of deputies referring to ME AS A male inmate. I AM REQUESTING to be placed in a female ward. Everything I have says "female" WHEN I arrived at the jail. A female deputy searched ME. WHEN I was in D.O.C. I was housed in Denver Womens, on THE female side. Once again, please rectify this matter and place me in the women's ward.

On 1/04/21- Plaintiffs grievance is answered "Please identify the deputies who are ADDRESSING you AS "male". WE have housed you based off our policy and procedures. No housing change will be made at this time"

On 1/05/21 Plaintiff Appealed the GRIEVANCE #325737. "Due to the fact all records establish AND prove I AM a "female" and should be housed as a female inmate. It is imperative I receive your policy and procedures regarding my particular situation.

Up my arrival, female officer searched me. DOC records establish I was housed with other female inmates. Once again, I AM requesting to be recognized AND ADDRESSED as a female and housed according to my transgender status.

As of this date, Plaintiff's grievance remains unanswered.

On 01/12/21 Deputy Stirling, called Plaintiff "sir"

Plaintiff Responded: "I AM a female". On numerous occasions I have stated to Sgt's that your deputies need to ADDRESS me properly. I AM REQUESTING you fix this issue, along with placing a (seg) AGAINST those deputies so I will not have to deal with him AGAIN.

On 01/13/21 Plaintiff's GRIEVANCE is ANSWERED "I will ADDRESS THIS ISSUE with Deputy Stirling" We do not place "segs" between Inmates & Deputies"

ON 01/19/2021 DEPUTY MEYERS ADVISED ME THAT "NO male deputies ARE ALLOWED to patdown OR SEARCH a female INMATE"

On 01/21/2021 Deputy BRADBURY "ORDERED ME TO put MY ORANGE shirt ON AND then "ORDERED" ME TO the multi-purpose ROOM. Plaintiff complied. Deputy BRADBURY stated "you need to wear your ORANGE shirt." "Do you have a sports bra ??? PLAINTIFF RESPONDED "YES, why ??? Deputy BRADBURY stated "Well, you need to wear it because that shirt your wearing is so REVEALING."

Plaintiff RESPONDED "So what" You ALLOW men to workout daily WITH their shirts off AND you say nothing to them.

Deputy BRADBURY stated: "Yes I DO, but your trying to be a female/woman"

Plaintiff RESPONDED: "I AM not trying to be a woman. "I AM a female. WHEN I go to prison, I go to A female prison.

Deputy BRADBURY RESPONDED: "YEAH, Right I DO not believe that AND walked away."

Plaintiff contends that the aforementioned Defendant(s) acted under pretense and color of state law and in their individual and official capacities.

Based on the factual allegations Ms. Griffith asserts claims under 42 U.S.C. 1983 against all named Defendant(s) (1) thru (12) for being deliberately indifferent to her serious medical needs by failing to provide adequate treatment for gender dysphoria in of her Eight and Fourteenth Amendment rights to adequate care and proper medical attention.

Plaintiff further contends named Defendants were being deliberately indifferent against her on the basis of gender identity in violation of Ms. Griffith's Fourteenth Amendment right to Equal Protection. In addition Defendant's continually subjected Plaintiff to cross gender strip searches in violation of PREA (Prison Rape Elimination Act and Ms. Griffith's Fourth Amendment right to be free from unreasonable searches.

The above mentioned Eight, Fourth and Fourteenth Amendment rights are protected by the United States Constitution and each named Defendant deliberately indifferent violated those Constitutional rights. Defendant(s) acted under pretense and under color of state law in their individual and official capacities.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

PLAINTIFF IS MOVING FOR: COMPENSATORY DAMAGES IN THE AMOUNT of $500,000 - PUNITIVE DAMAGES IN THE AMOUNT of $500,000. AND DECLARATORY RELIEF. MS. GRIFFITH IS REQUESTING A TEMPORARY AND PERMANENT INJUNCTIVE RELIEF ON THE GROUNDS PLAINTIFF WILL NOT BE SUBJECTED TO RETALITORY ACTIONS OF ANY SORT AS A RESULT of this COMPLAINT AGAINST THEM. Plaintiff SEEKS RELIEF from this COURT as deemed NECESSARY.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)  2-3-21

(Form Revised December 2017)

6