NEOPOST
02/05/2021
US POSTAGE $002.00⁰
FIRST-CLASS MAIL
ZIP 80906
041M11284826

UNCENSORED
INMATE MAIL

Darlene Griffith
Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL
A0275824

United States District Court
Attn: Office of the Clerk
901 Nineteenth Street Room A-105
Denver Colorado 80294-3589

20093TK