**RESIDENT ACCOUNT STATEMENT**  Page 1 of 2
EL PASO COUNTY SHERIFF'S OFFICE
01/07/2021 19:45
ST 39 | OPR 20031

I hereby certify that these documents are true and correct copies of the Inmate Fund Account.

Name: CC 20031
Title: Book Keeper
Date: 1/7/2021

Inmate ID No      : 0275824
Resident Name     : GRIFFITH, DARLENE
Housing Location  : CJC-3G4-B-1B
Statement Period  : 07/01/2020 - 01/07/2021

**STATEMENT SUMMARY**

Beginning Balance :    0
7 Deposits :    316.10
51 Payments :    316.10
Ending Balance :    0.00

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| A556037 | 07/20/2020 | 19:29 | Reopen | | $0.00 | $0.00 |
| L40597 | 07/20/2020 | 19:33 | Local Cashier-Cash | | $115.00 | $115.00 |
| L40598 | 07/20/2020 | 19:33 | Rec Payment | $30.00 | | $85.00 |
| ED15039 | 07/21/2020 | 11:45 | Order | $5.00 | | $80.00 |
| ED15049 | 07/21/2020 | 16:30 | Order | $22.88 | | $57.12 |
| ED15055 | 07/22/2020 | 11:03 | Order | $7.54 | | $49.58 |
| KR201 | 07/22/2020 | 12:47 | Rec Payment | $2.00 | | $47.58 |
| ED15075 | 07/22/2020 | 16:07 | Order | $10.19 | | $37.39 |
| ED15080 | 07/22/2020 | 17:06 | Order | $11.60 | | $25.79 |
| ED15091 | 07/23/2020 | 11:05 | Order | $5.00 | | $20.79 |
| EI51203 | 07/23/2020 | 17:37 | Order | $10.00 | | $10.79 |
| CZ21404 | 07/27/2020 | 13:04 | Credit | | $1.10 | $11.89 |
| EI51289 | 07/27/2020 | 17:14 | Order | $2.21 | | $9.68 |
| DD11758 | 07/28/2020 | 07:13 | Order | $1.44 | | $8.24 |
| EI51315 | 07/28/2020 | 15:03 | Order | $7.70 | | $0.54 |
| EZ46779 | 08/03/2020 | 13:37 | Local Cashier-Cash | | $40.00 | $40.54 |
| EI51482 | 08/03/2020 | 15:59 | Order | $19.80 | | $20.74 |
| EI51496 | 08/03/2020 | 18:56 | Order | $1.36 | | $19.38 |
| DD11993 | 08/04/2020 | 09:02 | Order | $6.78 | | $12.60 |
| EI51523 | 08/04/2020 | 16:32 | Order | $12.60 | | $0.00 |
| EZ47223 | 08/17/2020 | 12:27 | Local Cashier-Cash | | $100.00 | $100.00 |
| EZ47224 | 08/17/2020 | 12:27 | Rec Payment | $11.20 | | $88.80 |
| HW1082 | 08/17/2020 | 12:44 | Order | $8.66 | | $80.14 |
| EK63168 | 08/17/2020 | 17:59 | Order | $20.10 | | $60.04 |
| EK63170 | 08/17/2020 | 18:12 | Order | $3.40 | | $56.64 |
| HW1087 | 08/17/2020 | 19:37 | Order | $14.07 | | $42.57 |
| EK63181 | 08/17/2020 | 19:39 | Order | $6.96 | | $35.61 |
| DD12380 | 08/18/2020 | 08:19 | Order | $20.61 | | $15.00 |
| EK63206 | 08/18/2020 | 17:42 | Order | $5.00 | | $10.00 |
| EK63274 | 08/19/2020 | 18:08 | Order | $2.00 | | $8.00 |

**RESIDENT ACCOUNT STATEMENT**  Page    2 of    2

EL PASO COUNTY SHERIFF'S OFFICE
01/07/2021 19:45
ST  39 | OPR  20031

```
Inmate ID No       : 0275824
Resident Name      : GRIFFITH, DARLENE
Housing Location   : CJC 3G4 B 1B
Statement Period   : 07/01/2020 - 01/07/2021
```

**STATEMENT SUMMARY**

```
Beginning Balance :              0
         7 Deposits :        316.10
        51 Payments :        316.10
   Ending Balance   :          0.00
```

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| EK63343 | 08/22/2020 | 16:14 | Order | $1.00 | | $7.00 |
| EK63412 | 08/24/2020 | 18:55 | Order | $0.26 | | $6.74 |
| EK63426 | 08/25/2020 | 10:30 | Order | $6.73 | | $0.01 |
| FR2032 | 08/27/2020 | 09:37 | Rec Payment | $0.01 | | $0.00 |
| J43760 | 08/30/2020 | 11:45 | Local Cashier-Cash | | $30.00 | $30.00 |
| J43761 | 08/30/2020 | 11:45 | Rec Payment | $0.19 | | $29.81 |
| EK63577 | 08/30/2020 | 15:39 | Order | $3.00 | | $26.81 |
| EK63579 | 08/30/2020 | 15:57 | Order | $6.00 | | $20.81 |
| EK63603 | 08/31/2020 | 12:27 | Order | $8.09 | | $12.72 |
| EK63611 | 08/31/2020 | 16:15 | Order | $0.39 | | $12.33 |
| DD12743 | 09/01/2020 | 07:47 | Order | $3.39 | | $8.94 |
| EK63637 | 09/01/2020 | 12:30 | Order | $0.39 | | $8.55 |
| EK63682 | 09/02/2020 | 15:45 | Order | $8.00 | | $0.55 |
| A564433 | 09/06/2020 | 18:27 | EF Commissary | | $30.00 | $30.55 |
| EK63798 | 09/06/2020 | 18:52 | Order | $15.20 | | $15.35 |
| EK63809 | 09/07/2020 | 10:59 | Order | $8.28 | | $7.07 |
| EK63813 | 09/07/2020 | 11:42 | Order | $3.80 | | $3.27 |
| DD12994 | 09/08/2020 | 09:52 | Order | $1.44 | | $1.83 |
| EK64033 | 09/14/2020 | 19:35 | Order | $1.00 | | $0.83 |
| EK64109 | 09/16/2020 | 18:13 | Order | $0.81 | | $0.02 |
| EK64236 | 09/22/2020 | 19:48 | Order | $0.00 | | $0.02 |
| KP510 | 09/30/2020 | 10:57 | Rec Payment | $0.02 | | $0.00 |
| EK64546 | 10/06/2020 | 17:42 | Order | $0.00 | | $0.00 |
| EI53981 | 10/20/2020 | 08:46 | Order | $0.00 | | $0.00 |
| EI54559 | 11/05/2020 | 10:23 | Order | $0.00 | | $0.00 |
| EI55553 | 11/30/2020 | 15:59 | Order | $0.00 | | $0.00 |
| EI56355 | 12/18/2020 | 16:03 | Order | $0.00 | | $0.00 |
| EK66939 | 01/04/2021 | 15:07 | Order | $0.00 | | $0.00 |