IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -8 2021

JEFFREY P. COLWELL
CLERK

**Civil Action No.** _____

Darlene Griffith ,

Plaintiff(s)/Petitioner(s),

v.

Bill Elder (Sheriff) & others ,

Defendant(s)/Respondent(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO
28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are:
Transgender Gender Dysphoria Wantons
Deliberate Indifference Equal Protection P.R.E.A.
Prison Rape Elimination Act

(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.

1

Rev. 04/14

(6) My assets and their value are listed below:

I HAVE ABSOLUTELY NO ASSETS. DUE TO MY PAUPER, INDIGENT STATUS, I AM PROCEEDING PRO SE. ATTACHED IS MY INMATE ACCOUNT STATEMENT.

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

(7) I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

(8) I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this appeal and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __El Paso County Jail__ on __2-3-21__.
(location)                              (date)

_____
Prisoner's Original Signature

2

Rev. 04/14

## AUTHORIZATION

I, **Darlene Griffith**, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil appeal and I understand that the total filing fee of $505.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this appeal.

Prisoner Name (please print): **Darlene Griffith**

Prison Signature: _____

Date: 2-3-21

3

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _____

Signature of Authorized Prison Official: _____

Date: _____