IN THE United States District Court
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00387-GPG

DARLENE Griffith

Plaintiff,

v.

Bill Elder, El Paso County Sheriff
Pete Carey, E.P.C. Undersheriff
Andrew Prehm, E.P.C. Chief
Cy Gillespie, E.P.C. Commander

Defendants et. al

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2021

JEFFREY P. COLWELL
CLERK

---

## RESPONSE TO ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

PLAINTIFF DARLENE GRIFFITH, APPEARING PRO SE, RESPECTIVELY SETS FOR this MOTION IN RESPONSE TO ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. §1915

Plaintiff ACKNOWLEDGES that the total Amount of HER 1983 Civil Complaint is $350.00. Which AN initial PARTIAL filing fee of $5.33. IN WHICH WILL REPRESENT 20% of the GREATER of AVERAGE MONTHLY DEPOSITS. OR (2) AVERAGE monthly balance of PLAINTIFF'S PRISON ACCOUNT for the SIX MONTH PERIOD.

Darlene Griffith (PLAINTIFF) SERVES NOTICE to this Honorable Court that she is CONSIDERED INDIGENT by the LETTER of the LAW. PRESENTLY, Plaintiff IS IN the MINUS AMOUNT of $30.00 due TO CHRONIC MEDICAL PROBLEMS. FURTHERMORE. PLAINTIFF HAS NO OUTSIDE FINANCIAL ASSISTANCE AND WILL LIKELY CONTINUE TO OWE MONTHLY MEDICAL FEES DUE TO HER MEDICAL PROBLEMS. PLAINTIFF CONTENDS that the EL PASO County MEDICAL Provider fails to ADMINISTER Plaintiff PROPER MEDICAL ATTENTION DUE TO HER INDIGENT STATUS.

Plaintiff acknowledges the legal parameters in which her complaint may be dismissed. Nonetheless, Ms. Griffith fully believes the 1983 complaint several grounds of merit. Therefore, Plaintiff prays and hopes the complaint will continue to proceed despite her indigent status.

Plaintiff further moves this Honorable Court to set its "ORDER" for a temporary and permanent injunction thus avoiding harrassment and retalitory actions by the El Paso County Sheriffs Department.

For the foregoing reasons, Darlene Griffith, Plaintiff moves this Court to set its "ORDER" on the legal arguments set forth in this action. As well as, access to the El Paso County Sheriffs (Legal Library) without retaliation.

Respectfully; Darlene Griffith

Done this 14th day of February 2021
Plaintiff requests the Clerk of Court electronic mail to all Defendants

Darlene Griffith
AC275824

Criminal Justice Center
Detention Facility
2739 E Las Vegas Street
Colorado Springs, CO 80906

LEGAL MAIL

UNCENSORED
INMATE MAIL

NEOPOST
02/16/2021
US POSTAGE $001.20⁰
ZIP 80906
041M11284826
FIRST-CLASS MAIL

21-cv-00387-GPG

Office of the Clerk
United States District Court
901-19th Street Room A105
Denver, CO 80294-3589

DC13041