In The United States District Court
For The District of Colorado

Civil Action No. 21-CV-00387-G.P.G.

Darlene Griffith

Plaintiff

V.

Bill Elder, El Paso County Sheriff
Pete Carey, E.P.C. Under Sheriff
Andrew Prehm, EPC Chief
Cy Gillespie, E.P.C. Commander, et.al

Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2021
JEFFREY P. COLWELL
CLERK

---

## Motion For Appointment Of Counsel

---

## Pro Se Litigant

Darlene Griffith (Plaintiff) is proceeding (Pro Se). Plaintiff is not an attorney, nor is she skilled in the knowledge of law. Ms. Griffith does understand the complexities of her case. The Plaintiff is requesting a liberal reading of this motion.

## Argument:

Plaintiff is before this Court pursuant to her 1983 Civil Rights Complaint. Due to the complexities of the case and the fact Plaintiff is not a skilled, learned attorney. It is imperative that Plaintiff be afforded the opportunity to litigate each legal constitutional right to the fullest potential.

For the foregoing reasons, Darlene Griffith prays and hopes this Court will set its "Order" for "Appointment of Counsel" for Case No: 21-CV-00387 G.P.G.

Respectively; *Darlene Griffith* (signature)

Feb. 14th, 2021