**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER  COLORADO

MAR 04 2021

JEFFREY P. COLWELL
CLERK

Civil Action No.  1:21-CV-00387-GPG

(To be supplied by the court)

Darlene Griffith _____, Plaintiff

v.

Jane Doe (Deputy) _____,

John Doe (Deputy), _____,

Eric Carnell (Lieutenant) _____,

Cynthia Ayad (Sgt.) _____, Defendant(s).  See Attached

(*List each named defendant on a separate line  If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names  The names listed in the above caption must be
identical to those contained in Section B.  Do not include addresses here.*)

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files.  Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number.  A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

Cy Gillespie (commander for Inmate class)

Liz O'Neal (Manager for Inmate class)

Aaron Earnheart (8 Sgt.)

John Doe (Sgt. for/works Intake)

Mr. Drapper (Deputy)

Ms. K. Forrell (Prea-Invistaqtor)

Mr. Sterling (Deputy)

Mr. Franks (Deputy)

Ms. Motta (Deputy)

Ms. bradberry (Deputy)

Ms. James (Deputy)

## A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Darlene Griffith, Ao2758342739 E. Las Vegas ST. Colorado springs, CO 80906

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows. (check one)*

X   Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

## B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Jane Doe, Deputy, 2739 E. Las Vegas ST. Colorado springs co 80906

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes ___ No (*check one*). Briefly explain:

Acted under color of state Law when she violated

my civil Rights.

Defendant 1 is being sued in his/her  X individual and/or  X official capacity.

Defendant 2: John Doe (Deputy intake) 2739 E. Las Vegas ST
(Name, job title, and complete mailing address)

Colorado Springs, co 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

who Acted under color of state Law when the Defendant violated my civil Rights.

Defendant 2 is being sued in his/her X individual and/or X official capacity.

Defendant 3: Cy Gillespie (commander for inmate class)
(Name, job title, and complete mailing address)

2739 E. Las Vegas ST, Colorado Springs, CO 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

Acted under color of state Law when the Defendant violated my civil Rights.

Defendant 3 is being sued in his/her X individual and/or X official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s)· (check all that apply)*

X    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v Six Unknown Named Agents of Fed Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

X    Other: (*please identify*) 34 U.S.C. § 30301-30309, 42 U.S.C. § 200 e

3

## "B Defendant(s) Information

Defendant 4: Liz O'Neal manager for Inmate Class
2739 E. Las Vegas St Colorado Springs Co 80906

At the time the Claim(s) in this complaint Arose,
was This defendant Acting under color of state law?
YES.   Acted under color of state law
when the Defendant Violated my civil Rights

Defendant 4. Is being sued in her individual And official
C Apacity.

Defendant 5: aaron Earn Heart Seargent, 2739
E. Las Vegas St. Colorado Springs, Co 80906

At the times of the claims Arose in this Complaint
this defendant Acted under color of State law.
When the Defendant violated my civil Rights

Defendant 5 is being sued in his Individual And official
capacity.

Defendant 6: John Doe Sgt. In Intake, 2739 E. Las vegas St. Colorado Springs, co 80406

AT The Time The claim(s) to this Complaint Arose, This Defendant Acted under Color of StAte LAw When The defendant violated my civil Rights

Defendant 6 is being sued in his Individual And official capacity.

Defendant 7 mr. Drapper Deputy in Pod. 2734 E. Las vegas St. Colorado Springs, co 80406

AT The Times The Claims Arose in this Complaint This defendant Acted under Color of StAte Law When the defendant violated my civil Rights

Defendant 7 is being sued in his Individual capacity.

Defendant 8: ms. K. Forrell (Pra Investagator 2759 E. Las vegas St. Colorado Springs, co 80406

At the time the claims Arose in this Complaint This Defendant Acted under Color of StAt Law When The Defendant violated my civil Rights

Defendant 8 is being sued in her Individual And official capacity.

Defendant 9: mr. Sterling Pod deputy 2734 E. Las vegas St. Colorado Springs, co 80406

At The time the Claims Arose in this complaint this Defendant Acted under Color of StAt Law when the Defendant violated my civil Rights

Defendant 9 is being sued in his Individual Capacity.

Defendant 10: mr. FranCs Deputy for Pod 2739 E. LAS VEgAS St
Colorado Springs, CO 80906

At The Time of the claims Rose in this complaint
This Defendant Acted under Color of state law
when The Defendant violated my civil Rights

Defendant 10 is being sued in his individual capacity.

Defendant 11: ms. motta pod Deputy 2739 E. Las vegas St
Colorado Springs, CO 80906
At the time the claims arose in this complaint
this Defendant Acted under Color of state law
when the Defendant violated my civil Rights,

Defendant 11: Is being sued in her individual capacity

Defendant 12: ms. Bradberry pod deputy, 2739 E. Las vegas St
Colorado Springs, CO 80906.
At the time the claims Arose in this complaint
This Defendant Acted under Color of state law
when the defendant violated my civil Rights

Defendant 12 Is being sued in her Individual capacity,

Defendant 13 ms. James, pod deputy 2739 E. Las vegas St
Colorado springs, CO 80906
At the time of the claims Arose in this complaint
this Defendant Acted under Color of state law
when the Defendant violated my civil Rights

Defendant 13 is being sued in her Individual capacity.

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim,
specify the right that allegedly has been violated and state all facts that support your claim,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim. You do not need to cite specific legal cases to support your claim(s). If additional space
is needed to describe any claim or to assert additional claims, use extra paper to continue that
claim or to assert the additional claim(s). Please indicate that additional paper is attached and
label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS"* See Attached

CLAIM ONE: <u>Fourth, Fourteenth amendment, P.R.E.A., Eighth Amend.</u>

Supporting facts:    I Am A Transgender, male-Female
Pre-opp. I have been on A Hormone Regiman For over 20
years, I have been Housed IN the female prison Here
IN Denver, Transgender people Are A QUASi-SUSpect class.
ON July 20, 2020 I was brought to the El Paso county Jail.
At Around 12:30 A.m. I was Told to go to the strip out
Room. I was searched by "Jane Doe", And "John Doe". A
Female And A male Deputy. I asked the Female Deputy
Why the male was searching me And Remaining present.
The Female Deputy stated "Because your still a male IN our
system. (E.p.s.o.'s policy And procedure 702 (IV)(N)(3)7)
E.ps o.'s strip search policy Requires A member of the same
sex to perform the strip search
IN Response To the female Deputy I stated, "Because I Am
Transgender I do not want A male Deputy present when I get
stripped out, secondly Its A Violation of my Fourth Amend. right
"To be free from UnReasonable searches" The Female
Deputy stated, "Per sgt's orders The male deputy will
stay throughout the entire strip out process"

4

"D. Statement of claims" (1)

Cont. Claim one.

The Female Deputy advised me to, "Remove your T-Shirt. I complied with her order, Throughout this Process, The male deputy Remained. She further conducted her examination of my upper body. She stated, "Your breast's are size 36", right" I Responded "yes mam" She Issued me a ~~Female~~ sports bra, Then she stated to the male deputy, "He is all yours now to strip out." she then heft the strip out Room. The male deputy then "ordered" me to take off my socks pants, and my panties. He then "ordered" me to place my Hands on the wall, which I complied with. He then asked to see the bottom of my feet. upon showing him the bottom of my feet. He commanded I take two (2) steps back and bend over. And, "Spread your sexy cheeks." I Responded using Angry, Retalitory verbal language. but I complied. The Intake male Deputy then made the statement of, "I'm going to go balls deep in that ass." while he was grabbing something In his pants. by his zipper. The male Deputy Became very Aggressive Throughout the Intire Strip out process. When The male Deputy From Intake was done, with all that was done to me, he stated, "Get your orange pants and shirt. and Don't tell No one a single fucking thing/or else. Remember what happened to you In 2017 when you got beat up by us.

"D Statement of Claim (s)" (2)
.con't Claim one.

Shortly thereafter, Plaintiff was housed in a 80 male, (man) ward where she Remained till 2/17/2021 0010 12:00 Am, Now She Is In A segrageted cell Due to Retalitory Events, Due to This Law suit.

ON August 8, 2020 while Housed in an all male unit, Deputy Draper (Defendant #9) Aggressively, And inAppropriately subjected Plaintiff to A Non-Routine Pat down Search. Deputy Draper touched ms. Griffith's breast's with his hand flat. Deputy Draper grabbed ms. Griffith's breast's And begain to fondle them. He then Ran his hands on the Inside of plaintiff's thigh, and with force Slammed his hand into ms. Griffth's Crouch.

Because of Deputy Draper's Wrongfull Acts. Plaintiff filed A PreA complaint. Elpaso County Detention Records will confirm the Grievance.

E.P.S.O.'s Policy and Procedure 702(W)(W)(4)(C) for patdows. state, and has been to conduct prat Searches by A deputy of the Same Sex. (whenever possible)

"D. Statement of Claim(s)" (B)
con't claim one

Deputy K. Farrell #08041, interviewed Plaintiff on Sept 16, 2020, and made her Response statement on October 5, 2020

Plaintiff Got the Response of the PREA Complaint, And it stated, "It does not Constitute A P.R.E.A. complaint.

Plaintiff Sent A Kite to Deputy's Draper's Sgt. stateing. Today Deputy Draper Touched me Inappropriately During A patdown. Isn't your Deputy's Trained in Universal patdowns. I would like to Esclalate this issue to the sargents Atten. Thank you. filed 08/08/20 5:33 pm. Floor Security Kite # 282267

Response Date 8/13/20 5:38 Am. Deputies Are trained in How to do pat downs. You will be pat Searched when Neccesary.

END of claim 1.

" D. Statement of claims "

Claim Two: Eighth Amendment cruel and unusual punishment

~Fourteenth Amendment based on sex~
~And gender Discrimination (Equal~
Protection)

Supporting Facts: D Arlene Griffith (Plaintiff)
States the following: That when a Deputy calls her
a "Sir" Disrespectfully, Knowingly It hurts the plaintiff's
mental Health, blantly statering or calling her
"Sir" when This sir looks like a her. Plaintiff
has done irreparable harm to herself Everytime a
Deputy calls her "Sir" or mr. Griffith. On or Around
May 11th, 2019 Darlene Griffith was placed in a Female
facility (prison) Denver Womens Correctional facility,
She was the 1st Transgender In the ~state~
United States to ever be placed in a Womens
prison And not have The Vaginoplasty surgery
Done.

Transgender people Are A Quasi-suspect class.
Transgender people Are such a class in light of
Windsor V. United States 699 F.3d 169 (2nd cir. 2012)

Plaintiff brings up "World Professional
Association For Transgender Health (WPATH)
And American Psychiatric Association Diagnostic
And Statistical Manual of mental Disorders. Both
Explain Gender Dysphorya, one Describes How to Treat
Incarcerated inmates with (G.D.) I wish to use
both of these In my civil complaint.

On September 07, 2020, EL PASO COUNTY DETENTION RECORDS WILL CONFIRM PLAINTIFF filed A KITE REQUEST TO CLASSIFICATION for denying her REQUEST TO purchase a sports bra AND panties.

On September 19, 2020, MS. GRIFFITH SENT A KITE to Sgt. Auyad REQUESTING to talk to her REGARDING the purchase of a sports bra AND panties.

On September 20, 2020, Deputy FRANCS approached Plaintiff AND "ORDERED" her to "GIVE ME THAT HOMEMADE bra your WEARING. She RESPONDED by stating "its NOT HOMEMADE" "You NEED to CONTACT your Sgt. Right now so I could speak to the sgt.

Sgt. Auyad AND Sgt. ERNHEART pulled ME out of the male unit, ASKING PLAINTIFF the following questions:

a) WHY ARE you NOT WEARING a t-shirt?

b) WHY ARE you only WEARING a bra?

PLAINTIFF's RESPONSE:

"I'M just SITTING ON MY bunk.

Sgt. Auyad and Sgt. Ernheart stated "SEVERAL INMATES ARE complaining to the ward deputy about you wearing a bra."

Plaintiff RESPONDS "at LEAST I HAVE A BRA ON" SOME INMATES WORK out without a shirt, AND NOTHING IS SAID to them."

Sgt. Auyad stated "I WILL ENFORCE A RULE THAT "shirts MUST be WORN AT ALL TIMES, EVEN IN THE BAYS."

As of THIS date, Plaintiff CONTENDS "NO SUCH RULE HAS BEEN MANDATED, OR ORDERED."

Male INMATES CONTINUE TO WORKout without shirts throughout the day. Nothing is said to them.

On October 05, 2020, 17 days AFTER Plaintiff files had. Kite addressed to Sgt. Auyad. She RESPONDS to Ms. Griffith's KITE AND states:
"I VERIFIED your slip for "bras" THROUGH medical, I LEFT A "VOICEMAIL" WITH COMMISSARY REQUESTING to coordinate WITH you for the purchase of undergarments".

Several days later, LT. Carnell showed up with a piece of paper, along with a sports bra.

HE THEN stated "this is the only type of female garmets you will ever RECEIVE. "You will not RECEIVE panties, due to fact you do not need to hold female Hygiene products down there."

Plaintiff's RESPONSE "I AM not GETTING panties, WHY"

LT. Carnell RESPONSE: "Because you do not need female products down there, so you do need panties." FURTHERMORE, I AM NOT going to REVIEW your medical file to see if you need panties." But, I can"

Plaintiff's RESPONSE: "You cannot look at my MEDICAL RECORDS. "HIPPA" does not ALLOW you to.

Ms. GRIFFITH then REQUESTS if she could purchase the panties off canteen.

LT. Carnell's RESPONSE: "No you cannot"

EL PASO County DETENTION RECORDS will establish Plaintiff filed A GRIEVANCE pertaining to LT. Carnell's refusal to ALLOW Ms. Griffith's purchase of panties.

On October 24, 2020. LT. Carnell files his response to Plaintiff's grievance by stating the following:

Response # 289888. "We spoke several weeks ago, and I provided you with a sports bra. At that time, I explained why we would not be issuing you one, or not allowing you to purchase panties from the commissary list."

After several months of being subjected to non-routine, or non-emergency searches. As well as, having no privacy with Plaintiff's breast, and being harrassed with a sports bra and with the daily risk of being sexually assaulted.

On October 29, 2020, Plaintiff filed a kite to inmate classification (kite # 30434). The kite was addressed to Liz O'neal, Sgt. commander Cy Gillespie

Plaintiff requested the following:
"I am transgender and need to be housed in a female ward. All my information outside states "female". D.O.C records establish I was transferred and housed in Denver's Women's Prison Facility. Please rectify my transgender status here at the jail facility."

Classification responded by stating:

"WE HAVE REVIEWED YOUR CURRENT housing, your history of housing in this facility AND your classification status, AND ALL of our policies have been followed AND comply UNDER PREA standards. Your housing WILL REMAIN THE same."

On 12/09/2020, I filed a grievance regarding Plaintiffs TRANSGENDER status. WHICH stated:

"I AM A female", I AM tired of deputies referring to ME AS A male inmate. I AM REQUESTING to be placed in a female ward. Everything I HAVE says "female" WHEN I arrived at the jail. A female deputy searched ME. WHEN I was in D.O.C. I was housed IN DENVER WOMENS, on THE female side. Once again, please rectify this matter and place me in the women's ward.

On 1/04/21- Plaintiffs GRIEVANCE IS answered "Please identify the deputies who are ADDRESSING you AS "male". WE have housed you based off our policy and procedures. No housing change will be made at this time"

On 1/05/21 Plaintiff Appealed the GRIEVANCE #325737. "Due to the fact all RECORDS establish AND prove. I Am a "female" and should be housed as a female inmate. It is imperative I RECEIVE your policy and procedures regarding my particular situation.

Up my arrival, female officer. searched me. DOC records establish I was housed with OTHER female inmates. Once again, I Am requesting to be recognized AND ADDRESSED as a female and housed according to my transgender status.

As of this date, Plaintiff's grievance REMAINS UNANSWERED.

On 01/12/21 Deputy Stirling, called Plaintiff "sir"

Plaintiff responded: "I Am a female." On numerous OCCASIONS I have stated to Sgt's that your deputies NEED to ADDRESS ME properly. I Am requesting you fix this ISSUE, Along with placing a (SEG) AGAINST THOSE deputies so I will not have to deal with HIM AGAIN.

On 01/13/21 Plaintiff's GRIEVANCE IS ANSWERED "I will ADDRESS THIS ISSUE with Deputy Stirling" We do not place "segs" between Inmates + Deputies"

On 01/19/2021 Deputy MEYERS ADVISED ME THAT "NO male deputies ARE ALLOWED to patdown or SEARCH a female INMATE"

On 01/21/2021 Deputy Bradbury "ORDERED ME TO put MY ORANGE shirt ON AND THEN "ORDERED" ME TO the multipurpose ROOM. Plaintiff complied. Deputy Bradbury stated "you need to wear your ORANGE shirt". "Do you have a sports bra ??? PLAINTIFF RESPONDED "YES, why ??? Deputy Bradbury stated "WELL, you need to wear it because that shirt your wearing is so revealing"

Plaintiff RESPONDED "So what" You ALLOW men to workout daily WITH their shirts off AND you say nothing to them

Deputy Bradbury stated: "Yes I DO, buT your tejing to be a femalE/woman"

Plaintiff RESPONDED: "I AM not tejing to be a woman." "I AM a female. WHEN I go to prison, I go to a female PRISON.

Deputy Bradbury RESPONDED: "YEAH, Right. I DO Not belive that AND walked away."

Failing to provide her with proper Undergarments, housing her in A open male Doorm, and otherwise failing to Recognize [Her] As female.

Based on these factual Allegations plaintiff Asserts Clames under § 1983.

1) Against Sgt. John Doe, Jane Doe, And John Doe, for Allowing Deputys to subject her to cross gender strip search in violation of the prison Rape Elimination Act, 34 U.S.C. § 30301-30309 Her fourteenth Amendment right to equal protection Her fourth Amendment right to be free from unreasonable searches, And Her Eighth Amendment right (count 1)

2) Against All Defendants for Discriminating Against her on the basis of Gender identity. In violation of her fourteenth Amendment right to equal protection And her Eighth Amendment right.

For these Alleged violations plaintiff seeks A declaratory Judgment that the Defendant's violated her rights Ass Asserted in Counts I And II.

The Above mentioned Eight, Fourteenth, And fourth Amendment rights are protected by the United States Constitution And each Named Defendant Deliberately indetferent violated thoes Constilutional Rights. Defendants Acted under Pretense and under Color of state Law in his or her individual and/or official capacities.

**E.    PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS"*

Name(s) of defendant(s):           God miller, etal

Docket number and court:          11- 03078-180

Claims raised:                eighth amendment

Disposition: (is the case still pending?     Dismessed No relief branted
has it been dismissed?; was relief granted?)

Reasons for dismissal, if dismissed:     Rule 12.b

Result on appeal, if appealed:          concere


**F.    ADMINISTRATIVE REMEDIES**

*WARNING Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U S C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies*

Is there a formal grievance procedure at the institution in which you are confined?

              _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

              _X_ Yes ___ No (*check one*)

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G REQUEST FOR RELIEF."*

1). A Declaratory Judgment that the Defendants Violated her rights as asserted in Counts I and II.

2). Compensatory Damages in the Amount of $500,000.00 Against Each Defendant in his or her Individual, and official capacity.

3.) Punitive Damages in the Amount of $500,000.00 Against Each Defendant in Their official and individual capacity.

4.) Fees and costs of this Action, Relief from this court as Deemed Necessary.

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

03-01-21
(Date)

(Form Revised December 2017)

6

Griffith, Dan'ere
Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL

A0275824

U.S. District Court
901-19TH ST. Room A105
Denver, CO 80294-3589

UNCENSORED
INMATE MAIL

NEOPOST
03/02/2021
US POSTAGE $001.80°
ZIP 80906
041M11284826
FIRST-CLASS MAIL