# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-GPG

DARLENE GRIFFITH,

    Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY),
ERIC CARNELL (LIEUTENANT),
CYNTHIA AYAD (SGT.),
CY GILLESPIE (COMMANDER FOR INMATE CLASS),
LIZ O' NEAL (MANAGE FOR INMATE CLASS),
AARON EARNHEART (SGT.),
JOHN DOE (SGT. FOR INTAKE),
MR. DRAPPER (DEPUTY),
MS. K FORRELL (PREA INVESTIGATOR),
MR. STERLING (DEPUTY),
MR. FRANCS (DEPUTY),
MS. MOTTA (DEPUTY),
MS. BRADBERRY (DEPUTY), and
MS. JAMES (DEPUTY),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned magistrate judge.

Dated: March 11, 2021

\#