# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-LTB

DARLENE GRIFFITH,

    Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY),
ERIC CARNELL (LIEUTENANT),
CYNTHIA AYAD (SGT.),
CY GILLESPIE (COMMANDER FOR INMATE CLASS),
LIZ O' NEAL (MANAGE FOR INMATE CLASS),
AARON EARNHEART (SGT.),
JOHN DOE (SGT. FOR INTAKE),
MR. DRAPPER (DEPUTY),
MS. K FORRELL (PREA INVESTIGATOR),
MR. STERLING (DEPUTY),
MR. FRANCS (DEPUTY),
MS. MOTTA (DEPUTY),
MS. BRADBERRY (DEPUTY), and
MS. JAMES (DEPUTY),

    Defendants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    This action is under review pursuant to D.C.COLO.LCivR 8.1.

    Pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1, United States Magistrate Judge **Gordon P. Gallagher** is designated to conduct proceedings in this civil action as follows:

    (X) Perform duties set forth in D.C.COLO.LCivR 8.1.

    (X) Hear and determine pretrial matters, including all nondispositive motions and other requests seeking court action.

(X) Conduct hearings, including evidentiary hearings, at the magistrate judge's discretion.

(X) Submit recommendations for rulings on dispositive motions.

(X) Submit recommendations for disposition of all or part of this action as required under D.C.COLO.LCivR 8.1, 28 U.S.C. § 1915, 28 U.S.C. § 1915A, and/or 42 U.S.C. § 1997e.

(X) Determine and resolve nondispositive post-judgment motions and other requests seeking court action.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that no additional orders of reference are necessary. All motions, requests, letters, and any other document seeking court action are referred automatically for resolution or recommendation by the named magistrate judge.

DATED: March 12, 2021

BY THE COURT:

  s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court