IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civial Action No. 1:21-cv-00387-LTB-GPG

Darlene Griffith

   Plaintiff(s)

v.

Jane Doe (Deputy)
John Doe (Deputy)
Eric Carnell (Lieutenant)
Cynthia Ayyad (Sgt.), et.al

   Defendant(s)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 24 2021
JEFFREY P. COLWELL
CLERK

## Motion For Emergency Preliminary Injunction and Permenent Injuctive Relief

I Comes Now Darlene Griffith Plaintiff Apearing (pro-se) Respectfully moves this Court To set it's "order," for motion For Emergency preliminary Injunction And permenent Injunctive Relief, For Not Allowing Plaintiff Darlene Griffith, Access to Law Library, or Access to Legal forms.

### Jurisdiction

Darlene Griffith Plaintiff is before this Honorable Court. This Court Retains Jurisdiction in this matter.

## STATEMENT OF FACTS

Darlene Griffith is presently incarcerated in The Elpaso County Detention Facility (Colorado springs). Ms. Griffith is pro-se in said civil case unable to pay for a Attorney, or have anyone help her in this civil case Due to the Fact she is incarcerated. Ms. Griffith did have access to the Law library, and access to all legal forms until Recently. Now Ms. Griffith is being Denied all access to any type of legal access.

## ARGUMENT

Plaintiff contends that the Elpaso County Detention facility will Establish and confirm Darlene Griffith has been incarcerated at The Elpaso County Detention facility since July 20, 2020.

Ms. Griffith has had access ~~to the Law Library~~ to the Law Library, From Jan. 2021 till

March, 2021. The Jail, or facility's legal assistant, is now denying access to Law Library, and legal forms. Grievances has been filed, with a Statement of "Plaintiff has a civil" Court matter In District court In Denver Colorado." Plaintiff Gave Her Civil Number, to the Law Library Person, And Plaintiff was still Denied Access to Law Library, and legal forms.

THEREFORE, for the foregoing Reasons, Darlene Griffith Respectfully moves this Court to "order" the El Paso County Jail to Allow Plaintiff Access

To law library, and any and all legal forms available to her.

Respectively, Darlene Griffith



Varlene Griffith
A0075821
2739 E. Las Vegas
Colorado Springs, CO
80906

DENVER CO 802
22 MAR 2021 PM 5 L

U.S. District Court
901-19TH St. Room A-105
Denver, CO
80294-3589

80294-250151