IN THE UNITED STATES DISTRICT COURT
for THE District of Colorado

Civil Action No 1:21-cv-00387-LTB-GPG

Darlene Griffith
Ellis Heath., et al
    Plaintiff(s)

v.

Jane Doe (Deputy)
John Doe (Deputy)
Eric Carnell (Lieutenant)
Cynthia Ayyad (Sgt.) Et. Al.,

    Defendant(s)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2021

JEFFREY P. CULWELL
    CLERK

---

Motion to make this Action
Class Action to simmerly situated person(s)

---

1. "Comes Now Darlene Griffith, Requesting this Court to make this civil action, a Class Action Law suit and add the following Plaintiff(s) Ellis HEATH., (Lavender Heath) A0339413, At same address as Darlene Griffith She is Also simmerly situated as to all the civil violations In this Suit.

THEREFORE Darlene Griffith Requests this Court to place this suit AS A Class Action and add other plaintiff to this class action suit.