**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-LTB-GPG

DARLENE GRIFFITH,

    Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY),
ERIC CARNELL (LIEUTENANT),
CYNTHIA AYAD (SGT.),
CY GILLESPIE (COMMANDER FOR INMATE CLASS),
LIZ O'NEAL (MANAGE FOR INMATE CLASS),
AARON EARNHEART (SGT.),
JOHN DOE (SGT. FOR INTAKE),
MR. DRAPPER (DEPUTY),
MS. K FORRELL (PREA INVESTIGATOR),
MR. STERLING (DEPUTY),
MR. FRANCS (DEPUTY),
MS. MOTTA (DEPUTY),
MS. BRADBERRY (DEPUTY), and
MS. JAMES (DEPUTY),

    Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE

---

    This matter is before the Court on the Recommendation of United States Magistrate Judge filed March 12, 2021 (ECF No. 12). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 12, 2021. On March 29, 2021, the Court entered an Order (ECF No. 15) denying Plaintiff's requests for a preliminary injunction and class certification. Plaintiff was given

1

an additional fourteen days to file any written objections to the Recommendation. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 12) is accepted and adopted. It is

FURTHER ORDERED that the Amended Prisoner Complaint (ECF No. 9) is dismissed without prejudice in part and drawn in part follows. It is

FURTHER ORDERED that the claims asserted against Defendants Jane Doe (Deputy), John Doe (Deputy), and Drapper (Deputy) are drawn to a presiding judge. *See* D.C.COLO.LCivR 8.1(c). It is

FURTHER ORDERED that the claims asserted Defendants ERIC CARNELL (LIEUTENANT), CYNTHIA AYAD (SGT.), CY GILLESPIE (COMMANDER FOR INMATE CLASS), LIZ O'NEAL (MANAGE FOR INMATE CLASS), AARON EARNHEART (SGT.), JOHN DOE (SGT. FOR INTAKE), MS. K FORRELL (PREA INVESTIGATOR), MR. STERLING (DEPUTY), MR. FRANCS (DEPUTY), MS. MOTTA (DEPUTY), MS. BRADBERRY (DEPUTY), and MS. JAMES (DEPUTY) are dismissed without prejudice for failure to comply with the pleading requirements of Rule 8, and these Defendants are dismissed as parties to this action.

DATED at Denver, Colorado, this __19th__ day of ___April___, 2021.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

3

Case No. 1:21-cv-00387-CMA-NRN   Document 16   filed 04/19/21   USDC Colorado
pg 3 of 3