IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY),

    Defendants.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to the El Paso County Attorney's Office for service of process on Jane Doe (Deputy), John Doe (Deputy), and Mr. Drapper (Deputy): PRISONER COMPLAINT FILED 03/04/2021, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE FILED 03/12/2021, ORDER TO DISMISS IN PART AND TO DRAW CASE FILED 04/19/2021, ORDER SETTING STATUS CONFERENCE FILED 04/19/2021, SUMMONS, WAIVER*, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on April 21, 2021.

Darlene Griffith
#0275824
El Paso County Criminal Justice Center
2739 East Las Vegas Street
Colorado Springs, CO 80906

Jane Doe (Deputy), John Doe (Deputy), and Mr. Drapper (Deputy) – **Waiver***
c/o El Paso County Attorney's Office
**DELIVERED ELECTRONICALLY VIA EMAIL**

                                            s/T. Vo
                                            *Deputy Clerk*