IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY),

    Defendants.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:55 am, Apr 28, 2021
JEFFREY P. COLWELL, CLERK**

## WAIVER OF SERVICE OF SUMMONS

    I acknowledge receipt of your request that I waived service of a summons in the action of <u>Griffith v. Doe et al</u> which is case number <u>21-cv-00387-NRN</u> in the United States District Court for the District of Colorado, for the following defendants: **MR. DRAPPER (DEPUTY).** I have also received a copy of the complaint in the action.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 21, 2021, (date request was sent), or within 90 days after that date if the request was sent outside the United States.

DATE:   <u>4/27/21</u>                  SIGNATURE:   <u>s/ Chris Strider Atty Reg. 51124</u>

below                                                  on behalf of all defendant(s) listed above unless otherwise noted

Service **<u>is not</u>** waived and accepted as to the following defendants for the stated reason:

**Defendant Name, Address (if known), and Reason**

<u>JANE DOE (DEPUTY) JOHN DOE (DEPUTY) IDENTITIES UNKNOWN</u>