**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY)

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To: Clerk of the United States District Court for the District of Colorado.

You are hereby requested to enter my appearance as counsel for Mr. Drapper (Deputy), in the above-entitled action.

Dated this 4th day of May, 2021.

By: s/ *Terry A. Sample*
Terry A. Sample, #33919
Senior Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-6386 (Office)
(719) 313-1941 (Mobile)
Email: terrysample@elpasoco.com

*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants and I will serve a copy on the following non-CM/ECF participant via U.S. Mail, as follows:

Darlene Griffith, #0275824
El Paso County Criminal Justice Center
2739 East Las Vegas Street
Colorado Springs, CO 80906

      /s/ April Willie

2