IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00387-CMA-NRN | Date: June 8, 2021 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

| _Parties:_ | _Counsel:_ |
|---|---|
| DARLENE GRIFFITH, | Pro se |
|    Plaintiff, | |
| v. | |
| MR. DRAPPER (DEPUTY), | Terry Sample |
| JANE DOE (DEPUTY), and | |
| JOHN DOE (DEPUTY), | |
|    Defendants. | |

### COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**10:31 a.m.    Court in session.**

Court calls case. Appearance of Pro se Plaintiff and defense counsel. Also present from the Office of the El Paso County Attorney paralegal April Willie.

Status of the case is discussed.

**ORDERED:**  Motion for Appointment of Counsel [Docket No. 8] is **GRANTED**.

Defense counsel intends to file a Motion to Dismiss. If the Motion to Dismiss is referred to the Magistrate Judge, it is

**ORDERED:**  Defendant shall file a Motion to Dismiss no later than **June 18, 2021.** Plaintiff shall file an answer no later than **July 23, 2021**. Defendant shall file a reply no later than **8/06/2021.**

Assuming that Judge Arguello refers the motion to dismiss to the Magistrate Judge, it is

**ORDERED:   Telephonic Motion Hearing** is set for **August 24, 2021 at 11:00 a.m.,** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. **The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

Discussion regarding Consent/Non-Consent Form.

Plaintiff is advised he can contact the Federal Pro Se Clinic at 303-380-8786 or on the website at http://www.cobar.org/fpsc

Discussion regarding general advisements to the Pro se Plaintiff.

Pro Se Plaintiff shall be reminded he is required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). The Pro Se plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov or in the office of the Clerk of the Court.

**10:57 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:26

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.