## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

     Plaintiff,

v.

DEPUTY DRAPPER,
JANE DOE, and
JOHN DOE,

     Defendants.

_____

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)

_____

On May 25, 2021 and June 15, 2021, the parties notified the Court of their

unanimous consent to disposition of the instant action by a United States Magistrate

Judge (Docs. ## 24, 30).  As such,

IT IS ORDERED as follows:

1.     The above action is referred for disposition to Magistrate Judge N. Reid
Neureiter pursuant to 28 U.S.C. § 636(c);

2.     The above action will be reassigned to Magistrate Judge Neureiter; and

3.     Upon such reassignment, the above case number will be amended to
reflect the magistrate judge to whom the case is reassigned.

DATED:  June 15, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge