IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00387-CMA-NRN

Darlene Griffith
    Plaintiff

v.

Deputy Draper, et Al.
    Defendant(s)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 15 2021
JEFFREY P. COLWELL
CLERK

## Motion For Summery Judgment.

Plaintiff is pro-se in this case, Plaintiff never recieved Defendants motion to Dismiss, if one was filed on the 18th of June, Plaintiff did not recieve such a motion. Plaintiff only has a certin amount of time, the 23rd of July to file her opposition against the motion to Dismiss, yet, Plaintiff does not know what to argue if she does not have the motion in front of Her. If Defendants failed to file motion, Plaintiff Requests to file for Summery Judgment.

7-7-21.

Darlee G[signature]



Griffith, Darlene
Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL
A0275824

DENVER CO 802
13 JUL 2021 PM 3 L
UNCENSORED
INMATE MAIL

NEOPOST 07/13/2021
US POSTAGE $000.51
FIRST-CLASS MAIL
ZIP 80906
041M11284826

U.S. District Court
901- 19th St. Room A-105
Denver, CO. 60294-3589