IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY)

Defendants.

## CERTIFICATE OF DELIVERY

Plaintiff states that a copy of the Defendant's Motion to Dismiss was never received (ECF 33). The Motion to Dismiss filed on June 18, 2021, also includes a Certificate of Mailing in which Casey Campbell from the Office of the County Attorney mailed it to the Plaintiff on that same date (ECF 32).

Despite the above, on July 19, 2021, Kevin Sypher, an employee of the El Paso County Sheriff's Office handed the Motion to Dismiss to the Plaintiff at 1:14 p.m. based on her assertions in (ECF 33).

Dated this 19th day of July, 2021.

By: s/ *Chris Strider*
Chris Strider, #33919
Assistant County Attorney
El Paso County Attorney's Office

1

200 S. Cascade Ave.  
Colorado Springs, CO 80903  
(719) 520-6485 (Main Office Line)  
(719) 520-7264 (Office)  
(719) 627-1586 (Mobile)  
Email: chrisstrider@elpasoco.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants and I will serve a copy on the following non-CM/ECF participant via U.S. Mail, as follows:

Darlene Griffith, #0275824  
El Paso County Criminal Justice Center  
2739 East Las Vegas Street  
Colorado Springs, CO 80906

                                                                /s/ April Willie