IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLORADO

Civil Action 1:21-CV-00387-NRN

Darlene Griffith

   Plaintiff

V

Jane Doe
John Doe
Mr. Draper

   Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2021

JEFFREY P. COLWELL
CLERK

---

**Motion for Extension of time to file opposition to Defendant motion to Dismiss.**

---

Plaintiff Requests this court to grant an Extension of time Due to Defendants not sending the motion to Dismiss in a timely manner, untill July, 9TH, 2021. The Plaintiff has only 7 days to file her oposition, This does not gie her enough time to do this. *See exhibit "1" Envelope Post marked July 9TH. The Defendants purposly did not send this motion till 21 days Later, Then the Deadline. After they certified the Letter Also. *see page 11 of 11 of motion stateing that A true motion was sent to plaintiff on June 18TH, 2021, ~~even~~ When In fact It was not.

The Defendant(s) should be penalized, for these wrongfull acts, by this court.

For the forgoing reasons the plaintiff requests this court to grant this motion for extion of time up and till the 6th day of Aug. 2021. The plaintiff also requests this court to penalize the defendants.

July 19, 2021

Darlene Griffits
A0275824
2739 E. Las Vegas
Colorado Springs, CO
80906

The plaintiff sent a true copy of this motion to the defendants, on July 19th, 2021, at the following address.

County Attorney,
200 S. Cascade Ave
Colorado Springs, CO
80903



**Office of the County Attorney**
200 South Cascade Avenue
Colorado Springs, CO 80903

Legal Mail

July 9, 2021

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

Darlene Griffith, #0275824
El Paso County Criminal Justice Center
2739 East Las Vegas Street
Colorado Springs, CO 80906

RETURN SERVICE REQUESTED

E3

Atty's Chris Strider, 5//24 & Terry Sample, #3399

Darlene Griffith
A0275824

Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL

Clerk of the Court
U.S. District court
901-19th ST. Room A-105
Denver, Colorado
80294-3589.

UNCENSORED
INMATE MAIL

NEOPOST
07/19/2021
US POSTAGE $001.20⁰
FIRST-CLASS MAIL
ZIP 80906
041M11284826

Case No. 1:21-cv-00387-CMA-NRN   Document 35   filed 07/21/21   USDC Colorado   pg 5 of 5