IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY),

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss (Dkt. #35) is GRANTED as follows. Plaintiff's response to Defendant's Motion to Dismiss Amended Complaint (Dkt. #32) is due on or before August 6, 2021. The Court declines Plaintiff's invitation to order sanctions against Defendant.

Date: July 21, 2021