IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY),

    Defendants.

## NOTICE OF APPOINTMENT

    AS DIRECTED by U.S. Magistrate Judge N. Reid Neureiter' s June 8, 2021 Order of Appointment of Counsel for Plaintiff Nicholas Darlene Griffith, and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected pro bono counsel.

    THE CLERK hereby notifies the court and the parties that attorney Andrew McNulty of the law firm of Killmer Lane & Newman LLP has been selected.  Selected counsel has preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, he has informed the court of his availability.  Under D.C.COLO.LAttyR 15(g), appointed counsel has thirty days to either enter an appearance in the case, or file a Notice Declining Appointment.  The Clerk cautions Plaintiff that in the interim, she is responsible for all other scheduled matters by court order or operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.

    ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15 - <u>Civil</u>

-2-

Pro Bono Representation to the pro se litigant.  A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

Dated at Denver, Colorado this   17th   day of August, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward Butler
Edward Butler, Legal Officer / Deputy Clerk