IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY),

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of the Notice of Pro Bono Appointment (Dkt. #38), it is hereby ORDERED that the Motion Hearing set for August 24, 2021 at 11:00 a.m. is VACATED. A Status Conference is set for September 30, 2021 at 9:30 a.m.

Date: August 18, 2021