## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

JANE DOE (DEPUTY), *et al.*,

    Defendants.

## ENTRY OF APPEARANCE

Andy McNulty of the law firm of KILLMER, LANE & NEWMAN, LLP, an attorney duly licensed to practice before this Court, hereby enters his appearance on behalf of the Plaintiff, Darlene Griffith.

DATED this 15th day of September 2021.

    KILLMER, LANE & NEWMAN, LLP

    *s/ Andy McNulty*
    _____
    Andy McNulty
    1543 Champa Street, Suite 400
    Denver, CO 80202
    (303) 571-1000
    (303) 571-1001
    amcnulty@kln-law.com

    ATTORNEY FOR PLAINTIFF