## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY)

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To:  Clerk of the United States District Court for the District of Colorado.

You are hereby requested to enter my appearance as counsel for Mr. Drapper (Deputy), in the above-entitled action.

Dated this 29th day of September 2021.

By: s/ *Nathan J. Whitney*
Nathan J. Whitney, # 39002
Senior Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-6597 (Office)
(719) 494-5582 (Mobile)
Email: nathanwhitney@elpasoco.com

*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants and I will serve a copy on the following non-CM/ECF participant via U.S. Mail, as follows:

Andy McNulty
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com

        s/ April Willie

2