IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00387-NRN | Date: September 30, 2021 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| DARLENE GRIFFITH, | Andrew Joseph McNulty |
| Plaintiff, | |
| v. | |
| JANE DOE (DEPUTY), | Christopher Michael Strider |
| JOHN DOE (DEPUTY), and | Nathan James Whitney |
| MR. DRAPPER (DEPUTY), | |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**9:31 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

Status of the case is discussed.

**ORDERED:** Plaintiff shall file Amended Complaint by **October 4, 2021**. Defendants shall be served by **October 22, 2021**.

**ORDERED:** A Telephonic Status Conference is set for **November 10, 2021 at 2:30 p.m.** before Magistrate Judge N. Reid Neureiter. **The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

**9:38 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00: 07

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.