IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY),

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. #45) is GRANTED finding good cause shown. Plaintiff's Second Amended Complaint and Jury Demand (Dkt. #46) is ACCEPTED as the operative pleading in this case. The Clerk shall amend the case caption accordingly.

It is further ORDERED that Defendants' Motion to Dismiss (Dkt. #32) is DENIED as moot. *See, e.g., Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. April 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

It is further ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. #33), which Plaintiff filed before counsel entered his appearance on her behalf, is DENIED WITHOUT PREJUDICE for failing to comply with Rule 56(c).

Date: October 4, 2021