IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

## ENTRY OF APPEARANCE

Mari Newman of the law firm of KILLMER, LANE & NEWMAN, LLP, an attorney duly licensed to practice before this Court, hereby enters her appearance on behalf of the Plaintiff, Darlene Griffith.

DATED this 15th day of October 2021.

                                                      KILLMER, LANE & NEWMAN, LLP

                                                      *s/ Mari Newman*
                                                      _____
                                                      Andy McNulty
                                                      Mari Newman
                                                      1543 Champa Street, Suite 400
                                                      Denver, CO 80202
                                                      (303) 571-1000
                                                      (303) 571-1001
                                                      amcnulty@kln-law.com
                                                      mnewman@kln-law.com

                                                      ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com

                                                    */s/ Charlotte Bocquin Scull*
                                                    Paralegal