IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00387-NRN | Date: October 19, 2021 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

*Parties:*                                              *Counsel:*

DARLENE GRIFFITH,                          Andrew McNulty
                                                              Mari Newman

    Plaintiff,

v.

EL PASO COUNTY, COLORADO,          Christopher Michael Strider
WELLPATH, LLC,                                 Nathan Whitney
CHRISTINE MOHR, in her individual capacity,   Terry Sample
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and
official capacities,
COMMANDER CY GILLESPIE, in his individual
capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual
capacity,

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**3:30 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Status of the case is discussed.

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction, Expedited Briefing Schedule, and Expedited Hearing (Dkt. #48).

For the reasons set forth on the record, it is

**ORDERED:**   Defendant's response to the Motion for Preliminary Injunction is due by **October 29, 2021**. Plaintiff's reply is due by **November 5, 2021**.

**ORDERED:**   Witness and Exhibit lists shall be exchanged no later than 12:00 p.m. on **November 10, 2021**.

**ORDERED:**   A Preliminary Injunction Hearing is set for **November 12, 2021 at 9:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

**3:57 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.