IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387- NRN

DARLENE GRIFFITH,

Plaintiff,

v.

JANE DOE (DEPUTY),
JOHN DOE (DEPUTY), and
MR. DRAPPER (DEPUTY),

Defendants.

## MINUTE ORDER VACATING PRELIMINARY INJUNCTION HEARING AND RE-ASSIGNING CASE TO DISTRICTJUDGE

Entered by Magistrate Judge N. Reid Neureiter

Plaintiff in this case seeks a preliminary injunction and an expedited hearing. *See* Dkt. #48. On October 19, 2021, the Court held a telephonic status conference where an expedited briefing schedule was established, and a preliminary injunction hearing was set for November 12, 2021.

The parties who have appeared in the case have consented to the jurisdiction of this Magistrate Judge. *See* Dkt. #24 and Dkt. #30. Judge Arguello accordingly referred the matter pursuant to 28 U.S.C. § 636(c) for disposition by me on June 15, 2021. Dkt. #31.

However, there is a defendant in the case, WellPath LLC, that has not yet appeared. This Court can only preside over dispositive matters and preliminary injunction matters where all parties have consented to proceed before a magistrate judge. If Wellpath were to appear and not consent to proceed before a magistrate judge, then the matter would have to be reassigned to a district judge. *See generally*, D.C. COLO.CivR 40.1 (c)(4)-(8).

The Court has reflected further on this issue of setting a preliminary injunction hearing without all parties having affirmatively consented to proceed before a magistrate judge. Because the Plaintiff seeks expedited injunctive relief, and because Wellpath has not yet appeared and has not yet consented to proceed before a magistrate judge, it makes the most sense for this case to be reassigned to a district judge for purposes of considering the preliminary injunction hearing, thereby avoiding the risk of a newly

appearing defendant upsetting the schedule for the preliminary injunction hearing by not consenting.

Wherefore, it is hereby ORDERED that the preliminary injunction hearing set for November 12, 2021 is VACATED. The Clerk is ORDERED to reassign this matter to the appropriate district judge. The expedited briefing schedule set on October 19, 2021 (*see* Dkt. #52) remains in place, subject to modification by the district judge to whom the matter will be reassigned.

Date: October 20, 2021