IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

    Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

    Defendants.

## ENTRY OF APPEARANCE

    Catherine O'Brien Crum of the law office of Nixon Shefrin Ogburn Drew, P.C., hereby enters an Appearance as counsel on behalf of Defendant Wellpath, LLC in this matter.

    Respectfully submitted this 21st day of October 2021,

                                                _s/ Catherine O'Brien Crum_
                                                Catherine O'Brien Crum, Esq.
                                                Lauren Kuhn, Esq.
                                                Nixon Shefrin Ogburn Drew, P.C.
                                                5619 DTC Parkway, Suite 1200
                                                Greenwood Village, CO 80111
                                                Tel: 303-773-3500; Fax: 303-779-0740
                                                Email: cobrien@nixonshefrin.com
                                                             lkuhn@nixonshefrin.com
                                                *Attorneys for Defendant Wellpath, LLC*

**CERTIFICATE OF SERVICE**

Civil Action No. 21-cv-00387-NRN

      I hereby certify that on this 21st day of October 2021, I electronically served a true and complete copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

| | |
|---|---|
| Mari Anne Newman, Esq.<br>Andrew Joseph McNulty, Esq.<br>Killmer Lane & Newman LLP<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>*Attorneys for Plaintiff* | Christopher Michael Strider, Esq.<br>Nathan James Whitney, Esq.<br>Terry Angela Sample, Esq.<br>El Paso County Attorney's Office-CO Springs<br>200 S. Cascade Ave.<br>Colorado Springs, CO 80903<br>*Attorneys for El Paso County Defendants*<br><br>*Vaira Filipovs*<br>Vaira Filipovs |