IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00387-CMA-NRN | Date: November 2, 2021 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| DARLENE GRIFFITH, | Andrew McNulty |
| Plaintiff, | |
| v. | |
| EL PASO COUNTY, COLORADO, | Nathan Whitney |
| WELLPATH, LLC, | Daniel Struck |
| CHRISTINE MOHR, in her individual capacity, | Terry Sample |
| DOCTOR JANE ROE, in her individual capacity, | |
| SHERIFF BILL ELDER, in his individual and official capacities, | |
| COMMANDER CY GILLESPIE, in his individual capacity, | |
| DEPUTY JOHN DOE, in his individual capacity, | |
| DEPUTY JANE DOE, in her individual capacity, | |
| DEPUTY F/N/U DRAPER, in his individual capacity, | |
| Defendants. | |

## COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**8:58 a.m.   Court in session.**

Court calls case. Appearance of counsel.

Preliminary remarks by the Court.

Status of the case is discussed. The plaintiff seeks some limited expedited discovery to prepare for the preliminary injunction hearing.

**ORDERED:**   A two-day **Preliminary Injunction Hearing** is set to begin at **9:00 a.m. on December 9, 2021** before Magistrate Judge N. Reid Neureiter in

        Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

**ORDERED:** The parties shall exchange and file with the court witness and exhibit lists by the close of business day, no later than December 6, 2021.

**ORDERED:** Plaintiff is entitled to 5 requests for production with a 14-day response time. The request should be reasonably related to the issues in the Preliminary Injunction. Plaintiff shall also prepare a proposed scheduling order for review at the end of the Preliminary Injunction Hearing.

**9:16 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.