IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE DOE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

    Defendants.

**JOINT MOTION FOR A PROTECTIVE ORDER**

Plaintiff Darlene Griffith and Defendants, Sheriff Bill Elder, Commander Cy Gillespie and Deputy Draper, collectively "County Defendants" jointly and by and through their respective counsel, hereby respectfully move for a protective order limiting the use and dissemination of information which will be exchanged in the course of discovery. In support of their motion, the Parties represent as follows:

1. During discovery[1] in this matter, the Parties have been and will continue to exchange information that is confidential business, customer, personal and/or medical information.

---

[1] Including but not limited to discovery ordered by the Honorable N. Reid Neureiter at the Telephonic Status Conference held with the parties on November 4, 2021.

2. Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense." The information the Parties seek to protect is not available to the public and maintaining its confidentiality is necessary to protect the parties and other persons from annoyance and embarrassment.

3. The Parties have stipulated to and request entry by the Court of the Proposed Stipulated Protective Order attached hereto as Exhibit 1.

WHEREFORE, the Parties respectfully request the Court enter the attached Stipulated Protective Order.

Respectfully submitted 18th day of November, 2021.

s/ Nathan Whitney
_____
Nathan J. Whitney
Sr. Assistant County Attorney
Terry Sample
Sr. Assistant County Attorney
Chris Strider
Assistant County Attorney
200 S. Cascade Ave.
Colorado Springs, CO 80903
Telephone: (719) 520-6409
Facsimile: (719) 520-6487
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com
*Attorneys for County Defendants*

s/ Andy McNulty
_____
Mari Newman
Andy McNulty
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
mnewman@kln-law.com
amcnulty@kln-law.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2021, a true copy of this Joint Motion for a Protective Order was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses for the following active parties and counsel of record:

Mari Ann Newman, Esq.
Andrew Joseph McNulty, Esq.
Killmer Lane & Newman LLP
1543 Champa Street, Suite 400
Denver, CO 80202

*Attorneys for Plaintiff*

Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant Wellpath, LLC*

    /s/ *Dee Lambert*
    Paralegal

4