IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00387-CMA-NRN | Date: November 23, 2021 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

| Parties: | Counsel: |
|---|---|
| DARLENE GRIFFITH, | Andrew McNulty |
| Plaintiff, | |
| v. | |
| EL PASO COUNTY, COLORADO, WELLPATH, LLC, CHRISTINE MOHR, in her individual capacity, DOCTOR JANE ROE, in her individual capacity, SHERIFF BILL ELDER, in his individual and official capacities, COMMANDER CY GILLESPIE, in his individual capacity, DEPUTY JOHN DOE, in his individual capacity, DEPUTY JANE DOE, in her individual capacity, DEPUTY F/N/U DRAPER, in his individual capacity, | Nathan Whitney |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**1:30 p.m.     Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes outlined in a Joint Discovery Statement that was directly emailed to Chambers and attached to these minutes.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**  As to document request no. 2: The objection is SUSTAINED, and the request is DENIED. Defendants need not produce documents regarding request no. 2.

**ORDERED**:  As to document request no. 5: The objection is partially SUSTAINED for the same reasons as to document request no. 2.

**1:46 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:16

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.