# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

_____

## JOINT STATEMENT REGARDING DISCVOERY DISPUTE
_____

**Question presented:**

Whether Plaintiff Darlene Griffith is entitled to, as part of the expedited discovery ordered by this Court prior to the preliminary injunction hearing in this matter, [Doc. #67], discover the "entire inmate file of all transgender inmates that have been incarcerated at the El Paso County Jail from January 1, 2019 until the present" including "all documents referencing, relating to, and underlying the incarceration of that particular transgender inmate; all documents related to the classification decisions made regarding that particular transgender inmate; all kites and/or grievances submitted by that particular transgender and the response thereto; that particular transgender inmate's medical records, complaints, and medical kites; any documentation relating to what sex and/or gender that transgender inmate was and is assigned in El Paso County's system; and any and all documentation of any disciplinary issues relating to that transgender inmate." **Exhibit 1**, *Plaintiff's Expedited Discovery Requests Related To Her Request For A Preliminary Injunction*, p. 6.

**Plaintiff's position:**

Plaintiff seeks the above-requested evidence because it is pertinent to the classification decisions that Defendants are making relating to transgender inmates within the El Paso County Jail. The requested documents are relevant evidence that would tend to show whether El Paso County housed Ms. Griffith in an all-male unit based on any legitimate reason, or if it simply houses all transgender inmates in units that correspond to their biological sex and/or genitalia without regard to their gender identity. The requested documents would also show that El Paso County's decision to house Ms. Griffith in an all-male unit, which does not conform with her gender identity,

1

based on a custom or practice within the El Paso County Jail, and not based on any individualized decision as to Ms. Griffith specifically, as claimed by El Paso County in their response. [Doc. #64], pp. 6-7.

**Defendants' Position:**

The injunctive relief requested by Plaintiff relates solely to Plaintiff's housing and classification within the El Paso County Criminal Justice Center ("CJC"). That is to say, Plaintiff asks for an injunction ordering CJC to house Plaintiff in a female ward and classify Plaintiff as female. (Doc. 48, p. 2). Plaintiff does not ask for facility-wide injunctive relief. Nor does Plaintiff claim that she must establish a likelihood of success on her municipal liability (*Monell*) claim to be entitled to injunctive relief. (*Id*. at pp. 6-8). As such, Defendants have produced information related to the classification decision made with respect to Plaintiff. It is Defendants' position that the wholesale discovery related to other transgender inmates is not reasonably related to the individualized injunctive relief requested by Plaintiff.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*

_____
Mari Newman
Andy McNulty
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
mnewman@kln-law.com
amcnulty@kln-law.com

*Attorneys for Plaintiff*

By: s/ *Nathan J. Whitney*
Nathan J. Whitney
First Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-6597 (Office)
(719) 494-5582 (Mobile)
Email: nathanwhitney@elpasoco.com

*Attorney for Defendants*