# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

---

**PLAINTIFF'S EXPEDITED DISCOVERY REQUESTS
RELATED TO HER REQUEST FOR A PRELIMINARY INJUNCTION**

---

Plaintiff, by and through counsel Andy McNulty and Mari Newman of KILLMER, LANE & NEWMAN, LLP, hereby submits this set of expedited discovery requests to Defendants El Paso County, Bill Elder, and Cy Gillespie and requests that these Defendants produce the documents requested herein with fourteen (14) days, pursuant to Rules 6, 26, 33, 34, and 36 of the Federal Rules of Civil Procedure and Magistrate Judge Neureiter's Order.

## DEFINITIONS AND INSTRUCTIONS

1. "You," "your," and "Defendant," means and includes, Defendants El Paso County, Bill Elder, and Cy Gillespie, including but not limited to agents, representatives, employees, contractors, servants, and all other persons acting on behalf of or representing this Defendant, including Defendant's attorneys.

2. In answering these discovery requests, you shall furnish all such information as is available or known to you and all of your servants, employees, representatives, and agents, including your attorneys, unless such information is claimed to be privileged from discovery.

Should you claim privilege, set forth in detail in your answers hereto the grounds for such claim and the general nature of the information as to which you claim a privilege.

   3. As used herein, the term "documents" means: all manner of written, typewritten, electronically stored, printed or recorded material whatsoever, including any graphic, mechanical or oral records or recordings of any kind, computer hard drives, correspondence, letters, telegrams, memoranda, records of meeting or conferences, contracts, agreements, reports, checks, statements, receipts, returns, summaries, tickets, drafts, interoffice and intraoffice communications, electronic mail, offers, notations of conversations, records of phone calls or meetings, printed matter, computer print-outs, teletypes, telefaxes, invoices, pictures, blueprints, schematics, tape recordings, transcriptions of records, video recordings, log books, business records, and all drafts, alterations, modifications, changes and amendments of any of the foregoing, of which you have knowledge or which are now or were formerly in your actual or constructive possession, custody or control.

   4. Throughout these discovery requests, whenever there is a request to identify or to state the identity of a document, provide as to such document the following information:

    a. The date of its preparation;

    b. The name, title and address of each author and/or signatory;

    c. The name, title and address of each addressee and each other person receiving a copy thereof;

    d. Its present custodian and location, including a computer hard drive and/or server; and

    e. Its title and/or all identifying or categorizing designations.

5. As used herein, the term "person" means any individual or legal entity including, but not limited to, individuals, corporations, businesses, firms, joint ventures, partnerships, sole proprietorships, or agencies or instrumentalities of the government.

6. As used herein, the term "employee" or "ex-employee" means and includes all persons who are or have been employed by Defendant on a full-time or part-time basis, as an independent contractor, or under any other terms, agreements or arrangements whereby the person has performed services for Defendant, and in exchange received compensation in any manner.

7. Whenever in these requests there is a request to identify, provide or state the identify of a person, provide as to each such person the following information:

    a. His, her or its name and date of birth;

    b. His, her or its present or last known address and telephone number;

    c. His, her or its present business address, business telephone, name of employer, and job title; and

    d. His, her or its status or relationship with each of the parties to this action.

8. In the event you withhold from identification any document as privileged, you are requested to provide a list of the documents withheld and state the following information with respect to each document withheld:

    a. The date appearing on the document and, if it has no date, the date, or approximate date, on which it was prepared;

    b. The title, label, code number or file number of the document;

    c.    The name and current address of the person(s) who signed the document or, if it was not signed, the name and current address of the person(s) who prepared it;

    d.    The name and current address of the person(s) to whom the document was directed and the person(s) to whom a copy of the document was directed;

    e.    A general description of the subject matter(s) to which the document relates;

    f.    The name and current address of the person(s) having present possession, custody or control of the document; and

    g.    The grounds on which the document has been withheld.

9.    If you know that any document(s) falling within the scope of these requests has been destroyed or lost, redacted or altered in some way from its original form, or is unavailable for any reason, you are requested to produce a written list of any such document(s), identifying each document as follows:

    a.    The date;

    b.    The request(s) the document pertains to;

    c.    The addresser's or author's name, title and address;

    d.    The addressee's or recipient's name, title and address;

    e.    The name and address of every other person to whom the document was sent or shown;

    f.    The subject matter of the document;

    g.    The general character of the document;

      h.      As nearly as possible, the exact content (or original content before redacted or altered) of the document; and

      i.      The reason for its destruction, alteration or redaction, or unavailability.

10.    Documents that you are to produce in response to these requests shall be produced thirty (30) days after the date of service of these requests upon you at the office of the attorneys for the Plaintiff, KILLMER, LANE & NEWMAN, LLP, 1543 Champa Street, Suite 400, Denver, CO 80202.

11.    Each request is continuing. If, subsequent to serving a response to any request, Defendant obtains or becomes aware of any further information relating thereto, Defendant is required to amend or supplement the response thereto, setting forth such additional information.

12.    Identify each person other than the signatory of the responses to these discovery requests who has been consulted in connection with, or who has provided information or assistance concerning the response to any request, and provide separately, by Interrogatory, Request for Production of Document or Request for Admission Number, the position or job title of the individual, together with a description of the nature of the consultation, or of the assistance or information provided.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO. 1:** Please produce Ms. Griffith's entire inmate file, including but not limited to all documents referencing, relating to, and underlying the incarceration of Ms. Griffith; all documents related to the classification decisions made regarding Ms. Griffith; all kites and/or grievances submitted by Ms. Griffith and the response thereto; her medical records, complaints, and medical kites; any documentation relating to what sex and/or gender Ms. Griffith is assigned in El Paso County's system; any and all documentation of any

disciplinary issues relating to Ms. Griffith; and any and all documents relating to Ms. Griffith's previous incarceration(s) within the El Paso County Jail or otherwise.

**DOCUMENT REQUEST NO. 2:** Please produce the entire inmate file of all transgender inmates that have been incarcerated at the El Paso County Jail from July 20, 2018 until the present. Documents produced in response to this request should include but not limited to all documents referencing, relating to, and underlying the incarceration of that particular transgender inmate; all documents related to the classification decisions made regarding that particular transgender inmate; all kites and/or grievances submitted by that particular transgender and the response thereto; that particular transgender inmate's medical records, complaints, and medical kites; any documentation relating to what sex and/or gender that transgender inmate was and is assigned in El Paso County's system; and any and all documentation of any disciplinary issues relating to that transgender inmate.

**DOCUMENT REQUEST NO. 3:** Please produce written policies relating to: (1) the classification of inmates within the El Paso County Jail; (2) the classification and treatment of transgender inmates within the El Paso County Jail; (3) the implementation of the Prison Rape Elimination Act; (4) the ability of different sexes and genders to access the commissary; (5) the assignment and accessibility of clothing to inmates of different sexes and genders.

**DOCUMENT REQUEST NO. 4:** Please produce all communications between any Defendant identified in the case caption and any other individual pertaining in any way to the allegations in Plaintiff's Motion For Preliminary Injunction and at any time between July 20, 2020 and the present, excluding only those conversations and written correspondence protected by attorney-client privilege with no others present.

**DOCUMENT REQUEST NO. 5:** If you are claiming that Ms. Griffith, or any transgender inmate that has previously been housed in an all-male unit, poses a safety, security, and/or management risk to other inmates, please produce all documentation relating to that alleged safety, security, and/or management risk and the basis for your considering it a safety and security risk.

Dated: November 4, 2021

KILLMER, LANE & NEWMAN, LLP

*/s/ Andy McNulty*
Andy McNulty
Mari Newman
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2021, I served the foregoing **PLAINTIFF'S EXPEDITED DISCOVERY REQUESTS RELATED TO HER REQUEST FOR A PRELIMINARY INJUNCTION,** by Email to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com

*Counsel for Defendants*

                                                */s/ Charlotte Bocquin Scull*
                                                Paralegal