**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

---

**COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE A RESPONSIVE PLEADING**

---

Defendants, El Paso County, Colorado, Commander Cy Gillespie and Deputy Draper (collectively, "County Defendants"), by and through the Office of the County Attorney of El Paso County, Colorado, hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Local Rules of Practice of the United States District Court for the District of Colorado—Civil Rule 6.1 to extend their time to file an answer or responsive pleading to the Complaint by fourteen (14) days, stating as follows:

## CERTIFICATION

Pursuant to D.C.COLO.LCivR 7.1(b)(1):  Counsel for County Defendants conferred with Counsel for Plaintiff on November 23, 2021, who does not oppose this motion.

1.       Plaintiff asserts numerous a claim pursuant to 42 U.S.C. § 1983 and state law against the County Defendants.  Plaintiff's claim relates to her placement when incarcerated in the El Paso County Criminal Justice Center in El Paso County Criminal Justice Center.

2.       County Defendants' answer or other responsive pleading is currently due on December 3, 2021.

3.       Good cause supports the extension of County Defendants' deadline to answer or otherwise respond to the Complaint for an additional fourteen (14) days. *See* Fed. R. Civ. P. 6(b)(1).   Undersigned counsel is preparing for the Preliminary Injunction Hearing in the underlying case. Undersigned counsel anticipates filing a motion to dismiss Plaintiff's Complaint, at least in part, on several grounds, including, but not limited to, failure to state a claim for relief and qualified immunity, and requests additional time to prepare such motion due to the Thanksgiving Holiday and preparation for the Preliminary Injunction Hearing.

4.       No extensions have been sought or granted previously. No prejudice will result from granting this motion.

5.       Undersigned counsel for County Defendants certifies that this motion has been served upon their respective clients.

WHEREFORE, County Defendants respectfully request that this Court issue an order granting their motion and extending their time to answer or otherwise respond to the Complaint until December 17, 2021.

Respectfully submitted this 29th day of November, 2021.


By: *s/ Nathan J. Whitney*
Nathan J. Whitney, #39002
Senior Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485
Fax: (719) 520-6487
Email: nathanwhitney@elpasoco.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants:


Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com

Dan Struck
Ashlee Hesman
Kristina Rood
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com


By:  *s/ April Willie*
     Paralegal