## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*

Defendants.

---

### PROPOSED ORDER GRANTING COUNTY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

---

**THIS MATTER** having come before the Court on County Defendants' Motion for Extension of Time to File a Responsive Pleading ("Motion"), the Court having reviewed the same and otherwise being fully advised in the premises, and good cause appearing therefor, hereby ORDERS the following:

County Defendants' Motion is GRANTED.

County Defendants shall have an extension of time to file a responsive pleading to the Complaint, up to and including December 17, 2021.

DONE this ____ day of _____, 2021.

BY THE COURT:

_____
United States Judge