IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion for a Protective Order (Dkt. #69) is GRANTED finding good cause shown. The proposed Stipulated Protective Order (Dkt. #69-1) is APPROVED and made an Order of Court.

It is further ORDERED that County Defendants' Unopposed Motion for Extension of Time to File a Responsive Pleading (Dkt. #73) is GRANTED. County Defendants shall answer or otherwise respond to Plaintiff's Second Amended Complaint (Dkt. #46) on or before December 17, 2021.

Date: November 29, 2021