IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, et al.

    Defendants.

---

**UNOPPOSED PETITION FOR A WRIT OF *HABEAS CORPUS AD TESTIFICANDUM***

---

    Plaintiff, by and through her counsel, Andy McNulty, and Mari Newman of KILLMER, LANE & NEWMAN, LLP, respectfully requests that this Court issue a Writ of *Habeas Corpus Ad Testificandum* for Plaintiff Darlene Griffith, whose place of custody and jailor are set forth in the accompanying Writ and are known to the El Paso County Jail. In support thereof Plaintiff states:

    1.    A Hearing on Plaintiff's Motion for Preliminary Injunction [Doc. #48] is scheduled for two days on December 9 and 10, 2021.

    2.    Darlene Griffith, the plaintiff in this matter and an essential fact witness who will testify at the hearing, is currently incarcerated at the El Paso County Jail, 2739 East Las Vegas Street, Colorado Springs, CO 80906.

    3.    Plaintiff and interested party, Darlene Griffith has relevant, admissible testimony to give in this case.

    4.    Plaintiff respectfully requests this Court issue a Writ of *Habeas Corpus ad Testificandum* to the El Paso County Sheriff's Office, the El Paso County Jail, or any other

1

authorized agent, to transport Plaintiff Darlene Griffith to the Alfred A. Arraj United States Courthouse on the dates of December 9, 2021 and December 10, 2021.

## CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1

5. Andy McNulty, counsel for Plaintiff, certifies that he conferred with counsel for Defendants El Paso County, Elder, and Draper, Nathan Whitney, on November 22, 2021. Counsel for Defendants stated on December 1, 2021 that Defendants El Paso County, Elder, and Draper do not oppose the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Petition for Writ of *Habeas Corpus Ad Testificandum*.

Respectfully submitted this 1st day of December 2021.

KILLMER LANE & NEWMAN, LLP

*/s/ Andy McNulty*
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
amcnulty@kln-law.com
mnewman@kln-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I electronically filed the foregoing **UNOPPOSED PETITION FOR A WRIT OF** *HABEAS CORPUS AD TESTIFICANDUM* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com

*Counsel for Defendants*

                                                  *s/ Charlotte Bocquin Scull*
                                                  Paralegal