IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, et al.

    Defendants.

---

### WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

---

**TO: THE EL PASO COUNTY SHERIFF, THE EL PASO COUNTY JAIL, OR TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE BELOW NAMED INMATE MAY BE HELD:**

We command that you produce the below named inmate now confined in the El Paso County Jail, located at 2739 East Las Vegas Street, Colorado Springs, CO 80906, before Hon. Magistrate Judge Reid N. Neureiter, United States Magistrate Judge for the District of Colorado, located at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, on the 9th day of December, 2021 by 8:00 a.m. of said day and from day to day thereafter, to attend her Preliminary Injunction Hearing to be heard before the United States District Court and to appear therein as a witness on behalf of herself, and immediately after Plaintiff has attended her hearing, Plaintiff be returned to the place of incarceration whence she came, under safe and secure conduct, and have you then and there this writ.

    The individual to be produced is:

                                            **Darlene Griffith**

1

**Inmate No. A0275824**

DATED at Denver, Colorado this ___ day of December 2021.

BY THE COURT

_____
Hon. Reid N. Neureiter
UNITED STATES MAGISTRATE JUDGE

2