IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, et al.

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AND EXCHANGE EXHIBIT LISTS AND MAKE DISCLOSURES**

---

Plaintiff, by and through her counsel, Andy McNulty, and Mari Newman of KILLMER, LANE & NEWMAN, LLP, respectfully submit this Unopposed Motion for Extension of Time to File and Exchange Exhibit Lists and Make Disclosures, and state in support as follows:

1. This matter is set for a Preliminary Injunction Hearing on December 9-10, 2021.

2. Pursuant to the Court's Order, Doc. 67, the parties are to file and exchange exhibit and witness lists by the close of business day, no later than December 6, 2021.

3. Plaintiffs' counsel, for good cause, seeks a 1-day extension of time up to and including December 7, 2021, to file and exchange Plaintiff's Exhibit List and make disclosures.

4. The parties are currently engaged in joint and separate preparations for the Preliminary Injunction Hearing and Defendants' have not provided documents pursuant to expedited discovery requests as set by the Court.

5.  Plaintiff's lead counsel Andy McNulty, discovered late last week that on November 18, 2021 a PREA (Prison Rape Elimination Act) incident occurred against Plaintiff and immediately sought all materials related to that incident.

6.  Counsel for Defendants have been collecting and providing some of the documentation but Plaintiff as of the writing of this motion, have not received all documentation related to the PREA incident against Plaintiff.

7.  Plaintiff's counsel requires additional time to receive and review the incident related materials in advance of preparing their exhibit list and making disclosures.

8.  Good cause exists for the relief requested herein. The requested extension of time is made in good faith and will not unduly prejudice any party and is not sought for purposes of delay.

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1

9.  Undersigned counsel certifies that he conferred via email with Nathan Whitney, counsel for Defendants regarding the relief requested, who do not oppose the relief sought herein.

### CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 6.1(c)

10. Counsel for Plaintiffs certifies that a copy of this Motion will be served contemporaneously on Plaintiff, via U.S. Mail upon the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant this one-day extension of time to exchange and file Plaintiff's Exhibit List and to make her appropriate disclosures, up to and including December 7, 2021.

Respectfully submitted this 6th day of December 2021.

KILLMER LANE & NEWMAN, LLP

*/s/ Andy McNulty*
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
amcnulty@kln-law.com
mnewman@kln-law.com

*Attorneys for Plaintiff*

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AND EXCHANGE EXHIBIT LISTS AND MAKE DISCLOSURES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com

*Counsel for Defendants*

                                           *s/ Charlotte Bocquin Scull*
                                           Paralegal