IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time to File and Exchange Exhibit Lists and Make Disclosure's (Dkt. #81) is GRANTED finding good cause shown. Plaintiff shall have up to and including December 7, 2021 to exchange and file her Exhibit List and to make her appropriate disclosures.

Date: December 6, 2021