IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

**COUNTY DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR COUNTY DEFENDANTS TO FILE AND EXCHANGE WITNESS AND EXHIBIT LIST FOR THE PRELIMINARY INJUNCTION HEARING**

Defendants, El Paso County, Colorado, Commander Cy Gillespie and Deputy Draper (collectively, "County Defendants"), by and through the Office of the County Attorney of El Paso County, Colorado, respectfully submit this Unopposed Motion for an Extension of time for the County Defendants to file and exchange Exhibit and Witness Lists for the Preliminary Injunction Hearing set for December 9, 2021, and state in support thereof as follows:

1. This matter is set for Preliminary Injunction Hearing on December 9-10, 2021/

2. Pursuant to the Court's Order, Doc. 67, the parties are to file and exchange Exhibit and Witness Lists by the close of business day, no later than December 6, 2021.

3. Defendants' Counsel, for good cause, seeks a one (1) day extension of time up to and including December 7, 2021, to file and exchange County Defendants' Witness and Exhibit Lists.

4. Counsel for County Defendants have been actively working to secure documentation responsive to Plaintiff's Expedited Discovery Requests, which exceed 2,000 pages to date.

5. County Defendants require additional time to review materials in advance of preparing their Exhibit and Witness Lists and request a reciprocal extension of time up to and including December 7, 2021.

6. Good cause exists for the relief requested herein. The requested extension of time is made in good faith and will not unduly prejudice any party and is not sought for purposes of delay.

## CERTIFICATION

Pursuant to D.C.COLO.LCivR 7.1(b)(1): Counsel for County Defendants conferred with Counsel for Plaintiff on December 6, 2021, who does not oppose this motion.

WHEREFORE, County Defendants respectfully request that this Court grant this one-day extension of time to exchange and file County Defendants' Witness and Exhibit Lists up to and including December 7, 2021.

Respectfully submitted this 6th day of December, 2021.

By: *s/ Nathan J. Whitney*
Nathan J. Whitney, #39002
Senior Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485
Fax: (719) 520-6487
Email: nathanwhitney@elpasoco.com

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com

Dan Struck
Ashlee Hesman
Kristina Rood
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

By: *s/ Dee Lambert*
    Paralegal