**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

     Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

     Defendants.

_____

**PRELIMINARY INJUNCTION HEARING WITNESS LIST**
_____

     Plaintiff, by and through counsel, submits the following witness list in advance of the

preliminary injunction hearing:

1. **WILL CALL WITNESSES**

- Darlene Griffith
  - Time On Direct: 1.25 hours
- Rachel Esters
  - Time On Direct: 0.75 hours
- Li Brookens
  - Time On Direct: 0.75 hours

     Dated: December 6, 2021

                        KILLMER, LANE & NEWMAN, LLP

                        */s/ Andy McNulty*
                        Andy McNulty
                        Mari Newman
                        1543 Champa St., Ste. 400
                        Denver, CO 80202
                        Phone: (303) 571-1000
                        Facsimile: (303) 571-1001
                        amcnulty@kln-law.com
                        mnewman@kln-law.com

                        COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically filed the foregoing **PRELIMINARY INJUNCTION HEARING WITNESS LIST** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com


Daniel P. Struck
Ashlee B. Hesman
Kristina R. Rood
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*

_____
Andy McNulty