**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE DOE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,
EL PASO COUNTY, COLORADO, *et al.*,

Defendants.

---

**EL PASO COUNTY'S WITNESS LIST
PRELIMINARY INJUNCTION HEARING**

---

A. **Will Call Witnesses:**

1. Darlene Griffith (Live Appearance) (2.0 hours)
2. Liz O'Neal (Live Appearance) (1 hour)
3. Dr. Christine Mohr (Remote Appearance) (1 hour)

B. **On Call Witnesses:**

4. Deputy Jeremy Draper (Remote Appearance) (0.5 hours)
5. Deputy Kim Farrell (Remote Appearance) (0.5 hours)
6. Commander Eric Carnell (Remote Appearance) (0.5 hours)
7. Deputy Kevin Sypher (Remote Appearance) (1 hour)
8. Deputy Joshua Aguilar (Remote Appearance) (1 hour)

C. Any witness identified by Plaintiff.

D. Any induvial identified in any document or report produced by either party.

E. Any witness needed for impeachment.

F. Any witness needed for rebuttal.

G. Any witness needed for authentication of any item of evidence of document.

Dated this 6th day of December 2021.

*s/ Nathan Whitney*

_____
Nathan J. Whitney
Sr. Assistant County Attorney
Terry Sample
Sr. Assistant County Attorney
Chris Strider
Assistant County Attorney
200 S. Cascade Ave.
Colorado Springs, CO 80903
Telephone: (719) 520-6409
Facsimile: (719) 520-6487
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com
*Attorneys for County Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 6, 2021, I electronically served the foregoing information to Plaintiff's Counsel of Record via e-mail and filed the same via ECF Filing with notifications sent to the following:

Mari Ann Newman, Esq.
Andrew Joseph McNulty, Esq.
Killmer Lane & Newman LLP
1543 Champa Street, Suite 400
Denver, CO 80202

*Attorneys for Plaintiff*

Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
*Attorneys for Defendant Wellpath, LLC*


/s/ Dee Lambert
Paralegal
  H.