CASE CAPTION:  <u>Darlene Griffith v. El Paso County, et al.</u>

CASE NO.:  <u>1:21-cv-00387-NRN</u>

PLAINTIFF'S EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 1. | | Darlene Griffith Kite dated October 29, 2020, request to be moved to a female ward (Griffith-Released 000563) | | | | | |
| 2. | | Darlene Griffith Kite dated December 9, 2020, Request for Housing Change (Griffith-Released 000728) | | | | | |
| 3. | | Darlene Griffith Kite dated, January 5, 2021, Appealing of Improper Housing Determination (Griffith-Released 000731) | | | | | |
| 4. | | Darlene Griffith Request to Mental Health for Gender Dysphoria Accommodation (Griffith-Released 000956) | | | | | |
| 5. | | January 22, 2021 Mental health Assessment Record of Darlene Griffith (Griffith-Released 000941-47) | | | | | |
| 6. | | Darlene Griffith Kite dated January 23, 2021, Reporting Discriminatory Treatment (Griffith-Released 000713) | | | | | |
| 7. | | Darlene Griffith Kite dated March 9, 2021, Reporting being treated as a man (Griffith-Released 000716) | | | | | |

1

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 8. | | El Paso County Sheriff's Office Intra-Office Memorandum, September 28, 2020 Subject Inmate Darlene Griffith reports Staff Inappropriate Comments (Griffith-Released 001347-48) | | | | | |
| 9. | | Darlene Griffith Kite dated November 11, 2020, re: Constant Mis-Gendering (Griffith-Released 000721) | | | | | |
| 10. | | Darlene Griffith Kite dated June 23, 2021, Regarding Misgendering Treatment (Griffith-Released 000753) | | | | | |
| 11. | | July 1, 2021 Mental Health Record of Darlene Griffith Complaining About Officials Using Incorrect Pronouns (Griffith-Released 001040-41) | | | | | |
| 12. | | Darlene Griffith Kite dated January 20, 2021, Reporting Invasive Pat Down Searches (Griffith-Released 000711) | | | | | |
| 13. | | Darlene Griffith Kite dated January 22, 2021, Reporting Ongoing Discriminatory Treatment (Griffith-Released 000712) | | | | | |
| 14. | | Darlene Griffith Kite dated February 3, 2021, Reporting Invasive Searches (Griffith-Released 000588) | | | | | |
| 15. | | Darlene Griffith Kite dated September 7, 2021, regarding denial of request for women's undergarments (Griffith-Released 000719) | | | | | |

2

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 16. | | Darlene Griffith Kite dated October 14, 2020, request for women's undergarments (Griffith-Released 000671) | | | | | |
| 17. | | Curriculum Vitae of Li Brookens | | | | | |
| 18. | | October 22, 2021 Kite of Darlene Griffith following up with Mental Health (Griffith-Released 001012-20) | | | | | |
| 19. | | Darlene Griffith Full Patient History, Receiving and Screening (Griffith-Released 000921-928) | | | | | |
| 20. | | Darlene Griffith Full Patient History, Mental Health Initial Assessment (Griffith-Released 000928-934) | | | | | |
| 21. | | Darlene Griffith Full Patient History, (Griffith-Released 000934-941) | | | | | |
| 22. | | Darlene Griffith Full Patient History Cover Page (Griffith-Released 000918) | | | | | |
| 23. | | El Paso County Sheriff's Office Booking Report 2000D08963-Darlene Griffith (Griffith-Released 000243-46) | | | | | |
| 24. | | Prison Rape Elimination Act Prisons and Jail Standards, May 17, 2012 (Griffith-000062-98) | | | | | |
| 25. | | National PREA Resource Center Frequently Asked Questions, March 24, 2016 (Griffith-000057-59) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 26. | | National PREA Resource Center Frequently Asked Questions – Is it ever appropriate for a transgender or intersex inmate or resident to be . . ., July 3, 2013 (Griffith-000060-61) | | | | | |
| 27. | | Arapahoe County Sheriff's Office Policy and Procedure Manual, Transgender/Gender Non-conforming Inmates, Policy Number DET 605 (Griffith-000001-6) | | | | | |
| 28. | | Denver Sheriff Department, Department Order 1.00.1001, Assignment of Staff: Cross Gender Supervision (Griffith-000007-9) | | | | | |
| 29. | | Denver Sheriff Department, Department Order 1.00.3010, Prison Rape Elimination Act (PREA) (Griffith-000010-36) | | | | | |
| 30. | | Denver Sheriff Department, Department Order 1.00.1024, Transgender and Gender-Variant Inmates (Griffith-000037-44) | | | | | |
| 31. | | Denver Sheriff Department, Downtown Division Post Orders 5.23.1061, Intake Classification Officer (Griffith-000045-48) | | | | | |
| 32. | | Boulder County Sheriff's Office Jail Division, Policy Number J1005, Transgender and Gender-Variant Inmates (Griffith-000049-51) | | | | | |
| 33. | | Larimer County Sheriff's Office Policy Manual, Policy No. 72080, Transgender, Gender Reassignment, or Intersex Inmates (Griffith-000052-53) | | | | | |

4

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 34. | | Denver Women's Correctional Facility Custody Reclassification Form for Darlene Griffith (Griffith-000054-56) | | | | | |
| 35. | | Study Identifying Correctional Policy and Practice Considerations for Screening Searching Housing and Managing a Transgender Person, Journal of Correctional Health Care, 2019, Vol. 25(3) 277-286 (GRIFFITH-000099 – GRIFFITH-000108) | | | | | |
| 36. | | El Paso County Sheriff's Office Re-Classification History Report for Darlene Griffith, January 14, 2021 (Griffith-Released 000406-407) | | | | | |
| 37. | | El Paso County Sheriff's Office Re-Classification History Report for Darlene Griffith, February 26, 2021 (Griffith-Released 000408-409) | | | | | |
| 38. | | El Paso County Sheriff's Office Re-Classification History Report for Darlene Griffith, October 18, 2021 (Griffith-Released 000412-413) | | | | | |
| 39. | | El Paso County Sheriff's Office Classification Report for Darlene Griffith, July 21, 2020 (Griffith-Released 000400-401) | | | | | |
| 40. | | El Paso County Sheriff's Office Housing Movements Report for Darlene Griffith, 10/18/2021 (Griffith-Released 000387-395) | | | | | |
| 41. | | El Paso County Sheriff's Office Inmate Classification Report, 10/18/2021 (Griffith-Released 000402-407) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 42. | | El Paso County Sheriff's Office Inmate Handbook (Griffith-Released 001923-1980) | | | | | |
| 43. | | El Paso County Sheriff's Office Inmate Screening Report for Darlene Griffith, 9/27/2021 (Griffith-Released 000399) | | | | | |
| 44. | | El Paso County Sheriff's Office Detention Bureau Standard Operating Procedures Manual, No. 2.12; Chapter II. Security, Subject: Classification and Separation, Effective 11/12/2019 (Griffith-Released 002212-002221) | | | | | |
| 45. | | El Paso County Sheriff's Office Detention Bureau Standard Operating Procedures Manual, No. 2.12; Chapter II. Security, Subject: Classification and Separation, Effective 03/17/2021 (Griffith-Released 002084-2099) | | | | | |
| 46. | | El Paso County Sheriff's Office Detention Bureau Standard Operating Procedures Manual, No. 4.34; Chapter IV. Care, Subject: PREA – Prevention, Planning and Training, Effective 03/17/2021 (Griffith-Released 002106-2110) | | | | | |
| 47. | | El Paso County Sheriff's Office Detention Bureau Standard Operating Procedures Manual, No. 04.34.01; Chapter IV. Subject: PREA – Screening for Risk and Responsive Planning, Effective 03/17/2021 (Griffith-Released 002111-2114) | | | | | |
| 48. | | El Paso County Sheriff's Office Detention Bureau Standard Operating Procedures Manual, No. 02.16; Chapter II. Security, Subject: Staff/Inmate Contact | | | | | |

6

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| | | and Interaction, Effective 06/28/2021 (Griffith-Released 002100-2105) | | | | | |
| 49. | | Curriculum Vitae of Rachel Esters (GRIFFITH-000113-114) | | | | | |
| | | All exhibits identified by the parties in discovery and/or needed for impeachment or rebuttal | | | | | |

7