# FINAL LIST OF PROPOSED EXHIBITS
# FOR PRELIMINARY INJUNCTION
# HEARING

CASE NO. 21-cv-00387-NRN        PLAINTIFF'S LIST_____        DEFENDANT'S LIST  X        THIRD PTY DEFTS. LIST_____

CASE CAPTION Darlene Griffith         vs.  El Paso County *et al.*         PAGE NO. 1 of 2    DATE 12/07/2021

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | 2020 Inmate Handbook 02.21.2020 (Griffith Released 1923-1980) | | | | | | | |
| A.1 | | Inmate Handbook – Grievance Section (Griffith Released 1976-1977) | | | | | | | |
| B | | Griffith Medical Records (GRIFFITH 1-125) | | | | | | | |
| C | | Housing and Classification File (Griffith Released 397-411) | | | | | | | |
| D | | Grievances (Griffith Released 715-764) | | | | | | | |
| E | | Incident Reports (Griffith Released 765-915) | | | | | | | |
| F | | 8-20-2020 Incident Report -PREA Complaint (Griffith Released 1347-1384) | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| G | | 8-20-2020 VIDEO (Griffith Released 1383) | | | | | | | |
| H | | PREA Audit 2020 (Griffith Released 2300-2429) | | | | | | | |
| I | | SOP Searches 2.02 (Griffith Released 2129-2140) | | | | | | | |
| J | | SOP Admission 2.05 (Griffith Released 2049-2083) | | | | | | | |
| K | | SOP Classification 2.12 (Griffith Released 2430-2461) | | | | | | | |
| L | | Composite Exhibit - SOP PREA 3.17.21(Griffith Released 2106-2124) | | | | | | | |
| M | | Commissary Report (Griffith Released 2624-2656) | | | | | | | |
| N | | Memos from E. Carnell (Griffith Released 2657-2660) | | | | | | | |
| O | | Composite Exhibit- Incident Reports considered for inmate classification decisions (See Response to Expedited Discovery No. 5) | | | | | | | |
| P | | Composite Exhibit-Jail Calls 494, October 6, 2021 595 October 30, 2021 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Q | | Composite Exhibit- Kites (Griffith Released 652-653, 765 | | | | | | | |
| | | Any item needed for impeachment | | | | | | | |
| | | Any item needed for rebuttal | | | | | | | |
| | | | | | | | | | |