IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

---

**STIPULATION**

---

    Plaintiff Darlene Griffith and Defendants El Paso County, Sheriff Bill Elder, and Commander Cy Gillespie, by and through their respective counsel, hereby stipulate to the following:

    1.    Defendants El Paso County, Sheriff Bill Elder, and Commander Cy Gillespie stipulate that Plaintiff Darlene Griffith shall be transferred to, and housed in, a female ward within the El Paso County Jail at the earliest practicable time after the entry of this stipulation. In all respects, Ms. Griffith shall be treated as a female inmate within the El Paso County Jail.

    2.    Ms. Griffith shall be transferred to an open bay ward. Ms. Griffith will be permitted to shower separately from other inmates.

    3.    Ms. Griffith shall be subject to the same disciplinary action as other female inmates should the circumstances justify it, but shall not be returned to a male ward within the El Paso County Jail unless Ms. Griffith specifically requests to be housed in the male ward in writing.

    4.    Ms. Griffith shall be permitted to access the same items from the commissary that other female inmates are able to access, including undergarments and grooming items.

5. The parties' entry into this stipulation is not to be construed as an admission of liability or evidence of any wrongdoing by any party.

6. The parties agree to file a motion seeking a settlement conference relating to all claims in this litigation with Magistrate Judge N. Reid Neureiter within fourteen days of the entry of this stipulation. The parties anticipate any global settlement will include implementation of an official SOP regarding classification and housing of transgender inmates.

Wherefore, the parties request that this Court adopt this stipulation and enter it as an order of the Court and vacate the Preliminary Injunction Hearing set on December 9 and 10, 2021

Dated: December 8, 2021.

KILLMER, LANE & NEWMAN, LLP

/s/ Andy McNulty
Andy McNulty
Mari Newman
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com

COUNSEL FOR PLAINTIFFS

/s/ Nathan J. Whitney
Nathan Whitney
Terry Sample
Chris Strider
200 S. Cascade Ave.
Colorado Springs, CO 80903
terrysample@elpasoco.com
nathanwhitney@elpasoco.com
chrisstrider@elpasoco.com

COUNSEL FOR DEFENDANTS EL PASO COUNTY, SHERIFF BILL ELDER, AND COMMANDER CY GILLESPIE