IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of the parties' Stipulation (Dkt. #91), it is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction (Dkt. #48) is DENIED as moot and the Preliminary Injunction Hearing set for December 9, 2021 at 9:00 a.m. is VACATED.

It is further ORDERED that the terms of the Stipulation are ADOPTED and made an Order of Court.

Date: December 8, 2021