**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

    Defendants.

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Daniel P. Struck of the law firm Struck Love Bojanowski & Acedo, PLC, hereby enters his appearance as counsel of record for Defendant Dr. Christine Mohr.

I hereby certify that I am a member in good standing of the bar of this Court.

Dated: December 9, 2021

Respectfully submitted,

s/ Daniel P. Struck
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Defendant Wellpath, LLC and Mohr*

- 2 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 9th day of December 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>Andy McNulty
>Mari Newman
>KILLMER, LANE & NEWMAN, LLP
>1543 Champa Street, Suite 400
>Denver, CO 80202
>amcnulty@kln-law.com
>mnewman@kln-law.com
>*Attorneys for Plaintiff Darlene Griffith*
>
>Nathan James Whitney
>Terry Angela Sample
>Christopher Michael Strider
>El Paso County Attorney's Office
>nathanwhitney@elpasoco.com
>terrysample@elpasoco.com
>chrisstrider@elpasoco.com
>*Attorneys for Defendants Deputy Draper,*
>*Deputy Jane Doe, and Deputy John Doe*

By:   s/ Daniel P. Struck