**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

        Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

        Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT MOHR'S RESPONSIVE PLEADING**

---

Defendant Dr. Christine Mohr, through counsel, respectfully requests an extension of time to file her responsive pleading. This is Defendant Mohr's first request.

Plaintiff requested a Waiver of Service from Defendant Mohr on October 16, 2021. The signed Waiver of Service was provided to Plaintiff's counsel on November 22, 2021. Under the Waiver of Service, Defendant Mohr's responsive pleading is currently due December 15, 2021. Defendant Wellpath's responsive pleading is currently due December 20, 2021. Defendant Mohr requests an extension of time to December 20, 2021 to file her responsive pleading, so that she may file on the same day as Defendant Wellpath.

Prior to filing this motion, Defense counsel conferred with counsel for Plaintiff.  Plaintiff

does not oppose this request.

Dated:  December 9, 2021                    Respectfully submitted,

                                           s/ Ashlee B. Hesman
                                           Daniel P. Struck, #012377
                                           Ashlee B. Hesman, #028874
                                           Kristina Rood, #035097
                                           STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                           3100 West Ray Road, Suite 300
                                           Chandler, Arizona 85226
                                           Phone: (480) 420-1600
                                           Fax: (480) 420-1695
                                           dstruck@strucklove.com
                                           ahesman@strucklove.com
                                           krood@strucklove.com

                                           *Attorneys for Defendant Wellpath, LLC and
                                           Christine Mohr*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 9th day of December 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy McNulty
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff Darlene Griffith*

Nathan James Whitney
Terry Angela Sample
Christopher Michael Strider
El Paso County Attorney's Office
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com
*Attorneys for Defendants Deputy Draper,*
*Deputy Jane Doe, and Deputy John Doe*

s/ Ashlee B. Hesman