**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

      Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT MOHR'S RESPONSIVE PLEADING**

---

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the Unopposed Motion for Extension of Time to File Defendant Mohr's Responsive Pleading (Dkt. #___) is GRANTED finding good cause shown.

    Date: December ___, 2021.