IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*

Defendants.

---

**PROPOSED ORDER GRANTING JOINT MOTION FOR SETTLEMENT CONFERENCE AND TO STAY CASE PENDING SETTLEMENT CONFERENCE**

---

**THIS MATTER** having come before the Court on the parties Joint Motion for Settlement Conference and to Stay Case Pending Settlement Conference ("Motion"), the Court having reviewed the same and otherwise being fully advised in the premises, and good cause appearing therefor, hereby ORDERS the following:

Motion is GRANTED.

A Settlement Conference will be scheduled. This matter is stayed until such time as a Settlement Conference is scheduled and the County Defendants shall have an extension of time to file a responsive pleading to the Complaint, up to and including January 17, 2021.

DONE this _____ day of _____, 2021.

BY THE COURT:

_____
United States Judge