IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This case is before the Court on It is hereby ORDERED that the parties' Joint Motion for Settlement Conference and to Stay Case Pending Settlement Conference (Dkt. #99) is GRANTED as follows. The parties are directed to **jointly** contact Chambers (303-335-2403) no later that January 7, 2022 to schedule a Settlement Conference. It is further ORDERED that this matter is STAYED until such time as a Settlement Conference is scheduled or until further Order of the Court.

Date: January 4, 2022