IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

       Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

       Defendants.

---

**DEFENDANTS WELLPATH AND MOHR'S UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT APRIL 8, 2022 SETTLEMENT CONFERENCE**

---

Pursuant to the Court's January 24, 2022 Minute Order, Defendants Wellpath, LLC ("Wellpath") and Christine Mohr (collectively, "Wellpath Defendants"), through counsel, respectively request that the Court grant Wellpath's corporate representative and counsel, leave to appear telephonically at the April 8, 2022 Settlement Conference. (*See* Doc. 102 at 1.) Neither Plaintiff nor the County Defendants oppose Wellpath Defendants' Motion.

The Court's January 24, 2022 Order requires the personal attendance of a representative of Wellpath who has "full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement." (*Id.*) The Order also provides that a party

may be excused from personal attendance as long as the party "has obtained leave of Court following the filing of an appropriate motion, no later than five (5) business days prior to the settlement conference date." (*Id.*)

Wellpath Defendants request that Wellpath's representative, who has full authority to enter into a settlement agreement, be permitted to participate in the Settlement Conference telephonically, as they live and conduct business in Nashville, Tennessee. Wellpath Defendants' counsel also requests that they be permitted to participate in the Settlement Conference telephonically, as they live and conduct business in Chandler, Arizona. It would be unduly burdensome and pose inequitable cost to require both Wellpath's representative and counsel to appear in person at the Settlement Conference. More importantly, if a Wellpath representative is not required to fly from Nashville, costs that would have been spent on travel could potentially be used to resolve this matter. Further, allowing both Wellpath's representative and counsel to appear telephonically at the Settlement Conference would reduce the risk of unnecessary exposure to COVID-19 during travel to Colorado.

Wellpath Defendants' counsel conferred with counsel for both Plaintiff and the County Defendants and neither object to Wellpath Defendants' request. Accordingly, Wellpath Defendants respectfully request that the Court grant its party representative, in addition to Wellpath Defendants' counsel, leave to appear telephonically at the April 8, 2022 Settlement Conference.

Dated: February 24, 2022

Respectfully submitted,

s/ Ashlee B. Hesman
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Defendant Wellpath, LLC and Christine Mohr*

- 3 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 24th day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>Andy McNulty
>Mari Newman
>KILLMER, LANE & NEWMAN, LLP
>1543 Champa Street, Suite 400
>Denver, CO 80202
>amcnulty@kln-law.com
>mnewman@kln-law.com
>*Attorneys for Plaintiff Darlene Griffith*
>
>Nathan James Whitney
>Terry Angela Sample
>Christopher Michael Strider
>El Paso County Attorney's Office
>nathanwhitney@elpasoco.com
>terrysample@elpasoco.com
>chrisstrider@elpasoco.com
>*Attorneys for Defendants Deputy Draper,*
>*Deputy Jane Doe, and Deputy John Doe*

                                                                          s/ Ashlee B. Hesman