IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the County Defendants' Unopposed Motion for Clients and Adjuster to Appear Telephonically at April 8, 2022 Settlement Conference and Request for Status Conference (Dkt. #106) is GRANTED IN PART and DENIED IN PART as follows.

Defendants Elder and Gillespie and El Paso County's Adjuster are given leave to attend the Settlement Conference telephonically.

The Court understands that the County Defendants' settlement authority will be contingent upon final approval by a vote of the El Paso County Board of County Commissioners, and the Settlement Conference will proceed with that understanding. No status conference is necessary.

Date: March 18, 2022