## MINUTE ENTRY FOR SETTLEMENT

TO:        Docketing

FROM:     Magistrate Judge N. Reid Neureiter

DATE:     April 8, 2022

RE:        CIVIL DOCKET FOR CASE #: 21-cv-00387-CMA-NRN
            <u>Griffith v. Draper et al</u>

__X__    A settlement conference was held on April 8, 2022 and no
             settlement was reached as to any claims in this
             action.

____    Another Settlement Conference set for
             _____

             Updated Confidential Settlement Statements are due
             on or before _____.

             ☐    in accordance with the Court's Instructions

____    A settlement conference was held on this date, and a
             settlement was reached as to

             ___    All claims in this action. The parties shall file
                      dismissal papers on or before _____.

             _____ Claims between _____
                      and _____.  These parties
                      shall file a stipulated motion to dismiss on or
                      before _____.

Settlement conference and preparation time involved: 5 hours.

_____ A record was made            _x_    No record was made

* * * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-
             captioned case.

Negotiation time involved: _ hours _ minutes