IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00387-CMA-NRN | Date: April 29, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

*Parties:*  *Counsel:*

DARLENE GRIFFITH,   Andrew McNulty
   Mari Newman

   Plaintiff,

v.

EL PASO COUNTY, COLORADO,   Christopher Strider
WELLPATH, LLC,   Terry Sample
CHRISTINE MOHR, in her individual capacity,   Daniel Struck
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

   Defendants.

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:01 a.m.   Court in session.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding filing Amended Complaint. Defendants will have 21 days from the filing of any amended complaint to respond.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before May 6, 2022

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Stipulated Motion for Protective Order and proposed Protective Order **within the next 10 days**.

Joinder of Parties/Amendment to Pleadings: June 3, 2022.

Discovery Cut-off: February 15, 2023

Dispositive Motions Deadline: March 17, 2023

Each side shall be limited to 10 fact depositions, excluding experts.
The parties agree to limit the length of depositions to 4 hours, except named parties who may be deposed up to 7 hours, unless a longer deposition is agreed to be the parties or ordered by the court.
Plaintiff may serve 25 interrogatories to each set of Defendants (the El Paso County Defendants constitute one set of Defendants and the Wellpath Defendants constitute a separate set of Defendants). Each set of Defendants may serve 25 interrogatories to Plaintiff.
Plaintiff may serve 25 requests for admission to each set of Defendants. Each set of Defendants may serve 25 requests for admission to Plaintiff.
Plaintiff may serve 25 requests for production to each set of Defendants. Each set of Defendants may serve 25 requests for production to Plaintiff.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 5 retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: November 1, 2022
Disclosure of Rebuttal Experts: December 1, 2022
Plaintiff's Rebuttal Experts: January 6, 2023
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** set for October 11, 2022 at 11:30 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The Court will set a Final Pretrial Conference at that time. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery**

**hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**10:35 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:34

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.