# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual and official capacities,
SHERIFF BILL ELDER, in his individual and official capacities
COMMANDER CY GILLESPIE, in his individual capacity
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

---

## JOINT STIPULATION FOR PROTECTIVE ORDER

---

Pursuant to this Court's Minute Order entered on April 29, 2022, the parties have conferred about a Protective Order. The parties to this action, hereby stipulate to the Stipulated Protective Order entered at Docket Entry No. 76, to remain in effect for the pendency of this case.

Dated this 9th day of May, 2022.

By: /s/ *Chris Strider*
Nathan J. Whitney, #39002
Senior Assistant County Attorney
Terry A. Sample, #33919
Senior Assistant County Attorney
Chris Strider, #33919
Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-7264 (Office)
Email:
nathanwhitney@elpasoco.com
chrisstrider@elpasoco.com
terrysample@elpasoco.com


By: */s/ Andy McNulty*
Mari Newman
Andy McNulty
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
mnewman@kln-law.com
amcnulty@kln-law.com
*Attorneys for Plaintiffs*

2

By: */s/ Dan Struck*
Dan Struck
Ashlee Hesman
Kristina Rood
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Mohr and Wellpath*

Case No. 1:21-cv-00387-CMA-NRN    Document 115    filed 05/09/22    USDC Colorado
pg 3 of 4

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2022, a true copy of this Joint Stipulation for a Protective Order was filed via ECF and Notice of the same is being provided to the following Counsel of Record:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com

Dan Struck
Ashlee Hesman
Kristina Rood
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

                                            s/Dee Lambert
                                            Paralegal