# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

---

## STIPULATION TO DISMISS DEFENDANT DRAPER WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a), the Parties respectfully stipulate to dismiss Defendant Jeremy Draper from this action with prejudice, each side to bear their own fees and costs.

Respectfully submitted this 24th day of May 2022.

| | |
|---|---|
| *s/ Andy McNulty* | *s/ Chris Strider* |
| Andy McNulty | Nathan J. Whitney |
| KILLMER, LANE & NEWMAN, LLP | Terry A. Sample |
| 1543 Champa Street, Suite 400 | Chris Strider |
| Denver, CO 80202 | El Paso County Attorney's Office |
| (303) 571-1000 | 200 S. Cascade Ave. |
| (303) 571-1001 fax | Colorado Springs, CO 80903 |
| amcnulty@kln-law.com | (719) 520-6485 (Main Office Line) |
| | (719) 520-7264 (Office) |
| *Attorney for Plaintiff* | nathanwhitney@elpasoco.com |
| | chrisstrider@elpasoco.com |
| | terrysample@elpasoco.com |
| | |
| | *Attorney for Defendant Draper* |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      KILLMER, LANE & NEWMAN, LLP

      *s/ Charlotte Scull*

      _____

      Charlotte Scull