**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

      Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

      Defendants.

---

**WELLPATH DEFENDANTS' NOTICE OF SETTLEMENT**

---

Pursuant to D.C.COLO.LCivR 40.2(b), Defendants, Wellpath, LLC and Dr. Christine Mohr (the "Wellpath Defendants"), through counsel, hereby notify the Court that Plaintiff Darlene Griffith and the Wellpath Defendants have reached a settlement in the above-captioned matter. The parties are in the process of preparing the Settlement Agreement and Release and will be filing a Stipulation to Dismiss and proposed Order of Dismissal on or before June 22, 2022. Plaintiff will request an order dismissing Dr. Mohr prior to filing the Stipulation to Dismiss Defendant Wellpath. No trial date has been set in this matter.

Dated:  June 1, 2022                    Respectfully submitted,

                                        s/ Kristina R. Rood
                                        Daniel P. Struck, #012377
                                        Ashlee B. Hesman, #028874
                                        Kristina R. Rood, #035097
                                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                        3100 West Ray Road, Suite 300
                                        Chandler, Arizona 85226
                                        Phone: (480) 420-1600
                                        Fax: (480) 420-1695
                                        dstruck@strucklove.com
                                        ahesman@strucklove.com
                                        krood@strucklove.com

                                        *Attorneys for Defendants Wellpath, LLC and
                                        Christine Mohr*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 1st day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy McNulty
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff Darlene Griffith*

Nathan James Whitney
Terry Angela Sample
Christopher Michael Strider
El Paso County Attorney's Office
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com
*Attorneys for Defendants Deputy Draper,
Deputy Jane Doe, and Deputy John Doe*

s/ Kristina R. Rood

- 3 -