IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

       Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual capacity,
SHERIFF BILL ELDER, in his individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity,
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

       Defendants.

## STIPULATION TO DISMISS DR. CHRISTINE MOHR WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Darlene Griffith ("Plaintiff"), and Defendants, Wellpath, LLC and Dr. Christine Mohr (the "Wellpath Defendants"), by and through respective counsel, hereby stipulate to dismiss Defendant Dr. Christine Mohr from this action with prejudice, each party to bear their own fees and costs. Pursuant to Rule 41(a), the above-named parties conferred with the El Paso County Defendants, and the El Paso County Defendants have no objection to the Stipulation.

Dated:  June 2, 2022

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Defendants Wellpath, LLC and Christine Mohr*

s/ Andy McNulty (with permission)
Andy McNulty
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com

*Attorneys for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 2nd day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy McNulty
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff Darlene Griffith*

Nathan James Whitney
Terry Angela Sample
Christopher Michael Strider
El Paso County Attorney's Office
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com
*Attorneys for Defendants Deputy Draper,
Deputy Jane Doe, and Deputy John Doe*

s/ Kristina R. Rood

- 3 -