**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO**

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
BILL ELDER, in his individual and official capacities
CY GILLESPIE, in his individual capacity
DEPUTY ANDREW MUSTAPICK, in his individual capacity,
DEPUTY DAWNE ELLISS, in her individual capacity,
ELIZABETH O'NEAL, in her individual capacity,
TIFFANY NOE, in her individual capacity, and
BRANDE FORD, in her individual capacity,

Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

---

COMES NOW, Defendants El Paso County, Sheriff Bill Elder, Commander Cy Gillespie, Deputy Dawne Elliss, Deputy Andrew Mustapick, Elizabeth O'Neal, Tiffany Noe and Brande Ford (collectively "Defendants"), by and through the Office of the County Attorney of El Paso County, and pursuant to CMA Civ. Practice Standard 10.1 (D)(3) and NRN Civil Practice Standard E (2), hereby request to exceed the page limit for a Motion to Dismiss by twenty-five (25) pages, stating as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel conferred with counsel for Plaintiff regarding this Motion. Counsel for Plaintiff responded stating that they

do not oppose this Motion.

2.      Defendants are requesting an extension of twenty-five (25) additional pages to their Motion to Dismiss, for a total of forty (40) pages.

3.      On June 7, 2022, the Court granted Plaintiff's Motion for Leave and accepted Plaintiff's Third Amended Complaint for filing. The Third Amended Complaint is comprised of 55 pages adding three (3) additional defendants for a total of eight (8) Defendants, identifying "Doe" defendants, and adding multiple new claims bringing the total number of claims to sixteen (16).

4.      Due to the number of claims asserted against the Defendants, individuals and entities, the Motion to Dismiss will contain several different arguments for dismissal many of which address unsettled areas of developing law. As such, good cause exists to grant the El Paso County Defendants' request for an additional twenty-five (25) pages for their Motion to Dismiss totaling forty (40) pages.

5.      The El Paso County Defendants agree to a reciprocal extension for Plaintiff's response to their Motion to Dismiss to total no more than forty (40) pages.

6.      The requested extensions will minimize judicial waste and expenses to enable the Defendants to fully brief these issues and will therefore preserve judicial economy. Proceedings will not be delayed by this extension and no parties will be prejudiced.

**WHEREFORE,** County Defendants respectfully request that this Court grant their Unopposed Motion to Extend the Page Limitations for the County Defendants' Motion to Dismiss from fifteen (15) to forty (40) pages for County Defendants' Motion to Dismiss.

Respectfully submitted this 20th day of June 2022.

By: s/ *Nathan J. Whitney*
Nathan J. Whitney, #39002
Senior Assistant County Attorney
Terry A. Sample, #33919
Senior Assistant County Attorney
Chris Strider, #33919
Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-7264 (Office)
Email:
nathanwhitney@elpasoco.com
chrisstrider@elpasoco.com
terrysample@elpasoco.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2022, a true copy of the County Defendants Motion to Extend the Page Limitation for Their Motion to Dismiss was served via ECF/Pacer and was served of the following counsel of record:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com

s/Casey Campbell
Paralegal