**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

     Plaintiff,

v.

EL PASO COUNTY, COLORADO, et al.

     Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE
RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF 132]**
_____

     Plaintiff, by and through her counsel, Andy McNulty, and Mari Newman of
Killmer, Lane & Newman, LLP, respectfully submits this <u>Unopposed</u> Motion for
Extension of Time to File the Response to Defendants' Motion to Dismiss, and states in
support as follows:

     1.     Defendants filed their Motion to Dismiss on June 28, 2022 at ECF 132.

     2.     By operation of the rule, Plaintiff's Response to the Motion to Dismiss is
due for filing, no later than July 19, 2022.

     3.     Plaintiffs' counsel, for good cause, seeks a 21-day extension of time up to
and including August 9, 2022, to file Plaintiff's Response to the Motion to Dismiss.

     4.     Plaintiff's lead counsel Andy McNulty, who will be principally responsible
for drafting the response, has been diligently working on the response, but requires
additional time to complete the filing.

1

5.      Mr. McNulty has been, and will be in the next three weeks, drafting an amended complaint in response to a motion to dismiss in *Hampton v. City and County of Denver, et al.*, 1:22-cv-00594-DDD, drafting a motion for preliminary injunction in *Arizona Attorneys for Criminal Justice v. Brnovich*, 2:17-cv-01422-SPL, drafting supplemental summary judgment briefing in *Buentello v. Boebert*, 1:21-cv-00147-DDD, drafting a settlement conference statement in *Sgaggio v. De Young*, 1:20-cv-01977-PAB-NYW and participating in an all-day settlement conference, drafting a settlement conference statement in *Hughes v. City and County of Denver, et al.*, 1:21-cv-02238-REB-MEH and participating in an all-day settlement conference, drafting a response to a motion to dismiss in *Schlough v. City and County of Denver*, 1:22-cv-00338-RMR-SKC, drafting a response to a motion to dismiss in *Dayton v. City and County of Denver*, 1:22-cv-00841-CMA-MEH and drafting a Complaint in *Roberts v. City and County of Denver*. Good cause exists for the relief requested herein. The requested extension of time is made in good faith and will not unduly prejudice any party and is not sought for purposes of delay.

## CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1

6.      Undersigned counsel certifies that he conferred via email with Nathan Whitney, counsel for Defendants regarding the relief requested, who do not oppose the relief sought herein.

## CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 6.1(c)

7.      Counsel for Plaintiffs certifies that a copy of this Motion will be served contemporaneously on Plaintiff, via U.S. Mail upon the filing of this Motion.

2

WHEREFORE, Plaintiff respectfully requests that this Court grant this twenty-one-day extension of time to file Plaintiff's Response to Defendants' Motion to Dismiss, up to and including August 9, 2022.

Respectfully submitted this 15th day of July 2022.

KILLMER LANE & NEWMAN, LLP

/s/ Andy McNulty_____
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
amcnulty@kln-law.com
mnewman@kln-law.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE THE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF 132]** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com

*Counsel for Defendants*

                                        *s/ Charlotte Bocquin Scull*
                                        Paralegal