IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
BILL ELDER, in his individual and official capacities,
CY GILLESPIE, in his individual capacity,
ELIZABETH O'NEAL, in her individual capacity,
ANDREW MUSTAPICK, in his individual capacity,
DAWNE ELLISS, in her individual capacity,
TIFFANY NOE, in her individual capacity,
BRANDE FORD, in her individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to File Response to Defendants' Motion to Dismiss (Dkt. #137) is GRANTED. Plaintiff's response to Defendants' Motion to Dismiss (Dkt. #132) shall be filed on or before August 9, 2022.

It is further ORDERED that the Court will hear argument on Defendants' Motion to Dismiss (Dkt. #132) and Motion to Stay Discovery (Dkt. #134) at the hearing set for October 11, 2022. To ensure that the parties have adequate time to present their arguments, the hearing is RESET to October 11, 2022 at 11:00 a.m. The parties are directed to call the conference line asa participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: July 25, 2022