## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
BILL ELDER, in his individual and official capacities
DAWNE ELLISS, in her individual capacity,
BRANDE FORD, in her individual capacity,
CY GILLESPIE, in his individual capacity,
ANDREW MUSTAPICK, in his individual capacity,
TIFFANY NOE, in her individual capacity, and
ELIZABETH O'NEAL, in her individual capacity.

Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

To:  Clerk of the United States District Court for the District of Colorado.

You are hereby requested to enter my appearance as counsel for the Defendants in the above-entitled action.

Dated this 27th day of July, 2022.

By: <u>*s/ Steven W. Martyn*</u>
Steven W. Martyn
Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-7386 (Office)
(719) 520-6487 (Fax)
Email: StevenMartyn@elpasoco.com

1

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants and I will serve a copy on the following non-CM/ECF participant via U.S. Mail, as follows:

Andy McNulty  
Mari Newman  
Killmer, Lane & Newman, LLP  
1543 Champa Street, Suite 400  
Denver, CO 80202  
(303) 571-1000  
(303) 571-1001  
amcnulty@kln-law.com

              /s/ Dee Lambert