IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al*.

    Defendants.

_____

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and (6)**
_____

    Plaintiff, through her undersigned counsel, moves this Court for leave to exceed this Court's page limitation allowing her to file a fifty (50) page response to Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), [Doc. #132], and states as follows:

    1.    On June 28, 2022, Defendants filed their Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6). [Doc. #132].

    2.    Plaintiff sought and received an extension of time, up to and including August 9, 2022, to file a response to this motion.

    3.    Based on Judge Arguello's Practice Standards, the parties are limited to fifteen pages for all motions and responses except those under Fed. R. Civ. P. 56.

    4.    Defendants sought, and received, an enlargement of these limitations and filed a forty (40) page motion to dismiss. *See* [Doc. #131].

1

5. Counsel for Plaintiff has been working diligently to adhere to this page limitation but seeks leave to file a fifty (50) page response to Defendants' motion to dismiss.

6. In support of this Motion for Leave, Plaintiff states that this matter involves a number of issues raised, many of which are complex issues regarding municipal liability, and formulating responses to many potential arguments that are raised in Defendant's conclusory statements regarding dismissal of the various claims against it. Plaintiff also requests the page limit extension given the importance of the motion and response.

7. No party will be prejudiced by the granting of this Motion.

**CERTIFICATION PURSUANT TO D.C. COLO. LCivR.7.1**

8. Counsel for Plaintiff, Andy McNulty, certifies that he conferred with counsel for Defendants, Nathan Whitney, via email on July 25, 2022. Defendants do not oppose the requested enlargement but requested that they be allowed twenty-five (25) pages for their reply. Plaintiff does not oppose this reciprocal request for page enlargement.

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to file a response to Defendants' motion to dismiss that is no longer than fifty (50) pages in length, excluding the certificate of service, and any other relief that this Court deems just and proper.

Respectfully submitted this 1st day of August 2022.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*
_____
Andy McNulty
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
amcnulty@kln-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and (6)** with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the following:

Nathan Whitney
Terry Sample
Chris Strider
200 S. Cascade Ave.
Colorado Springs, CO 80903
terrysample@elpasoco.com
nathanwhitney@elpasoco.com
chrisstrider@elpasoco.com

*Counsel for El Paso County Defendants*

                                            */s/ Charlotte Scull*
                                            Paralegal