IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

        Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*

        Defendants.

## DEFENDANTS' NOTICE TO TERMINATE ECF FILING NOTIFICATIONS TO COUNSEL OF RECORD

        Counsel for Defendants, Wellpath, LLC and Dr. Christine Mohr (collectively, "Wellpath Defendants"), hereby respectfully request the Court to remove attorneys Daniel P. Struck, Ashlee B. Hesman, and Kristina R. Rood of the law firm Struck Love Bojanowski & Acedo, PLC from ECF notifications in this matter.

        On June 2, 2022 (Dkt. 121), the Court terminated Dr. Mohr per a Stipulation to Dismiss, which was also filed on June 2, 2022 (Dkt. 119). On June 3, 2022, counsel filed a Stipulation to Dismiss Defendant Wellpath, LLC (Dkt. 122). The Court notified counsel for Wellpath Defendants on June 7, 2022 that Wellpath Defendants had been terminated from this case once Plaintiff filed her Third Amended Complaint (Dkt. 124).

        The Clerk advised counsel for Wellpath Defendants to file this Notice to Terminate ECF Filing Notifications to Counsel of Record as Attorneys Struck, Hesman and Rood are still showing as active attorneys on the docket in this matter.

Dated:  August 3, 2022

Respectfully submitted,

s/ Daniel P. Struck
Daniel P. Struck, #012377
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com

Respectfully submitted,

s/ Ashlee B. Hesman
Ashlee B. Hesman, #028874
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com

Respectfully submitted,

s/ Kristina R. Rood
Kristina R. Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
krood@strucklove.com

*Attorneys for Defendants Wellpath, LLC and Christine Mohr*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 3rd day of August 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy McNulty
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff Darlene Griffith*

Nathan Whitney
Terry Sample
Christopher Strider
Steven W. Martyn
El Paso County Attorney's Office
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com
stevenmartyn@elpasoco.com
*Attorneys for El Paso County Defendants*

s/ C. Flajnik