# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

## MOTION TO WITHDRAW ATTORNEY DANIEL P. STRUCK

Counsel for Defendants, Wellpath, LLC and Dr. Christine Mohr (collectively, "Wellpath Defendants"), move this Court to enter an order permitting the withdrawal of Daniel P. Struck, counsel of record for Wellpath Defendants. In support of this Motion, the undersigned shows as follows:

On June 2, 2022 (Dkt. 121), the Court terminated Dr. Mohr per a Stipulation to Dismiss, which was also filed on June 2, 2022 (Dkt. 119). On June 3, 2022, counsel filed a Stipulation to Dismiss Defendant Wellpath, LLC (Dkt. 122). The Court notified counsel for Wellpath Defendants on June 7, 2022 that Wellpath Defendants had been terminated from this case once Plaintiff filed her Third Amended Complaint (Dkt. 124).

Per D.C.COLO.LAttyR 5(b) and Dkt. 146, in order for an attorney to be withdrawn as counsel of record and term their ECF Notices, a Motion to Withdraw as Attorney must be filed.

Wellpath Defendants respectfully request that the Court remove attorney Daniel P. Struck of the law firm Struck Love Bojanowski & Acedo, PLC from ECF notifications in this matter.

| | |
|---|---|
| Dated:  August 10, 2022 | Respectfully submitted,<br><br>s/ Daniel P. Struck<br>Daniel P. Struck, #012377<br>Ashlee B. Hesman, #028874<br>Kristina Rood, #035097<br>STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Phone: (480) 420-1600<br>Fax: (480) 420-1695<br>dstruck@strucklove.com<br>ahesman@strucklove.com<br>krood@strucklove.com<br><br>*Attorneys for Defendants Wellpath, LLC and Christine Mohr* |

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the  10th  day of August 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> Andy McNulty
> Mari Newman
> KILLMER, LANE & NEWMAN, LLP
> 1543 Champa Street, Suite 400
> Denver, CO 80202
> amcnulty@kln-law.com
> mnewman@kln-law.com
> *Attorneys for Plaintiff Darlene Griffith*
>
> Nathan Whitney
> Terry Sample
> Christopher Strider
> Steven W. Martyn
> El Paso County Attorney's Office
> nathanwhitney@elpasoco.com
> terrysample@elpasoco.com
> chrisstrider@elpasoco.com
> stevenmartyn@elpasoco.com
> *Attorneys for El Paso County Defendants*

s/ Amy Bearden