IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

## MOTION TO WITHDRAW ATTORNEY KRISTINA R. ROOD

Counsel for Defendants, Wellpath, LLC and Dr. Christine Mohr (collectively, "Wellpath Defendants"), move this Court to enter an order permitting the withdrawal of Kristina R. Rood, counsel of record for Wellpath Defendants. In support of this Motion, the undersigned shows as follows:

On June 2, 2022 (Dkt. 121), the Court terminated Dr. Mohr per a Stipulation to Dismiss, which was also filed on June 2, 2022 (Dkt. 119). On June 3, 2022, counsel filed a Stipulation to Dismiss Defendant Wellpath, LLC (Dkt. 122). The Court notified counsel for Wellpath Defendants on June 7, 2022 that Wellpath Defendants had been terminated from this case once Plaintiff filed her Third Amended Complaint (Dkt. 124).

Per D.C.COLO.LAttyR 5(b) and Dkt. 146, in order for an attorney to be withdrawn as counsel of record and term their ECF Notices, a Motion to Withdraw as Attorney must be filed.

Wellpath Defendants respectfully request that the Court remove attorney Kristina R. Rood of the law firm Struck Love Bojanowski & Acedo, PLC from ECF notifications in this matter.

Dated:  August 10, 2022    Respectfully submitted,

s/ Kristina Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Defendants Wellpath, LLC and Christine Mohr*

- 2 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 10th day of August 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Andy McNulty
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com
*Attorneys for Plaintiff Darlene Griffith*

Nathan James Whitney
Terry Angela Sample
Christopher Michael Strider
Steven W. Martyn
El Paso County Attorney's Office
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com
stevenmartyn@elpasoco.com
*Attorneys for El Paso County Defendants*

s/ Amy Bearden