IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC,
CHRISTINE MOHR, in her individual capacity,
DOCTOR JANE ROE, in her individual and official capacities,
COMMANDER CY GILLESPIE, in his individual capacity
DEPUTY JOHN DOE, in his individual capacity,
DEPUTY JANE DOE, in her individual capacity,
DEPUTY F/N/U DRAPER, in his individual capacity,

Defendants.

## COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND MOTION FOR AN EXTENSION OF PAGE LIMITATIONS

Defendants, El Paso County, Colorado, Commander Cy Gillespie and Deputy Draper (collectively, "County Defendants"), by and through the Office of the County Attorney of El Paso County, Colorado, hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Local Rules of Practice of the United States District Court for the District of Colorado—Civil Rule 6.1 to extend their time to file a Reply in Support of their Motion to Dismiss and an extension of the page limitation of up to 25 pages:

### CERTIFICATION

Pursuant to C.R.C.P. 121, § 1-15(8) and United States District Court of Colorado, Local Rules of Civil Procedure 7.1(b)(1): Counsel for County Defendants conferred with Counsel for Plaintiff via telephone August 12, 2022. Plaintiff does not oppose this motion.

1. Plaintiff asserts numerous claims pursuant to 42 U.S.C. § 1983 and other laws against County Defendants. Plaintiff's claims relate to her housing placement when incarcerated in the El Paso County Criminal Justice Center.

2. County Defendants filed their Motion to Dismiss (Doc 132) ("Motion") on June 28, 2022. The County Defendants' Motion is forty (40) pages. Plaintiff filed her Response to the County Defendants' Motion to Dismiss (Doc. 147) ("Response") on August 8, 2022. Plaintiff's Response is fifty (50) pages.

3. The County Defendants' Reply in Support of the Motion to Dismiss is currently due on August 22, 2022.

4. Good cause supports the extension of the County Defendants' deadline to reply to the Plaintiff's Response up to and including August 26, 2022, and for an extension of the page limitation of up to twenty-five (25) pages. *See* Fed. R. Civ. P. 6(b)(1). Due to the complexity of the issues raised in the Motion and Response and other pressing matters, undersigned counsel requires additional time to file a Reply. Also, due to the complex nature of the issues raised in the Motion and Response, the County Defendants request up to twenty-five (25) pages for their Reply.

5. The County Defendants were previously granted an extension of time to file their Motion and extension of time was granted for Plaintiff to file her Response. No prejudice will result from granting this motion.

6. Undersigned counsel for County Defendants certifies that this motion has been served upon their respective clients.

WHEREFORE, County Defendants respectfully request that this Court issue an order granting their motion and extending their Reply in Support of the Motion up to and including

August 26, 2022 and allowing them twenty-five (25) pages for their Reply in Support of the Motion.

      Respectfully submitted this 16th day of August 2022.

By: *s/ Nathan J. Whitney*
Nathan J. Whitney, #39002
Senior Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485
Fax: (719) 520-6487
Email: nathanwhitney@elpasoco.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com


                                        By: *s/ Dee Lambert*
                                              Paralegal