# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, by and through her attorneys, hereby submits this notice of supplemental authority and states as follows:

A decision issued on August 16, 2022 by the United States Court of Appeals for the Fourth Circuit has relevance to the issues raised in Defendants' Motion to Dismiss, [Doc. #132], and Plaintiff's Response, [Doc. #147]. *See Williams v. Kincaid*, No. 21-2030, 2022 U.S. App. LEXIS 22728 (4th Cir. Aug. 16, 2022).

Dated this 29th day of August 2022.

                                                                                                                                                     KILLMER, LANE & NEWMAN, LLP

                                                                                                                                                   *s/ Andy McNulty*

                                                                                                                                                   _____
Andy McNulty
Mari Newman
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: (303) 571-1000
Fax: (303) 571-1001
amcnulty@kln-law.com
mnewman@kln-law.com

ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com

*Counsel for Defendants*

              *s/ Andy McNulty*

2