**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
BILL ELDER, in his individual and official capacities
DAWNE ELLISS, in her individual capacity,
BRANDE FORD, in her individual capacity,
CY GILLESPIE, in his individual capacity,
ANDREW MUSTAPICK, in his individual capacity,
TIFFANY NOE, in her individual capacity, and
ELIZABETH O'NEAL, in her individual capacity.

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To:  Clerk of the United States District Court for the District of Colorado.

You are hereby requested to enter my appearance as counsel for the Defendants in the above-entitled action.

Dated this 29th day of September, 2022.

By: *s/ Bryan Schmid*
Bryan Schmid, #41873
Senior Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-7032 (Office)
(719) 520-6487 (Fax)
Email: BryanSchmid@elpasoco.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants and I will serve a copy on the following non-CM/ECF participant via U.S. Mail, as follows:

Andy McNulty
Mari Newman
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com

                                              /s/ Dee Lambert