IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN

DARLENE GRIFFITH

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
BILL ELDER, in his individual and official capacities
CY GILLESPIE, in his individual capacity
ANDREW MUSTAPICK, in his individual capacity,
DAWNE ELLISS, in her individual capacity,
BRANDE FORD, in her individual capacity,
TIFFANY NOE, in her individual capacity, and
ELIZABETH O'NEAL, in her individual capacity.

Defendants.

---

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER (ECF No. 114)

---

Defendants El Paso County ("El Paso County"), Bill Elder ("Elder"), Cy Gillespie ("Gillespie"), Dawne Elliss ("Elliss"), Andrew Mustapick ("Mustapick"), Elizabeth O'Neal ("O'Neal"), Brande Ford ("Ford"), and Tiffany Noe ("Noe") (collectively the "Defendants"), through the Office of the County Attorney of El Paso County, Colorado and Plaintiff, Darlene Griffith, by and through her counsel of record, Killer and Lane (collectively, "the "Parties"), submit this Joint Motion to Modify the Scheduling Order (ECF No. 114) to allow for additional time for expert designations, discovery and dispositive motions as follows

1. The Court entered a Scheduling Order on April 29, 2022, providing that Plaintiff's expert disclosures were due on November 1, 2022, Defendants' expert disclosures were due on December 1, 2022 and rebuttal expert disclosures were due on

January 6, 2023, a discovery cut-off of February 15, 2023 and a dispositive motion deadline of March 17, 2023. (ECF No. 114, Section 9 at p.32, Case Plan and Schedule).

2. The Parties proposed amending the Scheduling Order to allow for more time to meet these deadlines due to the complexity of the issues raised in the Third Amended Complaint in addition to other scheduling issues. Some of the scheduling issues include Plaintiff's current incarceration, Defendants' counsel recently taking parental leave, the upcoming holidays, and Plaintiff's counsel's long-planned trip out of the country. The parties are also beginning to engage in settlement discussions and believe that delaying major expenses in this case (including the preparation and submittal of expert reports) will allow for more fruitful discussions to occur.

3. The Parties propose the following amendments:

   a. Discovery Cut-off:                                      June 15, 2023

   b. Dispositive Motion Deadline:                            July 15, 2023

   c. Expert Witness Disclosures

      i.   Plaintiff's Expert Disclosure Deadline:            March 1, 2023

      ii.  Defendants' Expert Disclosure Deadline:            April 1, 2023

      iii. Rebuttal Expert Deadline:                          May 1, 2023

4. Pursuant to Fed. R. Civ. P. 16(b)(4), good cause exists to amend the Scheduling Order to allow for these agreed upon extensions.

Respectfully submitted this 29th day of September, 2022.

By: s/ *Bryan Schmid*
Bryan Schmid, #41873
Senior Assistant County Attorney
Chris Strider, #33919
Assistant County Attorney
Nathan J. Whitney, #39002
Senior Assistant County Attorney
Terry A. Sample, #33919
Senior Assistant County Attorney
Steven Martyn, #47429
Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
(719) 520-7264 (Office)
Email:
nathanwhitney@elpasoco.com
chrisstrider@elpasoco.com
terrysample@elpasoco.com
bryanschmid@elpasoco.com
stevenmartyn@elpasoco.com

3

4

        *s/ Andy McNulty*
        Mari Newman
        Andy McNulty
        KILLMER, LANE & NEWMAN, LLP
        1543 Champa Street, Suite 400
        Denver, Colorado 80202
        Phone: (303) 571-1000
        Facsimile: (303) 571-1001
        mnewman@kln-law.com
        amcnulty@kln-law.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2022, I served **Joint Motion to Amend the Scheduling Order (ECF No. 114)** to the following via e-mail:

Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
amcnulty@kln-law.com

                                                    By:  s/ *Dee Lambert*
                                                           Paralegal

: