IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
BILL ELDER, in his individual and official capacities,
CY GILLESPIE, in his individual capacity,
ELIZABETH O'NEAL, in her individual capacity,
ANDREW MUSTAPICK, in his individual capacity,
DAWNE ELLISS, in her individual capacity,
TIFFANY NOE, in her individual capacity,
BRANDE FORD, in her individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion to Modify the Scheduling Order (Dkt. #158) is GRANTED. The Scheduling Order (Dkt. #114) is MODIFIED as follows:

- Discovery Cut-off: June 15, 2023
- Dispositive Motion Deadline: July 15, 2023
- Expert Witness Disclosures:
    - Plaintiff's Expert Disclosure Deadline: March 1, 2023
    - Defendants' Expert Disclosure Deadline: April 1, 2023
    - Rebuttal Expert Deadline: May 1, 2023

Date: September 29, 2022