IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00387-CMA-NRN | Date:  October 11, 2022 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| DARLENE GRIFFITH, | Andrew McNulty |
| | Mari Newman |
| Plaintiff, | |
| v. | |
| EL PASO COUNTY, COLORADO, | Christopher Strider |
| BILL ELDER, in his individual and official capacities, | Terry Sample |
| CY GILLESPIE, in his individual capacity, | |
| ELIZABETH O'NEAL, in her individual capacity, | |
| ANDREW MUSTAPICK, in his individual capacity, | |
| DAWNE ELLISS, in her individual capacity, | |
| TIFFANY NOE, in her individual capacity, | |
| BRANDE FORD, in her individual capacity, | |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC MOTION HEARING**

**10:58 a.m.    Court in session.**

Court calls case. Appearances of Counsel. Preliminary remarks by the Court.

Discussion regarding Motion to Stay Discovery (Dkt. #134).

Argument by Counsel.

For the reasons stated on the record, it is

**ORDERED:**   Motion to Stay Discovery (Dkt. #134) is TAKEN UNDER ADVISEMENT. The Court will issue a written order.

This matter is also before the Court regarding Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Dkt. #132) and

Arguments by Counsel.

For the reasons stated on the record, it is

**ORDERED:**   Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Dkt. #132) is TAKEN UNDER ADVISEMENT. The Court will issue a written recommendation in due course.

**12:31 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   01:33

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.