FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 09 2023

JEFFREY P. COLWELL
CLERK

Clerk of the Court

I Am Requesting you place my Address change to the following: 2739 E. Las Vegas Street, Colorado Springs CO. 80906. In the case Darlene Griffith Vs. Elpaso County.

I Am Also Requesting A prisoners civil complaint packet. With the 28 U.S.C. 1915 to proceede without pament packet.

Darlene Griffith
A0275824
2739 E. Las Vegas St.
Colorado Springs, CO 80906

Name: Darlene Griffith
Admit #: A0275924
Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

DENVER CO 802
7 FEB 2023 PM 5 L
UNCENSORED
INMATE MAIL

NEOPOST
02/06/2023
US POSTAGE $000.60⁰
ZIP 80906
041M11284826
FIRST-CLASS MAIL

Clerk of the Court
U.S. District court
901 - 19TH St
Denver, CO 80294-3589