Darlene Griffith
El Paso County - Affidavit of Truth.

I am being retaliated against El Paso county Jail, Due to the Lawsuit I have against them. I talked with my Attorney Andrew McNulty, on the 21st of Feb. He told me he would look into it. But nothing has happened.

I am in a segargated pod by myself. I have seen 3 different Transgenders come & go through this pod I am in. The pod that the Jail has me in is for new arrivals, mental health, and persons waiting for a write-up. I have put grievences in and got the same response "you are housed Acordnley", Inmate class will monitor your housing and progress as aproved. I am supose to be treated as a woman I am not, they should house other women with me if that was the case, when I was housed on the mate side the did not segrate segragate me from men, in fact they kept on placing guys with me that would cause me harm so what makes the difference now sience I'm on the womens side, I was told by Inmate classification I will be staying in A-3, when I first came into this Jail they

Told me this. I am sad this Jail still treats me poorly, and not as a woman at all.

Respectfully

Darlie Shifflet

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 2 - 2023
JEFFREY P. COLWELL
CLERK

Griffith, Darlene
Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL
A0275824

DENVER CO 802
28 FEB 2023 PM 2 L
UNCENSORED
INMATE MAIL

NEOPOST
02/28/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 80906
041M11284826

Clerk of the Court for Judge Neureiter
901 - 19TH ST
Denver, CO 80294-3589

80294-250151