IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*

    Defendants.

___

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION REGARDING OBJECTION TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO Fed. R. Civ. P. 12(b)(1) and (6) [Doc. #165]**

___

    Plaintiff, through her undersigned counsel, moves this Court for leave to exceed this Court's page limitation allowing her to file a thirty (30) page objection to the Magistrate Judge's ruling in this matter, and states as follows:

    1.    Defendants filed a motion to dismiss Plaintiff's Third Amended Complaint in its entirety. [Doc. #132]. Plaintiff responded and outlined why dismissal is improper. [Doc. #147]. In her briefing on the motion to dismiss, Plaintiff was allowed fifty (50) pages by Magistrate Judge Neureiter. [Doc. #144].

    2.    On February 27, 2023, Magistrate Judge Neureiter issued a report and recommendation. [Doc. #165]. In that order, Magistrate Judge Neureiter recommended dismissing all of Plaintiff's claims. *Id.*

    3.    Based on this Court's Practice Standards, the parties are limited to fifteen pages for all motions and responses except those under Fed. R. Civ. P. 56.

4. Counsel for Plaintiff has been working diligently to adhere to this page limitation but seeks leave to file a thirty (30) page objection. Notably, this would be twenty (20) pages less than the response Plaintiff filed at the motion to dismiss stage in this matter.

5. In support of this Motion for Leave, Plaintiff states that this matter involves a number of issues raised, many of which are complex issues. Plaintiff also requests the page limit extension given the importance of the issues. Finally, Plaintiff anticipates that this case could potentially be reviewed by the Tenth Circuit Court of Appeals and Plaintiff requires thirty (30) pages to adequately preserve all appellate issues.

6. No party will be prejudiced by the granting of this Motion.

**CERTIFICATION PURSUANT TO D.C. COLO. LCivR.7.1**

7. Counsel for Plaintiff, Andy McNulty, certifies that he conferred with counsel for Defendants, Nathan Whitney, via email on March 6, 2023. Defendants do not oppose the requested enlargement.

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to file an objection that is no longer than thirty (30) pages in length, excluding the certificate of service, and any other relief that this Court deems just and proper.

Respectfully submitted this 6th day of March 2023.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*
_____
Andy McNulty
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202

        Phone: (303) 571-1000
        Facsimile: (303) 571-1001
        amcnulty@kln-law.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION REGARDING OBJECTION TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO Fed. R. Civ. P. 12(b)(1) and (6) [Doc. #165]** with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the following:

Nathan Whitney
Terry Sample
Chris Strider
200 S. Cascade Ave.
Colorado Springs, CO 80903
terrysample@elpasoco.com
nathanwhitney@elpasoco.com
chrisstrider@elpasoco.com

*Counsel for El Paso County Defendants*

        */s/ Andy McNulty*