**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00387-CMA-NRN

DARLENE GRIFFITH,

Plaintiff,

v.

EL PASO COUNTY, COLORADO,
BILL ELDER, in his individual and official capacities,
CY GILLESPIE, in his individual capacity
ELIZABETH O'NEAL, in her individual capacity,
ANDREW MUSTAPICK, in his individual capacity,
DAWNE ELLISS, in her individual capacity,
TIFFANY NOE, in her individual capacity,
BRANDE FORD, in her individual capacity,

Defendants.

---

**COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE A RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND
RECOMMENDATION ON DEFEDANTS' MOTION TO DISMISS THIRD AMENDED
COMPLAINT PURSUANT TO Fed. R. Civ. P. 12(b)(1) and (6) [Doc. #169] AND TO
EXCEED PAGE LIMITATION**

---

Defendants El Paso County, Colorado, Bill Elder, Cy Gillespie, Dawne Elliss, Andrew

Mustapick, Elizabeth O'Neal, Brande Ford, and Tiffany Noe (collectively "County

Defendants"), by and through the Office of the County Attorney of El Paso County, Colorado,

hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Local Rules

of Practice of the United States District Court for the District of Colorado—Civil Rule 6.1 to

extend their time to file a Response to Plaintiff's Objections to Report and Recommendation on

Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1)

and (6) (Doc. 169, the "Objection") and an extension of the page limitation of up to twenty-five (25) pages as follows:

## CERTIFICATION

Pursuant to United States District Court of Colorado, Local Rules of Civil Procedure 7.1(b)(1), Counsel for the County Defendants conferred with Counsel for Plaintiff via electronic mail on March 13, 2023. Plaintiff does not oppose this motion.

1. On February 27, 2023, this Court issued a Report and Recommendation recommending that the County Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Doc. 165) be granted.

2. Plaintiff filed a Motion for Leave to Exceed Page Limitation Regarding Objection to Report and Recommendation on Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Doc. 167) on March 6, 2023, which was granted.

3. Plaintiff filed her Objection to the Report and Recommendation on Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Doc. 169) ("Objection") on March 8, 2023. Plaintiff's Objection is thirty (30) pages.

4. The County Defendants' Response to Plaintiff's Objection to this Court's Report and Recommendation is currently due on March 22, 2023.

5. Good cause supports the extension of the County Defendants' deadline to answer or otherwise respond to the Objection up to and including April 5, 2023, and for an extension of the page limitation of up to twenty-five (25) pages. *See* Fed. R. Civ. P. 6(b)(1). Due to the complexity of the issues raised in the Objection and other pressing matters, undersigned counsel requires additional time to file a Response. Also, due to the complex nature of the issues raised in the Objection, the County Defendants request up to twenty-five (25) pages for their Response.

6.      No prejudice will result from granting this motion.

7.      Undersigned counsel for the County Defendants certifies that this motion has been served upon their respective clients.  The Court has not previously granted the County Defendants an extension of time in connection with their Response to Plaintiff's Objection to this Court's Report and Recommendation.

WHEREFORE, the County Defendants respectfully request that this Court issue an order granting their motion and extending their Response to Plaintiff's Objection to this Court's Report and Recommendation up to and including April 5, 2023, and allowing the County Defendants twenty-five (25) pages for their Response to Plaintiff's Objection to this Court's Report and Recommendation on Defendants' Motion to Dismiss third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

Respectfully submitted this 13th day of March 2023.

By: _s/ Nathan J. Whitney_____
Nathan J. Whitney, #39002
Senior Assistant County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485
Fax: (719) 520-6487
Email: nathanwhitney@elpasoco.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing **COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ON DEFEDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO Fed. R. Civ. P. 12(b)(1) and (6) [Doc. #169] AND TO EXCEED PAGE LIMITATION** with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants:

    Andy McNulty
    Kilmer, Lane & Newman, LLP
    1543 Champa Street, Suite 400
    Denver, CO 80202
    Phone: (303) 571-1000
    Fax: (303) 571-1001
    Email: amcnulty@kln-law.com

                                      By: *s/ Meleah Williams*
                                           Paralegal