IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00387-NRN-CMA

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al*.

    Defendants.

_____

## NOTICE OF APPEAL
_____

    Plaintiff, DARLENE GRIFFITH, pursuant to Fed. R. App. P. 3 and Red. R. App. P. 4, hereby appeals to the United States Court of Appeals for the Tenth Circuit:

The Court's Order Affirming and Adopting Recommendation of United States Magistrate Judge [ECF 173], granting Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint [ECF 132]. The underlying Report and Recommendation on Defendants' Motion to Dismiss Third Amended Complaint was entered at ECF 165 on February 27, 2023, and Final Judgment was entered at ECF 174 on March 27, 2023.

    Respectfully submitted this 25th day of April 2023.

                                                                          KILLMER, LANE & NEWMAN, LLP

                                                               *s/ Andy McNulty*
                                                               Andy McNulty
                                                               Mari Newman
                                                               1543 Champa Street, Suite 400
                                                               Denver, CO 80202
                                                               (303) 571-1000

(303) 571-1001 facsimile
[amcnulty@kln-law.com](mailto:amcnulty@kln-law.com)
[mnewman@kln-law.com](mailto:mnewman@kln-law.com)

*Counsel for Plaintiff Darlene Griffith*

## **CERTIFICATE OF SERVICE**

      I certify that on this 25th day of April 2023, I filed this **NOTICE OF APPEAL** via CM/ECF, and CM/ECF will generate a Notice of Electronic Filing to the following:

Nathan J. Whitney
Terry Sample
Chris Strider
County Attorney's Office
El Paso County
nathanwhitney@elpasoco.com
terrysample@elpasoco.com
chrisstrider@elpasoco.com

                                            *s/ Charlotte Bocquin Scull*
                                            Paralegal