ALLMTN,APPEAL,CONMAG,JD4,MJ CIV PP,STAYDI,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:21-cv-00387-CMA-NRN

| | |
|---|---|
| Griffith v. El Paso County Colorado et al | Date Filed: 02/08/2021 |
| Assigned to: Senior Judge Christine M. Arguello | Date Terminated: 03/27/2023 |
| Referred to: Magistrate Judge N. Reid Neureiter | Jury Demand: Plaintiff |
| Demand: $1,000,000 | Nature of Suit: 555 Prisoner - Prison Condition |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Darlene Griffith**     represented by     **Andrew Joseph McNulty**
Killmer Lane & Newman LLP
1543 Champa Street
Suite 400
Denver, CO 80202
303-571-1000
Email: amcnulty@kln-law.com
*ATTORNEY TO BE NOTICED*

**Mari Anne Newman**
Killmer Lane & Newman LLP
1543 Champa Street
Suite 400
Denver, CO 80202
303-571-1000
Fax: 303-571-1001
Email: mnewman@kln-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**El Paso County Colorado**     represented by     **Bryan E. Schmid**
El Paso County Attorney's Office
200 South Cascade Avenue
Suite 150
Colorado Springs, CO 80903
719-520-7032
Fax: 719-520-6487
Email: bryanschmid@elpasoco.com
*ATTORNEY TO BE NOTICED*

**Christopher Michael Strider**
El Paso County Attorney's Office
200 South Cascade Avenue
Suite 150
Colorado Springs, CO 80903
719-520-7264
Fax: 719-520-6487
Email: chrisstrider@elpasoco.com
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**
El Paso County Attorney's Office
200 South Cascade Avenue
Suite 150
Colorado Springs, CO 80903
719-520-6597
Fax: 719-520-6487
Email: nathanwhitney@elpasoco.com
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**
El Paso County Attorney's Office
Civil Division
200 South Cascade Avenue
Suite 150
Colorado Springs, CO 80903-2208

719-520-7386
Fax: 719-520-6487
Email: StevenMartyn@elpasoco.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wellpath LLC**
*TERMINATED: 06/07/2022*

represented by **Ashlee B. Hesman**
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road
Suite 300
Chandler, AZ 85226
480-420-1600
Fax: 480-420-1695
Email: ahesman@strucklove.com
*TERMINATED: 08/11/2022*

**Catherine O'Brien Crum**
Nixon Shefrin Ogburn Drew, P.C.
5619 DTC Parkway
Suite 1200
Greenwood Village, CO 80111-3061
303-773-3500
Fax: 303-779-0740
Email: cobrien@hallboothsmith.com
*TERMINATED: 11/01/2021*

**Daniel Patrick Struck**
Struck Love Bojanowski & Acedo PLC
3100 West Ray Road
Suite 300
Chandler, AZ 85226
480-420-1600
Fax: 480-420-1699
Email: dstruck@strucklove.com
*TERMINATED: 08/11/2022*

**Kristina R. Rood**
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road
Suite 300
Chandler, AZ 85226
480-420-1600
Email: krood@strucklove.com
*TERMINATED: 08/11/2022*

**Lauren Elizabeth Kuhn**
Sandberg Phoenix & von Gontard PC
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
816-627-2783
Email: lkuhn@sandbergphoenix.com
*TERMINATED: 11/01/2021*

**Defendant**

**Christine Mohr**
*in her individual capacity*
*TERMINATED: 06/02/2022*

represented by **Ashlee B. Hesman**
(See above for address)
*TERMINATED: 08/11/2022*

**Daniel Patrick Struck**
(See above for address)
*TERMINATED: 08/11/2022*

**Kristina R. Rood**
(See above for address)
*TERMINATED: 08/11/2022*

**Defendant**

**Bill Elder**
*Sheriff*

represented by **Bryan E. Schmid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Michael Strider**
(See above for address)

**Defendant**

**Bill (I) Elder**  
*Individual capacity*

represented by **Bryan E. Schmid**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Christopher Michael Strider**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cy Gillespie**  
*Commander, in his individual capacity*

represented by **Bryan E. Schmid**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Christopher Michael Strider**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Draper**  
*Deputy, F/N/U, in his individual capacity*  
*TERMINATED: 05/24/2022*

represented by **Christopher Michael Strider**  
El Paso County Attorney's Office  
200 South Cascade Avenue  
Colorado Springs, CO 80903  
719-520-7264  
Fax: 719-520-6487  
Email: chrisstrider@elpasoco.com  
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Terry Angela Sample**  
El Paso County Attorney's Office  
200 South Cascade Avenue  
Colorado Springs, CO 80903  
719-520-6485  
Fax: 719-520-6487  
Email: terrysample@elpasoco.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cynthia Ayad**  
*Sgt.*  
*TERMINATED: 04/19/2021*

represented by **Nathan James Whitney**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bradberry**
*Ms., Deputy*
*TERMINATED: 04/19/2021*

**Interested Party**

**CASE MANAGER/ INMATE COORDINATOR OF:**
Darlene Griffith

**Defendant**

**Pete Carey**
*E.P.C. Under Sheriff*
*TERMINATED: 03/04/2021*

**Defendant**

**Eric Carnell**
*Lieutenant*
*TERMINATED: 04/19/2021*

**Defendant**

**Aaron Earnheart**
*Sgt.*
*TERMINATED: 04/19/2021*

**Defendant**

**K. Forrell**
*Prea-Investigator*
*TERMINATED: 04/19/2021*

**Defendant**

**Francs**
*Mr., Deputy*
*TERMINATED: 04/19/2021*

**Defendant**

**James**
*Ms., Deputy; Jane Doe, Deputy; John Doe, Deputy; John Doe, Sgt. for/Works Intake*
*TERMINATED: 04/19/2021*

**Defendant**

**Motta**
*Ms., Deputy*
*TERMINATED: 04/19/2021*

**Defendant**

**Liz O'Neal**
*Manager for Inmate Class*
*TERMINATED: 04/19/2021*

**Defendant**

**Andrew Prehm**
*E.P.C. Chief*
*TERMINATED: 03/04/2021*

**Defendant**

**Sterling**
*Mr., Deputy*
*TERMINATED: 04/19/2021*

**Defendant**

**Elizabeth O'Neal** represented by **Bryan E. Schmid**
*in her individual capacity* (See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Andrew Mustapick**
*in his individual capacity*

represented by **Bryan E. Schmid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Dawne Elliss**
*in her individual capacity*

represented by **Bryan E. Schmid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Tiffany Noe**
*in her individual capacity*

represented by **Bryan E. Schmid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Brande Ford**
*in her individual capacity*

represented by **Bryan E. Schmid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan James Whitney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Ward Martyn**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2021 | 1 | PRISONER COMPLAINT against Pete Carey, Bill Elder, CY Gillespie, Andrew Prehm, filed by Darlene Griffith. (Attachments: # 1 Envelope)(alave, ) (Entered: 02/08/2021) |
| 02/08/2021 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry. (alave, ) (Entered: 02/08/2021) |
| 02/08/2021 | 3 | Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. 1915. by Plaintiff Darlene Griffith. (Attachments: # 1 Resident Account Statement)(alave, ) (Entered: 02/08/2021) |
| 02/08/2021 | 4 | Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. 1915. by Plaintiff Darlene Griffith. (alave, ) (Entered: 02/08/2021) |
| 02/09/2021 | 5 | ORDER Granting 3 Motion for Leave to Proceed Under 28 U.S.C. § 1915. The Clerk of Court send a copy of this order to the Business Office, Attn: Inmate Accounts, El Paso County Criminal Justice Center,Colorado Springs, Colorado. The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 4 ) is DENIED as improperly filed. By Magistrate Judge Gordon P. Gallagher on 02/09/2021. (athom, ) (mailed to facility as ordered) (Entered: 02/09/2021) |
| 02/11/2021 | 6 | ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT. If Plaintiff fails to file an amended complaint that complies with this order within the time allowed, some or all of this action may be dismissed without further notice based on the |

| | | |
|---|---|---|
| | | allegations of the original Prisoner Complaint. By Magistrate Judge Gordon P. Gallagher on 02/11/2021. (athom, ) (Entered: 02/11/2021) |
| 02/18/2021 | 7 | RESPONSE to 5 Order on Motion for Leave to Proceed in Forma Pauperis, by Plaintiff Darlene Griffith. (athom, ) (Entered: 02/19/2021) |
| 02/18/2021 | 8 | MOTION for Appointment of Counsel by Plaintiff Darlene Griffith. (athom, ) (Entered: 02/19/2021) |
| 03/04/2021 | 9 | AMENDED Prisoner COMPLAINT against Cynthia Ayad, Bradberry, Eric Carnell, Drapper, Aaron Earnheart, K. Forrell, Francs, Cy Gillespie, James, Motta, Liz O'Neal, Sterling, filed by Darlene Griffith. (athom, ) (Entered: 03/05/2021) |
| 03/11/2021 | 10 | MINUTE ORDER by Magistrate Judge Gordon P. Gallagher on 03/11/2021. Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned magistrate judge. (athom, ) (Entered: 03/11/2021) |
| 03/12/2021 | 11 | ORDER of Reference to United States Magistrate Judge Gordon P. Gallagher. By Judge Lewis T. Babcock on 03/12/2021. All future pleadings should be designated as 21-cv-00387-LTB-GPG. (athom, ) (Entered: 03/12/2021) |
| 03/12/2021 | 12 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 9 Amended Complaint filed by Darlene Griffith. By Magistrate Judge Gordon P. Gallagher on 03/12/2021. (athom, ) (Entered: 03/12/2021) |
| 03/24/2021 | 13 | MOTION for Emergency Preliminary Injunction and Permanent Injunction Relief by Plaintiff Darlene Griffith. (athom, ) (Entered: 03/25/2021) |
| 03/24/2021 | 14 | MOTION to Make this Action Class Action to Similarly Situated Persons by Plaintiff Darlene Griffith. (athom, ) (Entered: 03/25/2021) |
| 03/29/2021 | 15 | ORDER that Plaintiff's "Motion for Emergency Preliminary Injunction and Permanent Injunctive Relief" (ECF No. 13 ) and "Motion to Make this Action Class Action to Similarly Situated Person(s)"(ECF No. 14 ) are DENIED. That Plaintiff shall have 14 days from the date of this order to file any written objections to the Recommendation of United States Magistrate Judge (ECF No. 12 ), by Judge Lewis T. Babcock on 3/29/2021.(evana, ) (Entered: 03/29/2021) |
| 04/19/2021 | 16 | ORDER TO DISMISS IN PART AND TO DRAW CASE. The Recommendation of United States Magistrate Judge (ECF No. 12 ) is accepted and adopted. The Amended Prisoner Complaint (ECF No. 9 ) is dismissed without prejudice in part and drawn in part follows. The claims asserted against Defendants Jane Doe (Deputy), John Doe (Deputy), and Drapper (Deputy) are drawn to a presiding judge. See D.C.COLO.LCivR 8.1(c). The claims asserted Defendants ERIC CARNELL (LIEUTENANT), CYNTHIA AYAD (SGT.), CY GILLESPIE (COMMANDER FOR INMATE CLASS), LIZ O'NEAL (MANAGE FOR INMATE CLASS), AARON EARNHEART (SGT.), JOHN DOE (SGT. FOR INTAKE), MS. K FORRELL (PREA INVESTIGATOR), MR. STERLING (DEPUTY), MR. FRANCS (DEPUTY), MS. MOTTA (DEPUTY), MS. BRADBERRY (DEPUTY), and MS. JAMES (DEPUTY) are dismissed without prejudice for failure to comply with the pleading requirements of Rule 8, and these Defendants are dismissed as parties to this action. By Judge Lewis T. Babcock on 04/19/2021. This case is randomly reassigned to Magistrate Judge N. Reid Neureiter. All future pleadings should be designated as 21-cv-00387-NRN. (athom, ) (Entered: 04/19/2021) |
| 04/19/2021 | 17 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (athom, ) (Entered: 04/19/2021) |
| 04/19/2021 | 18 | ORDER SETTING STATUS CONFERENCE FOR PRO SE PLAINTIFF by Magistrate Judge N. Reid Neureiter on 19 April 2021. Consent Form due by 5/25/2021. Status Conference set for 6/8/2021 10:30 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. The Status Conference will be conducted via telephone. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. (cmadr, ) (Entered: 04/19/2021) |
| 04/19/2021 | 19 | CERTIFICATE of Service by mail by Clerk of Court re 18 to CASE MANAGER/ INMATE COORDINATOR OF: Darlene Griffith #0275824 El Paso County Criminal Justice Center 2739 East Las Vegas Street Colorado Springs, CO 80906. Text Only Entry (cmadr, ) (Entered: 04/19/2021) |
| 04/21/2021 | 20 | CERTIFICATE of Service by Clerk of Court re 16 Order to Dismiss in Part and to Draw Case 9 Amended Prisoner Complaint, 12 Recommendation of United States Magistrate Judge 18 Order Setting Status Conference for Service of Process. (trvo, ) (Entered: 04/21/2021) |
| 04/28/2021 | 21 | WAIVER OF SERVICE Returned Executed. Drapper waiver sent on 4/21/2021, answer due 6/20/2021. (cmadr, ) (Entered: 04/28/2021) |
| 05/04/2021 | 22 | NOTICE of Entry of Appearance by Terry Angela Sample on behalf of DrapperAttorney Terry Angela Sample added to party Drapper(pty:dft) (Sample, Terry) (Entered: 05/04/2021) |
| 05/04/2021 | 23 | NOTICE of Entry of Appearance by Christopher Michael Strider on behalf of DrapperAttorney Christopher Michael Strider added to party Drapper(pty:dft) (Strider, Christopher) (Entered: 05/04/2021) |
| 05/25/2021 | 24 | CONSENT to Jurisdiction of Magistrate Judge by Defendant Drapper All parties do not consent.. (Sample, Terry) (Entered: 05/25/2021) |
| 05/26/2021 | 25 | CASE REASSIGNED pursuant to 24 Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Judge Christine M. Arguello. All future pleadings should be designated as 21-cv-00387-CMA. (Text Only Entry) (cmadr, ) (Entered: 05/26/2021) |
| 05/26/2021 | 26 | ORDER REFERRING CASE to Magistrate Judge N. Reid Neureiter. Magistrate Judge Neureiter is designated to conduct ALLMTN proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b). The parties should expect to be given a firm trial setting that is 90 to 120 days from the date of the final pretrial conference and should be available for trial accordingly. Court-sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. The Magistrate Judge, at his/her discretion, may convene such early neutral evaluation and/or settlement conferences and direct related procedures as may |

| | | |
|---|---|---|
| | | facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. SO ORDERED by Judge Christine M. Arguello on 5/26/2021. Text Only Entry (cmasec) (Entered: 05/26/2021) |
| 05/26/2021 | 27 | MEMORANDUM regarding 8 MOTION to Appoint Counsel filed by Darlene Griffith. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 5/26/2021. Text Only Entry (cmasec) (Entered: 05/26/2021) |
| 06/08/2021 | 28 | APPOINTMENT ORDER by Magistrate Judge N. Reid Neureiter on 8 June 2021. It is hereby ORDERED that Plaintiff's Motion for Appointment of Counsel (Dkt. # 8 ) is GRANTED. Accordingly, it is further ORDERED that pursuant to D.C.COLO.LAttyR 15(f)(2), the Clerk shall select, notify, and appoint counsel to represent the unrepresented party in this civil matter. The Plaintiff is advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case. The Court cautions Plaintiff that she remains responsible for all scheduled matters, including hearings, depositions, motions, and trial.(cmadr, ) (Entered: 06/08/2021) |
| 06/08/2021 | 29 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Status Conference held on 6/8/2021. Telephonic Motion Hearing set for 8/24/2021 11:00 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. FTR: Courtroom C203. (slibi, ) (Entered: 06/08/2021) |
| 06/15/2021 | 30 | CONSENT to Jurisdiction of Magistrate Judge by Defendant Drapper All parties consent.. (Sample, Terry) (Entered: 06/15/2021) |
| 06/15/2021 | 31 | ORDER OF REFERENCE TO 28 U.S.C. § 636(c). On May 25, 2021 and June 15, 2021, the parties notified the Court of their unanimous consent to disposition of the instant action by a United States Magistrate Judge (Docs. ## 24 , 30 ). The above action is referred for disposition to Magistrate Judge N. Reid Neureiter pursuant to 28 U.S.C. § 636(c), by Judge Christine M. Arguello on 6/15/2021. (evana, ) (Entered: 06/15/2021) |
| 06/18/2021 | 32 | MOTION to Dismiss by Defendant Drapper. (Strider, Christopher) (Entered: 06/18/2021) |
| 07/15/2021 | 33 | MOTION for Summary Judgment by Plaintiff Darlene Griffith. (evana, ) (Entered: 07/16/2021) |
| 07/19/2021 | 34 | CERTIFICATE of Mailing/Service *of Defendant's Motion to Dismiss* by Defendant Drapper. (Strider, Christopher) (Entered: 07/19/2021) |
| 07/21/2021 | 35 | MOTION for Extension of Time to File Opposition to 32 Motion to Dismiss by Plaintiff Darlene Griffith. (cmadr, ) (Entered: 07/21/2021) |
| 07/21/2021 | 36 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 21 July 2021. It is hereby ORDERED that Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss (Dkt. # 35 ) is GRANTED as follows. Plaintiff's response to Defendants Motion to Dismiss Amended Complaint (Dkt. # 32 ) is due on or before August 6, 2021. The Court declines Plaintiff's invitation to order sanctions against Defendant. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 07/21/2021) |
| 08/09/2021 | 37 | Opposition (sic) to 32 MOTION to Dismiss filed by Plaintiff Darlene Griffith. (cmadr, ) (Entered: 08/09/2021) |
| 08/17/2021 | 38 | Notice of Pro Bono Appointment. Attorney Andrew McNulty of the law firm of Killmer Lane & Newman LLP has been selected as counsel to represent the Plaintiff, in accordance with the Court's Order of June 8, 2021 and D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice. Counsel has thirty days to either enter an appearance in the case or to file a Notice Declining Appointment. This Notice of Appointment will be sent to the pro se litigant and selected counsel by the undersigned designated clerk. (ebutl) (Entered: 08/17/2021) |
| 08/18/2021 | 39 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 18 August 2021. In light of the Notice of Pro Bono Appointment (Dkt. # 38 ), it is hereby ORDERED that the Motion Hearing set for August 24, 2021 at 11:00 a.m. is VACATED. A Status Conference is set for September 30, 2021 at 9:30 a.m. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 08/18/2021) |
| 08/23/2021 | 40 | REPLY to Response to 32 MOTION to Dismiss filed by Defendant Drapper. (Strider, Christopher) (Entered: 08/23/2021) |
| 09/15/2021 | 41 | NOTICE of Entry of Appearance by Andrew Joseph McNulty on behalf of Darlene GriffithAttorney Andrew Joseph McNulty added to party Darlene Griffith(pty:pla) (McNulty, Andrew) (Entered: 09/15/2021) |
| 09/24/2021 | 42 | MINUTE ORDER. The upcoming Status Conference on September 30, 2021 at 9:30 a.m. in this matter shall be conducted via telephone. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. SO ORDERED, by Magistrate Judge N. Reid Neureiter on September 24, 2021. Text Only Entry. (rvill, ) (Entered: 09/24/2021) |
| 09/29/2021 | 43 | NOTICE of Entry of Appearance by Nathan James Whitney on behalf of DrapperAttorney Nathan James Whitney added to party Drapper(pty:dft) (Whitney, Nathan) (Entered: 09/29/2021) |
| 09/30/2021 | 44 | COURTROOM MINUTES for Telephonic Status Conference held before Magistrate Judge N. Reid Neureiter on 9/30/2021. Plaintiff shall file Amended Complaint by October 4, 2021. Defendants shall be served by October 22, 2021. A Telephonic Status Conference is set for November 10, 2021 at 2:30 p.m. before Magistrate Judge N. Reid Neureiter. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. FTR: Courtroom C203. (rvill, ) (Entered: 09/30/2021) |
| 10/04/2021 | 45 | Unopposed MOTION for Leave to *File Second Amended Complaint* by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 10/04/2021) |
| 10/04/2021 | 46 | AMENDED COMPLAINT *Second Amended Complaint* against Drapper, Bill Elder, Cy Gillespie, El Paso County Colorado, Wellpath LLC, Christine Mohr, Doctor Jane Roe, filed by Darlene Griffith.(McNulty, Andrew) (Entered: 10/04/2021) |
| 10/04/2021 | 47 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 4 October 2021. is hereby ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. # 45 ) is GRANTED finding good cause shown. Plaintiff's Second Amended |

| | | |
|---|---|---|
| | | Complaint and Jury Demand (Dkt. # 46 ) is ACCEPTED as the operative pleading in this case. The Clerk shall amend the case caption accordingly. It is further ORDERED that Defendants' Motion to Dismiss (Dkt. # 32 ) is DENIED as moot. It is further ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. # 33 ), which Plaintiff filed before counsel entered his appearance on her behalf, is DENIED WITHOUT PREJUDICE for failing to comply with Rule 56(c). PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 10/04/2021) |
| 10/15/2021 | 48 | MOTION for Preliminary Injunction , *Expedited Briefing Schedule, and Expedited Hearing* by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 10/15/2021) |
| 10/15/2021 | 49 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 15 October 2021. It is hereby ORDERED that a Status Conference is set on October 19, 2021 at 3:30 p.m. to address the briefing schedule for Plaintiffs Motion for Preliminary Injunction 48 , status of service of process on Defendants, and status of Defendants' consent to the jurisdiction of a magistrate judge. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. (csarr, ) (Entered: 10/15/2021) |
| 10/15/2021 | 50 | WAIVER OF SERVICE Returned Executed by Darlene Griffith. El Paso County Colorado waiver sent on 10/15/2021, answer due 12/14/2021. (McNulty, Andrew) (Entered: 10/15/2021) |
| 10/15/2021 | 51 | NOTICE of Entry of Appearance by Mari Anne Newman on behalf of Darlene GriffithAttorney Mari Anne Newman added to party Darlene Griffith(pty:pla) (Newman, Mari) (Entered: 10/15/2021) |
| 10/19/2021 | 52 | COURTROOM MINUTES for Telephonic Status Conference held before Magistrate Judge N. Reid Neureiter on 10/19/2021. Defendant's response to the Motion for Preliminary Injunction is due by October 29, 2021. Plaintiff's reply is due by November 5, 2021. Witness and Exhibit lists shall be exchanged no later than 12:00 p.m. on November 10, 2021. A Preliminary Injunction Hearing is set for November 12, 2021 at 9:00 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse. FTR: Courtroom C203. (rvill, ) (Entered: 10/19/2021) |
| 10/20/2021 | 53 | MINUTE ORDER VACATING PRELIMINARY INJUNCTION HEARING AND REASSIGNING CASE TO DISTRICTJUDGEby Magistrate Judge N. Reid Neureiter on 20 October 2021. Plaintiff in this case seeks a preliminary injunction and an expedited hearing. Dkt. # 48 . However, there is a defendant in the case, WellPath LLC, that has not yet appeared. This Court can only preside over dispositive matters and preliminary injunction matters where all parties have consented to proceed before a magistrate judge. Wherefore, it is hereby ORDERED that the preliminary injunction hearing set for November 12, 2021 is VACATED. The Clerk is ORDERED to reassign this matter to the appropriate district judge. The expedited briefing schedule set on October 19, 2021 (see Dkt. # 52 ) remains in place, subject to modification by the district judge to whom the matter will be reassigned. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 10/20/2021) |
| 10/20/2021 | 54 | CASE REASSIGNED pursuant to 53 MINUTE ORDER VACATING PRELIMINARY INJUNCTION HEARING AND REASSIGNING CASE TO DISTRICT JUDGE. Pursuant to D.C.COLO.LCivR 40.1, the case has been directly reassigned to Judge Christine M. Arguello. All future pleadings should be designated as 21-cv-00387-CMA. (Text Only Entry) (cmadr, ) (Entered: 10/21/2021) |
| 10/21/2021 | 55 | NOTICE of Entry of Appearance by Catherine O'Brien Crum on behalf of Wellpath LLCAttorney Catherine O'Brien Crum added to party Wellpath LLC(pty:dft) (O'Brien Crum, Catherine) (Entered: 10/21/2021) |
| 10/21/2021 | 56 | WAIVER OF SERVICE Returned Executed by Wellpath LLC. Wellpath LLC waiver sent on 10/21/2021, answer due 12/20/2021. (O'Brien Crum, Catherine) (Entered: 10/21/2021) |
| 10/21/2021 | 57 | NOTICE of Entry of Appearance by Lauren Elizabeth Kuhn on behalf of Wellpath LLCAttorney Lauren Elizabeth Kuhn added to party Wellpath LLC(pty:dft) (Kuhn, Lauren) (Entered: 10/21/2021) |
| 10/28/2021 | 58 | ORDER REFERRING CASE to Magistrate Judge N. Reid Neureiter. Magistrate Judge Neureiter is designated to conduct ALLMTN proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b). Court-sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. The Magistrate Judge, at his/her discretion, may convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. SO ORDERED by Judge Christine M. Arguello on 10/28/2021. Text Only Entry (cmasec) (Entered: 10/28/2021) |
| 10/28/2021 | 59 | MEMORANDUM regarding 48 MOTION for Preliminary Injunction , *Expedited Briefing Schedule, and Expedited Hearing* filed by Darlene Griffith. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 10/28/2021. Text Only Entry (cmasec) (Entered: 10/28/2021) |
| 10/28/2021 | 60 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 28 October 2021. It is hereby ORDERED that a Status Conference is set on November 2, 2021 at 9:00 a.m. to address the briefing schedule for Plaintiffs Motion for Preliminary Injunction (Dkt. # 48 ). The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 10/28/2021) |
| 10/29/2021 | 61 | NOTICE of Entry of Appearance by Daniel Patrick Struck on behalf of Wellpath LLCAttorney Daniel Patrick Struck added to party Wellpath LLC(pty:dft) (Struck, Daniel) (Entered: 10/29/2021) |
| 10/29/2021 | 62 | NOTICE of Entry of Appearance by Ashlee B. Hesman on behalf of Wellpath LLCAttorney Ashlee B. Hesman added to party Wellpath LLC(pty:dft) (Hesman, Ashlee) (Entered: 10/29/2021) |
| 10/29/2021 | 63 | NOTICE of Entry of Appearance by Kristina R. Rood on behalf of Wellpath LLCAttorney Kristina R. Rood added to party Wellpath LLC(pty:dft) (Rood, Kristina) (Entered: 10/29/2021) |
| 10/29/2021 | 64 | RESPONSE to 48 MOTION for Preliminary Injunction , *Expedited Briefing Schedule, and Expedited Hearing* Attorney Nathan James Whitney added to party El Paso County Colorado(pty:dft), Attorney Nathan James Whitney added to party Bill Elder(pty:dft), Attorney Nathan James Whitney added to party Bill (I) Elder(pty:dft), Attorney Nathan James Whitney added to party Cy Gillespie(pty:dft) filed by Defendants Draper, El Paso County Colorado, Bill Elder, Bill (I) Elder, Cy Gillespie. (Whitney, Nathan) (Entered: 10/29/2021) |

| Date | # | Description |
|---|---|---|
| 10/29/2021 | 65 | MOTION to Withdraw as Attorney *Pursuant to D.C.Colo.LAttyR. 5(b)* by Defendant Wellpath LLC. (O'Brien Crum, Catherine) (Entered: 10/29/2021) |
| 11/01/2021 | 66 | ORDER: Granting 65 Motion to Withdraw as Attorneys. Attorneys Catherine O'Brien Crum and Lauren Kuhn are permitted to withdraw as counsel for Defendant Wellpath, LLC. The Court notes that Defendant continues to be represented by Mss. Hesman and Rood and Mr. Struck. FURTHER ORDERED that the Clerk of the Court is DIRECTED to delete Mss. O'Brien Crum and Kuhn's email addresses from future ECF filings and electronic notifications in this case. SO ORDERED by Judge Christine M. Arguello on 11/1/2021. Text Only Entry(cmasec) (Entered: 11/01/2021) |
| 11/02/2021 | 67 | COURTROOM MINUTES ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Status Conference on 11/2/2021. A two-day Preliminary Injunction Hearing is set to begin at 9:00 a.m. on December 9, 2021 before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall exchange and file with the court witness and exhibit lists by the close of business day, no later than December 6, 2021. Plaintiff is entitled to 5 requests for production with a 14-day response time. The request should be reasonably related to the issues in the Preliminary Injunction. Plaintiff shall also prepare a proposed scheduling order for review at the end of the Preliminary Injunction Hearing. FTR: Courtroom C203. (rvill, ) (Entered: 11/02/2021) |
| 11/05/2021 | 68 | REPLY to Response to 48 MOTION for Preliminary Injunction *, Expedited Briefing Schedule, and Expedited Hearing* filed by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 11/05/2021) |
| 11/18/2021 | 69 | Joint MOTION for Protective Order by Defendants Draper, El Paso County Colorado, Bill Elder, Cy Gillespie. (Attachments: # 1 Proposed Order (PDF Only) Exhibit 1- Proposed Stipulated Protective Order)(Whitney, Nathan) (Entered: 11/18/2021) |
| 11/22/2021 | 70 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 22 November 2021. It is hereby ORDERED that a Telephonic Discovery Hearing is set for November 23, 2021 at 1:30 p.m. The parties are directed to prepare and email to Chambers by the close of business on November 22, 2021 a short (no longer than ten pages) joint statement setting forth each sides respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record. Counsel for the parties are also directed to jointly call Court Chambers, 303-335-2403, at the designated time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 11/22/2021) |
| 11/23/2021 | 71 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Discovery Hearing held on 11/23/2021. FTR: Courtroom C203. (Attachments: # 1 Joint Statement Re: Discovery Dispute, # 2 Exhibit 1) (rvill, ) (Entered: 11/23/2021) |
| 11/28/2021 | 72 | MEMORANDUM regarding 69 Joint MOTION for Protective Order filed by Cy Gillespie, El Paso County Colorado, Bill Elder, Draper. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 11/28/2021. Text Only Entry (cmasec) (Entered: 11/28/2021) |
| 11/29/2021 | 73 | MOTION for Extension of Time to File Answer or Otherwise Respond by Defendants Draper, El Paso County Colorado, Bill Elder, Bill (I) Elder, Cy Gillespie. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order for Extension of Time to Answer/Respond)(Whitney, Nathan) (Entered: 11/29/2021) |
| 11/29/2021 | 74 | MEMORANDUM regarding 73 MOTION for Extension of Time to File Answer or Otherwise Respond filed by Cy Gillespie, Bill (I) Elder, El Paso County Colorado, Bill Elder, Draper. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 11/29/2021. Text Only Entry (cmasec) (Entered: 11/29/2021) |
| 11/29/2021 | 75 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 29 November 2021. It is hereby ORDERED that the parties' Joint Motion for a Protective Order (Dkt. # 69 ) is GRANTED finding good cause shown. The proposed Stipulated Protective Order (Dkt. #69-1) is APPROVED and made an Order of Court. It is further ORDERED that County Defendants' Unopposed Motion for Extension of Time to File a Responsive Pleading (Dkt. # 73 ) is GRANTED. County Defendants shall answer or otherwise respond to Plaintiff's Second Amended Complaint (Dkt. # 46 ) on or before December 17, 2021. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 11/29/2021) |
| 11/29/2021 | 76 | STIPULATED PROTECTIVE ORDER by Magistrate Judge N. Reid Neureiter on 29 November 2021. (cmadr, ) (Entered: 11/29/2021) |
| 12/01/2021 | 77 | Unopposed MOTION for Writ of Habeas Corpus ad testificandum by Plaintiff Darlene Griffith. (Attachments: # 1 Proposed Document Writ of Habeas Corpus ad Testificandum)(McNulty, Andrew) (Entered: 12/01/2021) |
| 12/02/2021 | 78 | MEMORANDUM regarding 77 Unopposed MOTION for Writ of Habeas Corpus ad testificandum filed by Darlene Griffith. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 12/2/2021. Text Only Entry (cmasec) (Entered: 12/02/2021) |
| 12/02/2021 | 79 | WRIT of HABEAS CORPUS AD TESTIFICANDUM issued. (cmadr, ) (Entered: 12/02/2021) |
| 12/02/2021 | 80 | ORDER granting 77 Motion for Writ of Habeas Corpus ad Testificandum by Magistrate Judge N. Reid Neureiter on 2 December 2021. Text Only Entry.(cmadr, ) (Entered: 12/02/2021) |
| 12/06/2021 | 81 | Unopposed MOTION for Extension of Time to *File and Exchange Plaintiff's Exhibit List and Make Disclosures* by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 12/06/2021) |
| 12/06/2021 | 82 | MEMORANDUM regarding 81 Unopposed MOTION for Extension of Time to *File and Exchange Plaintiff's Exhibit List and Make Disclosures* filed by Darlene Griffith. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 12/6/2021. Text Only Entry (cmasec) (Entered: 12/06/2021) |
| 12/06/2021 | 83 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 6 December 2021. It is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time to File and Exchange Exhibit Lists and Make Disclosure's (Dkt. # 81 ) is GRANTED finding good cause shown. Plaintiff shall have up to and including December 7, 2021 to exchange and file her Exhibit List and to make her appropriate disclosures. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 12/06/2021) |

| Date | # | Description |
|---|---|---|
| 12/06/2021 | 84 | MOTION for Extension of Time to *Exchange Witness and Exhibit Lists for Preliminary Injunction Hearing* by Defendants Draper, El Paso County Colorado, Bill Elder, Cy Gillespie. (Whitney, Nathan) (Entered: 12/06/2021) |
| 12/06/2021 | 85 | Witness List by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 12/06/2021) |
| 12/06/2021 | 86 | Witness List by Defendant El Paso County Colorado. (Whitney, Nathan) (Entered: 12/06/2021) |
| 12/07/2021 | 87 | Exhibit List *for Preliminary Injunction Hearing* by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 12/07/2021) |
| 12/07/2021 | 88 | Exhibits in Support *for Preliminary Injunction Hearing* by Defendants Draper, El Paso County Colorado, Bill Elder, Cy Gillespie. (Whitney, Nathan) (Entered: 12/07/2021) |
| 12/08/2021 | 89 | MEMORANDUM regarding 84 MOTION for Extension of Time to *Exchange Witness and Exhibit Lists for Preliminary Injunction Hearing* filed by Cy Gillespie, El Paso County Colorado, Bill Elder, Draper. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 12/8/2021. Text Only Entry (cmasec) (Entered: 12/08/2021) |
| 12/08/2021 | 90 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 8 December 2021. It is hereby ORDERED that Defendants' Unopposed Motion for Extension of Time to File and Exchange Witness and Exhibit List for the Preliminary Injunction Hearing (Dkt. # 84 ) is GRANTED finding good cause shown. Defendants shall have up to and including December 7, 2021 to exchange and file their Witness and Exhibit List. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 12/08/2021) |
| 12/08/2021 | 91 | STIPULATION by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 12/08/2021) |
| 12/08/2021 | 92 | MINUTE ORDER by Magistrate Judge N. Reid Neureiter on 12/8/2021. In light of the parties' Stipulation (Dkt. # 91 ), it is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction (Dkt. # 48 ) is DENIED as moot and the Preliminary Injunction Hearing set for December 9, 2021 at 9:00 a.m. is VACATED. It is further ORDERED that the terms of the Stipulation are ADOPTED and made an Order of Court. (rvill, ) (Entered: 12/08/2021) |
| 12/09/2021 | 93 | NOTICE of Entry of Appearance by Daniel Patrick Struck on behalf of Christine MohrAttorney Daniel Patrick Struck added to party Christine Mohr(pty:dft) (Struck, Daniel) (Entered: 12/09/2021) |
| 12/09/2021 | 94 | NOTICE of Entry of Appearance by Ashlee B. Hesman on behalf of Christine MohrAttorney Ashlee B. Hesman added to party Christine Mohr(pty:dft) (Hesman, Ashlee) (Entered: 12/09/2021) |
| 12/09/2021 | 95 | NOTICE of Entry of Appearance by Kristina R. Rood on behalf of Christine MohrAttorney Kristina R. Rood added to party Christine Mohr(pty:dft) (Rood, Kristina) (Entered: 12/09/2021) |
| 12/09/2021 | 96 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 46 Amended Complaint *as to Defendant Mohr* by Defendants Christine Mohr, Wellpath LLC. (Attachments: # 1 Proposed Order (PDF Only))(Hesman, Ashlee) (Entered: 12/09/2021) |
| 12/09/2021 | 97 | MEMORANDUM regarding 96 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 46 Amended Complaint *as to Defendant Mohr* filed by Wellpath LLC, Christine Mohr. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 12/9/2021. Text Only Entry (cmasec) (Entered: 12/09/2021) |
| 12/09/2021 | 98 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 9 December 2021. It is hereby ORDERED that Defendant Dr. Christine Mohr's Unopposed Motion for Extension of Time to File Responsive Pleading (Dkt. # 96 ) is GRANTED. Dr. Mohr shall answer or otherwise respond to Plaintiff's Amended Complaint (Dkt. # 46 ) on or before December 20, 2021. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 12/09/2021) |
| 12/16/2021 | 99 | Joint MOTION to Stay Case Pending Settlement Conference by Defendants Draper, El Paso County Colorado, Bill Elder, Cy Gillespie. (Attachments: # 1 Proposed Order (PDF Only) )(Whitney, Nathan) (Entered: 12/16/2021) |
| 12/29/2021 | 100 | MEMORANDUM regarding 99 Joint MOTION to Stay *Case Pending Settlement Conference*Joint MOTION for Hearing/Conference *for Purposes of Settlement* filed by Cy Gillespie, El Paso County Colorado, Bill Elder, Draper. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 12/29/2021. Text Only Entry (cmasec) (Entered: 12/29/2021) |
| 01/04/2022 | 101 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 4 January 2022. This case is before the Court on It is hereby ORDERED that the parties' Joint Motion for Settlement Conference and to Stay Case Pending Settlement Conference (Dkt. # 99 ) is GRANTED as follows. The parties are directed to jointly contact Chambers (303-335-2403) no later that January 7, 2022 to schedule a Settlement Conference. It is further ORDERED that this matter is STAYED until such time as a Settlement Conference is scheduled or until further Order of the Court. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 01/04/2022) |
| 01/24/2022 | 102 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 24 January 2022. It is hereby ORDERED that a Settlement Conference is set on April 8, 2022 at 9:00 a.m. in Courtroom C-203, Second Floor, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 01/24/2022) |
| 02/24/2022 | 103 | MOTION for Leave to *Appear Telephonically at April 8, 2022 Settlement Conference* 102 Order, by Defendants Christine Mohr, Wellpath LLC. (Hesman, Ashlee) (Entered: 02/24/2022) |
| 02/24/2022 | 104 | MEMORANDUM regarding 103 MOTION for Leave to *Appear Telephonically at April 8, 2022 Settlement Conference* 102 Order, filed by Wellpath LLC, Christine Mohr. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 2/24/2022. Text Only Entry (cmasec) (Entered: 02/24/2022) |
| 03/01/2022 | 105 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 1 March 2022. It is hereby ORDERED that Defendants Wellpath and Mohr's Unopposed Motion for Leave to Appear Telephonically at April 8, 2022 Settlement Conference (Dkt. # 103 ) is GRANTED IN PART and DENIED IN PART as follows. The Wellpath representative is given leave to attend the April 8, 2022 Settlement Conference by telephone, but the Court expects Wellpath's counsel to appear in person. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 03/01/2022) |

| | | |
|---|---|---|
| 03/17/2022 | 106 | Unopposed MOTION for Leave to Appear *CLIENTS AND ADJUSTER TO APPEAR TELEPHONICALLY AT APRIL 8, 2022 SETTLEMENT CONFERENCE AND REQUEST FOR STATUS CONFERENCE* by Defendants Draper, El Paso County Colorado, Bill Elder, Bill (I) Elder, Cy Gillespie. (Attachments: # 1 Exhibit A. Resolution 20-19)(Whitney, Nathan) (Entered: 03/17/2022) |
| 03/17/2022 | 107 | MEMORANDUM regarding 106 Unopposed MOTION for Leave to Appear *CLIENTS AND ADJUSTER TO APPEAR TELEPHONICALLY AT APRIL 8, 2022 SETTLEMENT CONFERENCE AND REQUEST FOR STATUS CONFERENCE* filed by Cy Gillespie, Bill (I) Elder, El Paso County Colorado, Bill Elder, Draper. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 3/17/2022. Text Only Entry (cmasec) (Entered: 03/17/2022) |
| 03/18/2022 | 108 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 18 March 2022. It is hereby ORDERED that the County Defendants' Unopposed Motion for Clients and Adjuster to Appear Telephonically at April 8, 2022 Settlement Conference and Request for Status Conference (Dkt. # 106 ) is GRANTED IN PART and DENIED IN PART as follows. Defendants Elder and Gillespie and El Paso County's Adjuster are given leave to attend the Settlement Conference telephonically. The Court understands that the County Defendants' settlement authority will be contingent upon final approval by a vote of the El Paso County Board of County Commissioners, and the Settlement Conference will proceed with that understanding. No status conference is necessary. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 03/18/2022) |
| 04/08/2022 | 109 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 8 April 2022. It is hereby ORDERED that a Scheduling Conference is set for April 29, 2022 at 10:00 a.m. The proposed Scheduling Order is due on or before April 22, 2022. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 04/08/2022) |
| 04/08/2022 | 110 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Settlement Conference held on 4/8/2022. (rvill, ) (rvill, ). (Entered: 04/11/2022) |
| 04/22/2022 | 111 | Proposed Scheduling Order by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 04/22/2022) |
| 04/22/2022 | 112 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Christine Mohr, Wellpath LLC All parties do not consent.. (Hesman, Ashlee) (Entered: 04/22/2022) |
| 04/29/2022 | 113 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Scheduling Conference held on 4/29/2022. Discovery due by 2/15/2023. Dispositive Motions due by 3/17/2023. Telephonic Status Conference set for 10/11/2022 at 11:30 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. The parties are directed to call the conference line asa participant at (888) 398-2342, Access Code 5755390# at the scheduled time. FTR: Courtroom C203. (rvill, ) (Entered: 04/29/2022) |
| 04/29/2022 | 114 | SCHEDULING ORDER by Magistrate Judge N. Reid Neureiter on April 29, 2022. (rvill, ) (Entered: 04/29/2022) |
| 05/09/2022 | 115 | STIPULATION re 76 Protective Order *(Joint Stipulation)* by Defendants Draper, El Paso County Colorado, Bill Elder, Bill (I) Elder, Cy Gillespie. (Strider, Christopher) (Entered: 05/09/2022) |
| 05/24/2022 | 116 | STIPULATION of Dismissal of Party *Defendant Jeremy Draper* by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 05/24/2022) |
| 06/01/2022 | 117 | NOTICE of Settlement by Defendants Christine Mohr, Wellpath LLC (Rood, Kristina) (Entered: 06/01/2022) |
| 06/01/2022 | 118 | ORDER: In light of the parties' 117 Notice of Settlement, the parties are DIRECTED to file appropriate dismissal documents in this matter by NOT LATER THAN 6/22/2022. SO ORDERED Dismissal Paper due by 6/22/2022. by Judge Christine M. Arguello on 6/1/2022. Text Only Entry (cmasec) (Entered: 06/01/2022) |
| 06/02/2022 | 119 | STIPULATION of Dismissal of Party *Dr. Christine Mohr with Prejudice* by Defendants Christine Mohr, Wellpath LLC. (Rood, Kristina) (Entered: 06/02/2022) |
| 06/02/2022 | 120 | Unopposed MOTION for Leave to *File Third Amended Complaint* by Plaintiff Darlene Griffith. (Attachments: # 1 Exhibit 1 - Third Amended Complaint - REDLINE, # 2 Exhibit 2 - Third Amended Complaint - CLEAN)(McNulty, Andrew) (Entered: 06/02/2022) |
| 06/02/2022 | 121 | Pursuant to 119 STIPULATION of Dismissal of Party, Defendant Christine Mohr (in her individual capacity) is terminated. Text Only Entry. (sphil, ) (Entered: 06/02/2022) |
| 06/03/2022 | 122 | STIPULATION of Dismissal of Party *Wellpath, LLC with Prejudice* by Defendant Wellpath LLC. (Rood, Kristina) (Entered: 06/03/2022) |
| 06/07/2022 | 123 | ORDER: Granting 120 Motion for Leave to File Third Amended Complaint. The Third Amended Complaint (attached as Exhibit [120-2] is accepted for filing and shall be filed by the Clerks Office as a separate document. SO ORDERED by Judge Christine M. Arguello on 6/7/2022. Text Only Entry(cmasec) (Entered: 06/07/2022) |
| 06/07/2022 | 124 | THIRD AMENDED COMPLAINT and Jury Demand against Bill Elder, Bill (I) Elder, El Paso County Colorado, Cy Gillespie, Brande Ford, Elizabeth O'Neal, Andrew Mustapick, Tiffany Noe, Dawne Elliss, filed by Darlene Griffith.(sphil, ) Modified on 6/7/2022 (Amended compliant filed per [#123] order. (sphil, ). (Entered: 06/07/2022) |
| 06/15/2022 | 125 | WAIVER OF SERVICE Returned Executed by Darlene Griffith. Andrew Mustapick waiver sent on 6/7/2022, answer due 8/6/2022. (McNulty, Andrew) (Entered: 06/15/2022) |
| 06/15/2022 | 126 | WAIVER OF SERVICE Returned Executed by Darlene Griffith. Brande Ford waiver sent on 6/7/2022, answer due 8/6/2022. (McNulty, Andrew) (Entered: 06/15/2022) |
| 06/15/2022 | 127 | WAIVER OF SERVICE Returned Executed by Darlene Griffith. Dawne Elliss waiver sent on 6/7/2022, answer due 8/6/2022. (McNulty, Andrew) (Entered: 06/15/2022) |

| Date | Doc # | Description |
|---|---|---|
| 06/15/2022 | 128 | WAIVER OF SERVICE Returned Executed by Darlene Griffith. Elizabeth O'Neal waiver sent on 6/7/2022, answer due 8/6/2022. (McNulty, Andrew) (Entered: 06/15/2022) |
| 06/15/2022 | 129 | WAIVER OF SERVICE Returned Executed by Darlene Griffith. Tiffany Noe waiver sent on 6/7/2022, answer due 8/6/2022. (McNulty, Andrew) (Entered: 06/15/2022) |
| 06/20/2022 | 130 | Unopposed MOTION for Leave to File Excess Pages by Defendants Cynthia Ayad, El Paso County Colorado, Bill Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Whitney, Nathan) (Entered: 06/20/2022) |
| 06/22/2022 | 131 | ORDER: Granting 130 Unopposed Motion for Leave to File Excess Pages. Defendants are permitted to file their Motion to Dismiss in excess of this Court's page limitations, NOT TO EXCEED 40 pages in total; Plaintiff's Response NOT TO EXCEED 40 pages total. SO ORDERED by Judge Christine M. Arguello on 6/22/2022. Text Only Entry(cmasec) (Entered: 06/22/2022) |
| 06/28/2022 | 132 | MOTION to Dismiss by Defendants El Paso County Colorado, Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Whitney, Nathan) (Entered: 06/28/2022) |
| 06/29/2022 | 133 | MEMORANDUM regarding 132 MOTION to Dismiss filed by Bill (I) Elder, Brande Ford, Dawne Elliss, Andrew Mustapick, Cy Gillespie, Elizabeth O'Neal, Tiffany Noe, Bill Elder, El Paso County Colorado. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 6/29/2022. Text Only Entry (cmasec) (Entered: 06/29/2022) |
| 07/07/2022 | 134 | MOTION to Stay by Defendants El Paso County Colorado, Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Whitney, Nathan) (Entered: 07/07/2022) |
| 07/08/2022 | 135 | MEMORANDUM regarding 134 MOTION to Stay filed by Bill (I) Elder, Brande Ford, Dawne Elliss, Andrew Mustapick, Cy Gillespie, Elizabeth O'Neal, Tiffany Noe, Bill Elder, El Paso County Colorado. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 7/8/2022. Text Only Entry (cmasec) (Entered: 07/08/2022) |
| 07/12/2022 | 136 | RESPONSE to 134 MOTION to Stay filed by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 07/12/2022) |
| 07/15/2022 | 137 | Unopposed MOTION for Extension of Time to File Response/Reply as to 132 MOTION to Dismiss by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 07/15/2022) |
| 07/24/2022 | 138 | MEMORANDUM regarding 137 Unopposed MOTION for Extension of Time to File Response/Reply as to 132 MOTION to Dismiss filed by Darlene Griffith. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 7/24/2022. Text Only Entry (cmasec) (Entered: 07/24/2022) |
| 07/25/2022 | 139 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 25 July 2022. It is hereby ORDERED that Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to File Response to Defendants' Motion to Dismiss (Dkt. # 137 ) is GRANTED. Plaintiff's response to Defendants' Motion to Dismiss (Dkt. # 132 ) shall be filed on or before August 9, 2022. It is further ORDERED that the Court will hear argument on Defendants' Motion to Dismiss (Dkt. #132) and Motion to Stay Discovery (Dkt. # 134 ) at the hearing set for October 11, 2022. To ensure that the parties have adequate time to present their arguments, the hearing is RESET to October 11, 2022 at 11:00 a.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 07/25/2022) |
| 07/26/2022 | 140 | REPLY to Response to 134 MOTION to Stay filed by Defendants El Paso County Colorado, Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Whitney, Nathan) (Entered: 07/26/2022) |
| 07/27/2022 | 141 | NOTICE of Entry of Appearance by Steven Ward Martyn on behalf of El Paso County Colorado, Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'NealAttorney Steven Ward Martyn added to party El Paso County Colorado(pty:dft), Attorney Steven Ward Martyn added to party Bill Elder(pty:dft), Attorney Steven Ward Martyn added to party Bill (I) Elder(pty:dft), Attorney Steven Ward Martyn added to party Dawne Elliss(pty:dft), Attorney Steven Ward Martyn added to party Brande Ford(pty:dft), Attorney Steven Ward Martyn added to party Cy Gillespie(pty:dft), Attorney Steven Ward Martyn added to party Andrew Mustapick(pty:dft), Attorney Steven Ward Martyn added to party Tiffany Noe(pty:dft), Attorney Steven Ward Martyn added to party Elizabeth O'Neal(pty:dft) (Martyn, Steven) (Entered: 07/27/2022) |
| 08/01/2022 | 142 | Unopposed MOTION for Leave to File Excess Pages *on Plaintiff's Response to Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)* by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 08/01/2022) |
| 08/01/2022 | 143 | MEMORANDUM regarding 142 Unopposed MOTION for Leave to File Excess Pages *on Plaintiff's Response to Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6)* filed by Darlene Griffith. Motion referred to Magistrate Judge N. Reid Neureiter by Judge Christine M. Arguello on 8/1/2022. Text Only Entry (cmasec) (Entered: 08/01/2022) |
| 08/01/2022 | 144 | MINUTE ORDER by Magistrate Judge N. Reid Neureiter on 08/01/2022. It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation Regarding Plaintiff's Response to Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Dkt. # 142 is GRANTED. Plaintiff's response to Defendants' Motion to Dismiss (Dkt. # 132 shall be no longer than fifty (50) pages in length, excluding the certificate of service. PLEASE READ ATTACHED MINUTE ORDER (alave, ) (Entered: 08/01/2022) |
| 08/03/2022 | 145 | NOTICE *to Terminate ECF Filing Notifications to Counsel of Record* by Defendants Christine Mohr, Wellpath LLC (Rood, Kristina) (Entered: 08/03/2022) |
| 08/04/2022 | 146 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 145 Notice (Other) filed by attorney **Rood, Kristina**. The document is incorrectly formatted. Action to take - **REFILE THE DOCUMENT**. In order for an attorney to be withdrawn as counsel of record and term their ECF Notices, a Motion to Withdraw as Attorney must be filed. Refer to D.C.COLO.LAttyR 5(b). (Text Only Entry) (sphil, ) (Entered: 08/04/2022) |
| 08/08/2022 | 147 | RESPONSE to 132 MOTION to Dismiss *THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)* filed by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 08/08/2022) |

| | | |
|---|---|---|
| 08/10/2022 | 148 | MOTION to Withdraw as Attorney by Defendants Christine Mohr, Wellpath LLC. (Struck, Daniel) (Entered: 08/10/2022) |
| 08/10/2022 | 149 | MOTION to Withdraw as Attorney by Defendants Christine Mohr, Wellpath LLC. (Hesman, Ashlee) (Entered: 08/10/2022) |
| 08/10/2022 | 150 | MOTION to Withdraw as Attorney by Defendants Christine Mohr, Wellpath LLC. (Rood, Kristina) (Entered: 08/10/2022) |
| 08/11/2022 | 151 | ORDER: Granting 148 , 149 , and 150 Motions to Withdraw as Attorneys. Attorneys Daniel P. Struck, Ashlee B. Hesman, and Kristina R. Rood are permitted to withdraw as counsel for Defendants Wellpath, LLC and Dr. Christine Mohr. FURTHER ORDERED that the Clerk of the Court is DIRECTED to delete Mr. Struck and Mss. Hesman and Rood's email addresses from future ECF filings and electronic notifications in this case. SO ORDERED by Senior Judge Christine M. Arguello on 8/11/2022. Text Only Entry(cmasec) (Entered: 08/11/2022) |
| 08/16/2022 | 152 | MOTION for Extension of Time to File Response/Reply as to 132 MOTION to Dismiss , MOTION for Leave to File Excess Pages *in their Reply in Support of Motion to Dismiss* by Defendants El Paso County Colorado, Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Whitney, Nathan) (Entered: 08/16/2022) |
| 08/16/2022 | 153 | MEMORANDUM regarding 152 MOTION for Extension of Time to File Response/Reply as to 132 MOTION to Dismiss MOTION for Leave to File Excess Pages *in their Reply in Support of Motion to Dismiss* filed by Bill (I) Elder, Brande Ford, Dawne Elliss, Andrew Mustapick, Cy Gillespie, Elizabeth O'Neal, Tiffany Noe, Bill Elder, El Paso County Colorado. Motion referred to Magistrate Judge N. Reid Neureiter by Senior Judge Christine M. Arguello on 8/16/2022. Text Only Entry (cmasec) (Entered: 08/16/2022) |
| 08/17/2022 | 154 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 17 August 2022. It is hereby ORDERED that Defendants' Unopposed Motion for Extension of Time to File a Responsive Pleading and Motion for an Extension of Page Limitations (Dkt. # 152 ) is GRANTED. Defendants' reply brief is due on or before August 26, 2022 and shall be no longer than twenty-five (25) pages. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 08/17/2022) |
| 08/26/2022 | 155 | REPLY to Response to 132 MOTION to Dismiss filed by Defendants El Paso County Colorado, Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Whitney, Nathan) (Entered: 08/26/2022) |
| 08/29/2022 | 156 | NOTICE of Supplemental Authorities re: 132 MOTION to Dismiss , 147 Response to Motion by Plaintiff Darlene Griffith (McNulty, Andrew) (Entered: 08/29/2022) |
| 09/29/2022 | 157 | NOTICE of Entry of Appearance by Bryan E. Schmid on behalf of El Paso County Colorado, Bill Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'NealAttorney Bryan E. Schmid added to party El Paso County Colorado(pty:dft), Attorney Bryan E. Schmid added to party Bill Elder(pty:dft), Attorney Bryan E. Schmid added to party Dawne Elliss(pty:dft), Attorney Bryan E. Schmid added to party Brande Ford(pty:dft), Attorney Bryan E. Schmid added to party Cy Gillespie(pty:dft), Attorney Bryan E. Schmid added to party Andrew Mustapick(pty:dft), Attorney Bryan E. Schmid added to party Tiffany Noe(pty:dft), Attorney Bryan E. Schmid added to party Elizabeth O'Neal(pty:dft) (Schmid, Bryan) (Entered: 09/29/2022) |
| 09/29/2022 | 158 | Joint MOTION to Amend/Correct/Modify 114 Scheduling Order by Defendants Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Schmid, Bryan) (Entered: 09/29/2022) |
| 09/29/2022 | 159 | MEMORANDUM regarding 158 Joint MOTION to Amend/Correct/Modify 114 Scheduling Order filed by Bill (I) Elder, Brande Ford, Dawne Elliss, Andrew Mustapick, Cy Gillespie, Elizabeth O'Neal, Tiffany Noe, Bill Elder. Motion referred to Magistrate Judge N. Reid Neureiter by Senior Judge Christine M. Arguello on 9/29/2022. Text Only Entry (cmasec) (Entered: 09/29/2022) |
| 09/29/2022 | 160 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 29 September 2022. It is hereby ORDERED that the parties' Joint Motion to Modify the Scheduling Order (Dkt. # 158 ) is GRANTED. The Scheduling Order (Dkt. # 114 ) is MODIFIED as follows: Discovery due by 6/15/2023. Dispositive Motions due by 7/15/2023. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 09/30/2022) |
| 10/11/2022 | 161 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Motion Hearing held on 10/11/2022. Motion to Stay Discovery (Dkt. # 134 ) is TAKEN UNDER ADVISEMENT. The Court will issue a written order. Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Dkt. # 132 ) is TAKEN UNDER ADVISEMENT. The Court will issue a written recommendation in due course. FTR: Courtroom C203. (rvill, ) (Entered: 10/11/2022) |
| 11/02/2022 | 162 | ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY (Dkt. # 134 ) by Magistrate Judge N. Reid Neureiter on 2 November 2022. it is hereby ORDERED that Defendants' Motion to Stay Discovery (Dkt. #134) is GRANTED. Discovery is STAYED pending the undersigned's issuance of a Report and Recommendation on Defendants' Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Dkt. # 132 ), after which the Court will reassess whether it is appropriate to lift the stay and proceed with discovery. (cmadr, ) (Entered: 11/02/2022) |
| 11/12/2022 | 163 | TRANSCRIPT of Telephonic Motion Hearing held on October 11, 2022 before Magistrate Judge Neureiter. Pages: 1-62. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Patterson Transcription Company, ) (Entered: 11/12/2022) |
| 02/09/2023 | 164 | Pro Se Notice of Change of Address/Contact Information by Plaintiff Darlene Griffith (trvo, ) (Entered: 02/10/2023) |
| 02/27/2023 | 165 | REPORT AND RECOMMENDATION ONDEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINTPURSUANT TO Fed. R. Civ. P. 12(b)(1) and (6)(Dkt. # 132 ) by Magistrate Judge N. Reid Neureiter on 27 February 2023. In light of the foregoing, it is hereby RECOMMENDED that Defendants' Motion to Dismiss (Dkt. # 132 ) be GRANTED, and that Plaintiff's Third Amended Complaint (Dkt. # 124 ) be DISMISSED. (cmadr, ) (Entered: 02/27/2023) |

| 03/02/2023 | 166 | AFFIDAVIT by Plaintiff Darlene Griffith. (sphil, ) (Entered: 03/03/2023) |
|---|---|---|
| 03/06/2023 | 167 | Unopposed MOTION for Leave to *EXCEED PAGE LIMITATION REGARDING OBJECTION TO REPORT AND RECOMMENDATION* by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 03/06/2023) |
| 03/08/2023 | 168 | ORDER: Granting 167 Unopposed Motion for Leave to File Excess Pages. Defendant is permitted to file her Objection to 165 Magistrate Judge Report and Recommendation in excess of this Court's page limitations, NOT TO EXCEED 30 pages in total, excluding Certificate of Service. SO ORDERED by Senior Judge Christine M. Arguello on 3/8/2023. Text Only Entry(cmasec) (Entered: 03/08/2023) |
| 03/08/2023 | 169 | OBJECTION to 165 Report and Recommendations filed by Plaintiff Darlene Griffith. (McNulty, Andrew) (Entered: 03/08/2023) |
| 03/13/2023 | 170 | Unopposed MOTION for Extension of Time to File Response/Reply as to 165 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 124 Amended Complaint,, Add and Terminate Parties, filed by Darlene Griffith, 132 MOTION to Dismiss filed by Bill (I) Elder, Brande Ford, Dawne Elliss, Andrew Mustapick, Cy Gill *and to Exceed Page Limitation* by Defendants El Paso County Colorado, Bill Elder, Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick, Tiffany Noe, Elizabeth O'Neal. (Whitney, Nathan) (Entered: 03/13/2023) |
| 03/17/2023 | 171 | ORDER: Granting in part and Denying in part 170 Unopposed Motion for Extension of Time to File Response and Exceed Page Limitations. GRANTING Motion to Exceed Page Limitations. Defendants are permitted to file their Response to 169 Plaintiffs Objection to 165 Magistrate Judge's Report and Recommendation in excess of this Court's page limitations, NOT TO EXCEED 25 pages in total, excluding Certificate of Service. DENYING Motion for Extension of Time. Defendants Objections continue to be due 3/22/2023. SO ORDERED by Judge Christine M. Arguello on 3/17/2023. Text Only Entry(cmasec) (Entered: 03/17/2023) |
| 03/22/2023 | 172 | RESPONSE to Objection to 165 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 124 Amended Complaint,, Add and Terminate Parties, filed by Darlene Griffith, 132 MOTION to Dismiss filed by Bill (I) Elder, Brande Ford, Dawne Elliss, Andrew Mustapick, Cy Gill filed by Defendants Bill (I) Elder, Dawne Elliss, Brande Ford, Cy Gillespie, Andrew Mustapick. (Whitney, Nathan) (Entered: 03/22/2023) |
| 03/27/2023 | 173 | ORDER Affirming and Adopting Recommendation of United States Magistrate Judge by Senior Judge Christine M. Arguello on 3/27/2023. 165 Report and Recommendations; granting 132 Motion to Dismiss. (msmot) (Entered: 03/27/2023) |
| 03/27/2023 | 174 | FINAL JUDGMENT by Clerk 3/27/2023. 173 Order on Motion to Dismiss, Order on Report and Recommendations (msmot) (Entered: 03/27/2023) |
| 04/25/2023 | 175 | NOTICE OF APPEAL as to 173 Order on Motion to Dismiss, Order on Report and Recommendations by Plaintiff Darlene Griffith (Filing fee $ 505, Receipt Number ACODC-9066381) (McNulty, Andrew) (Entered: 04/25/2023) |