FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 19, 2025**

_____

Christopher M. Wolpert
Clerk of Court

DARLENE GRIFFITH,

    Plaintiff - Appellant,

v.

EL PASO COUNTY, COLORADO; BILL ELDER, in his individual and official capacities; CY GILLESPIE, in his individual capacity; ELIZABETH O'NEAL, in her individual capacity; ANDREW MUSTAPICK, in his individual capacity; DAWNE ELLISS, in her individual capacity; TIFFANY NOE, in her individual capacity; BRANDE FORD, in her individual capacity,

    Defendants - Appellees.

------------------------------

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND; THE ARC OF THE UNITED STATES; AUTISTIC SELF ADVOCACY NETWORK; AUTISTIC WOMEN AND NONBINARY NETWORK; THE JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW; THE COELHO CENTER FOR DISABILITY LAW POLICY AND INNOVATION; CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER; DISABILITY LAW COLORADO; DISABILITY RIGHTS ADVOCATES; DISABILITY RIGHTS BAR ASSOCIATION; IMPACT FUND; NATIONAL ASSOCIATION FOR RIGHTS PROTECTION AND

No. 23-1135
(D.C. No. 1:21-CV-00387-CMA-NRN)
(D. Colo.)

ADVOCACY; NATIONAL DISABILITY RIGHTS NETWORK; TRANSGENDER LEGAL DEFENSE & EDUCATION FUND; UNITED STATES OF AMERICA; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF COLORADO; JEREMIAH HO; M. DRU LEVASSEUR; NANCY C. MARCUS; DARA E. PURVIS; ELIOT T. TRACZ; ANN E. TWEEDY; KYLE COURTENAY VELTE; EZRA ISHMAEL YOUNG,

Amici Curiae.

_____

## JUDGMENT

_____

Before **TYMKOVICH**, **EBEL**, and **ROSSMAN**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed, affirmed, and vacated.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk